UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 04-M____37-___ |
| | ) | |
| v. | ) | |
| | ) | |
| MARKO BOSKIC | ) | |

## GOVERNMENT'S MOTION TO SEAL COMPLAINT

Pursuant to FRCP 6(e)(4), the United States of America hereby moves the Court to seal the complaint, this motion and any other paperwork related to this matter until further order of the Court. As grounds for this motion, the government states that public disclosure of the complaint and these materials might jeopardize the investigation of this matter. The government submits that sealing the complaint will serve the interests of justice.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
KIMBERLY P. WEST
Assistant U.S. Attorney

Date: August 25, 2004

8/25/04 - Motion allowed. [signature] U.S.M.J.