# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. _____ |
| ) | |
| v. ) | |
| ) | |
| MARKO BOSKIC ) | |

## GOVERNMENT'S MOTION TO UNSEAL COMPLAINT

The United States of America hereby moves this Court to direct that the complaint and affidavit be unsealed. In support of this motion, the government states that the defendant is in custody and that there is not further reason to keep the complaint and affidavit secret.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
KIMBERLY P. WEST
Assistant U.S. Attorneys

Date: August 26, 2004

8/26/04 - Motion allowed.
[signature] U.S.M.J.