UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **04 CR 10298 DPW** |
| | ) | CASE NO. |
| v. | ) | |
| | ) | VIOLATIONS: |
| MARKO BOSKIC | ) | 18 U.S.C. § 1546(a) -- |
| | ) | Fraud and Misuse of Visas, |
| | ) | Permits and Other Documents |
| | ) | (4 counts) |
| | ) | 18 U.S.C. § 1001 -- |
| | ) | False Statements |
| | ) | (1 count) |

## INDICTMENT

**COUNT ONE:** (18 U.S.C. § 1546(a) -- Fraud and Misuse of Visas, Permits and Other Documents)

The Grand Jury charges that:

On or about February 17, 2000, in the Federal Republic of Germany, and elsewhere,

**MARKO BOSKIC,**

defendant herein, did knowingly make under oath, or did knowingly subscribe as true under penalty of perjury under 28 U.S.C. § 1746, a false statement with respect to a material fact in an application required by the immigration laws and regulations prescribed thereunder, to wit, Form I-590, Registration for Classification as a Refugee, that is, that Boskic had only served in the Yugoslav National Army and no other, which said statement the defendant then and there knew was false, in that he had, in fact, served in the Army of the Republic Srpska.

All in violation of Title 18, United States Code, Section 1546(a).

**COUNT TWO:**  (18 U.S.C. § 1546(a) -- Fraud and Misuse of Visas, Permits and Other Documents)

The Grand Jury further charges that:

On or about April 5, 2001, in the District of Massachusetts,

## MARKO BOSKIC,

defendant herein, did knowingly make under oath, or did knowingly subscribe as true under penalty of perjury under 28 U.S.C. § 1746, a false statement with respect to a material fact in an application required by the immigration laws and regulations prescribed thereunder, to wit, Form I-485, Application to Register as Permanent Resident or Adjust Status, that is, that Boskic had only served in the Yugoslav National Army and no other, which said statement the defendant then and there knew was false, in that he had, in fact, served in the Army of the Republic Srpska.

All in violation of Title 18, United States Code, Section 1546(a).

**COUNT THREE:** (18 U.S.C. § 1546(a) -- Fraud and Misuse of Visas, Permits and Other Documents)

The Grand Jury further charges that:

On or about February 17, 2000, in the Federal Republic of Germany, and elsewhere,

**MARKO BOSKIC,**

defendant herein, did knowingly make under oath, or did knowingly subscribe as true under penalty of perjury under 28 U.S.C. § 1746 a false statement with respect to a material fact in an application required by the immigration laws and regulations prescribed thereunder, to wit, Form I-590, Registration for Classification as a Refugee, that is, that Boskic had never ordered, assisted or otherwise participated in the persecution of any person because of race, religion and political opinion, which said statement the defendant then and there knew was false, in that he had, in fact, persecuted a person because of race, religion or political opinion.

All in violation of Title 18, United States Code, Section 1546(a).

## COUNT FOUR:   (18 U.S.C. § 1546(a) -- Fraud and Misuse of Visas, Permits and Other Documents)

The Grand Jury further charges that:

On or about April 5, 2001, in the District of Massachusetts,

### MARKO BOSKIC,

defendant herein, did knowingly make under oath, or did knowingly subscribe as true under penalty of perjury under 28 U.S.C. § 1746 a false statement with respect to a material fact in an application required by the immigration laws and regulations prescribed thereunder, to wit, Form I-485, Application to Register as Permanent Resident or Adjust Status, that is, that Boskic had never ordered, incited, assisted or otherwise participated in the killing of any person because of race, religion, nationality, ethnic origin and political opinion, which said statement the defendant then and there knew was false, in that he had, in fact, killed a person because of race, religion, nationality, ethnic origin or political opinion.

All in violation of Title 18, United States Code, Section 1546(a).

**COUNT FIVE:**   (18 U.S.C. § 1001 -- False Statements)

The Grand Jury further charges that:

On or about August 25, 2004, at Boston, in the District of Massachusetts,

**MARKO BOSKIC,**

defendant herein, in a matter within the jurisdiction of the United States, and specifically of the Department of Homeland Security, Immigration and Customs Enforcement, and of the Department of Justice, Federal Bureau of Investigation, did knowingly and willfully make a false, fraudulent, and fictitious material statement and representation; that is, that Boskic had only previously served in the Yugoslav National Army and no other, whereas Boskic knew and believed that he had, in fact, served in the Army of the Republic Srpska.

All in violation of Title 18, United States Code, Section 1001.

## Notice of Additional Factors

The Grand Jury further charges that:

The defendant's criminal history category substantially under-represents the seriousness of the defendant's criminal history (which includes the killing of one or more persons because of race, religion, nationality, ethnic origin and political opinion and the persecution of any person because of race, religion and political opinion) and the likelihood that he will commit other crimes, as described in U.S.S.G. § 4A1.3.

**<u>A TRUE BILL</u>**

_____
FOREPERSON OF GRAND JURY

_____
KIMBERLY P. WEST
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS, Boston, September 28, 2004

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk
4:10 pm

JS 45 (5/97) - (Revised USAO MA 3/25/02)

**04 CR 10298 DPW**

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**        **Category No.** II        **Investigating Agency** FBI/ICE

**City** Boston        **Related Case Information:**

**County** Suffolk        Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number **04-MJ-00037-LPC**
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Marko Boskic        Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address   111 Foster Street, Apt. 311, Peabody, Massachusetts

Birth date: 1964   SS#: __ __ 0463   Sex: M   Race: caucasian   Nationality: Bosnian

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   Kim West        Bar Number if applicable _____

Interpreter:  ☒ Yes   ☐ No        List language and/or dialect:   Bosnian

Matter to be SEALED:  ☐ Yes   ☐ No

☐ Warrant Requested        ☐ Regular Process        ☒ In Custody

**Location Status:**

Arrest Date:   August 25, 2004

☒ Already in Federal Custody as   August 25, 2004   in   PHOC .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:  ☐ Petty ____  ☐ Misdemeanor ____  ☒ Felony  5

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   9/28/04        Signature of AUSA:   _[signature]_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy)  04CR10298DPW

**Name of Defendant**    Marko Boskic

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1546(a) | fraud and misuse of visas and other docs. | 1 |
| Set 2 | 18 U.S.C. § 1546(a) | fraud and misuse of visas and other docs. | 2 |
| Set 3 | 18 U.S.C. § 1546(a) | fraud and misuse of visas and other docs. | 3 |
| Set 4 | 18 U.S.C. § 1546(a) | fraud and misuse of visas and other docs. | 4 |
| Set 5 | 18 U.S.C. § 1001 | false statements | 5 |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

**District Court Case Number**  (To be filled in by deputy

**Name of Defendant**     Marko Boskic

JS45.boskic.wpd - 3/13/02