

U.S. Department of Justice

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*    *John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

October 29, 2004

Max Stern, Esq.
Stern, Shapiro, Weissberg & Garin LLP
90 Cancal Street
Boston, MA 02114-2022

**RE:   United States v. Marko Boskic**
       **Cr. No. 04-10298-DPW**

Dear Attorney Stern:

     In the course of the investigation, recorded conversations were made of the defendant and a cooperating witness. It is the government's intention to seek a protective order precluding you and your client from sharing the substance of those conversations and the identity of the cooperating witness with any third party on the grounds that such disclosure would pose a risk of harm to the witness. Please let me know whether you assent to such a protective order.  Thank you.


                                        Very truly yours,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                              By:
                                        /s/ Kimberly P. West
                                        KIMBERLY P. WEST
                                        Assistant U.S. Attorney

cc:   Maria Simeone
      Clerk to the Honorable Lawrence P. Cohen