UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Cr. No. 04-10298-DPW |
| ) | |
| MARKO BOSKIC ) | |
| ) | |

**JOINT INITIAL STATUS CONFERENCE MEMORANDUM**

The United States of America, by Assistant U.S. Attorney Kimberly West, and the defendant Marko Boskic, by counsel Max Stern, Esq., jointly submit this memorandum pursuant to the Initial Scheduling Order. In so doing, the parties address herein the issues delineated in L.R. 116.5(A)(1)-(A)(7).

1. Defendant requests relief from the otherwise applicable timing requirements imposed by L.R. 116.3. The defendant has not completely reviewed the discovery provided by the government and requests additional time to determine whether a request will be made.

2. The defendant does not request discovery concerning expert witnesses under Fed. R. Crim. P. 16(a)(1)(E). However, if the government comes into possesssion of additional reports that it does not anticipate using at trial but are related to this matter, the defendant requests a summary of those reports. The government will provide the summary thirty days before trial and the defendant will provide any reciprocal discovery, in the event that Fed. R. Crim. P. 16(b)(1)(C) applies, two weeks before trial.

3. The parties will provide additional discovery as a result of their future receipts of information, documents, or reports of examinations or tests.

4. Although the parties expect the filing of a pretrial motions, the defendant is not yet

prepared to establish a date for such filings and responses until after his review of all of the discovery.

5.  The parties agree that the time between the date of the filing of this memorandum, November 24, 2004, through the filing of the defendant's motion to suppress, up to and including the date of hearing on, or other disposition of such motion should be excluded pursuant to 18 U.S.C. § 3161 (h)(1)(F).

6.  At this juncture, the parties anticipate a trial, which is expected to last approximately three weeks.

7.  A day convenient to the Court's schedule should be established for an Interim Status Conference.

                                              Respectfully submitted,

                                              MICHAEL J. SULLIVAN
                                              United States Attorney

By:    /s/ Kimberly P. West
        KIMBERLY P. WEST
        Assistant U.S. Attorney

MARKO BOSKIC
Defendant

By:    /s/ Max Stern
        MAX STERN
        Counsel for Marko Boskic

DATE:November 2,4 2004