UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> MARKO BOSKIC ) <br> ) | Case No. 04-CR-10298-DPW |

**ASSENTED-TO MOTION TO CONTINUE FINAL STATUS HEARING**

The defendant moves to continue the final status hearing in this case from Monday, January 10 to Friday, January 28, 2005. In support, defendant says as follows:

1. The defendant needs the further time to review the discovery and to complete his motions.

2. Defendant requests that the time to file his motions be re-set to January 27, the day prior to the hearing.

3. The Government assents to this motion.

4. The parties agree that the requested continuance will constitute excludable time under the Speedy Trial Act.

                                                            Respectfully submitted,

                                                            _____
                                                            Max D. Stern
                                                            BBO NO. 479560
                                                            Stern, Shapiro, Weissberg
                                                             & Garin, LLP
                                                            90 Canal Street, Suite 500
                                                            Boston, MA 02114-2022
                                                            (617) 742-580

Dated: October 14, 2004    G:\SSWG\Boskic\continuance mot.wpd