# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MARKO BOSKIC )<br>) | Case No. 04-CR-10298-DPW |

## ASSENTED-TO MOTION TO CONTINUE FINAL STATUS HEARING

The defendant moves to continue the final status hearing in this case from Monday, January 24 to Thursday, February 17, 2005 at 2 pm. In support, defendant says as follows:

1. The defendant needs the further time to review the discovery and to complete his motions.

2. Defendant requests that the time to file his motions be re-set to February 16, the day prior to the hearing.

3. The Government assents to this motion.

4. The parties agree that the requested continuance will constitute excludable time under the Speedy Trial Act.

Respectfully submitted,

/S/ Max D. Stern
Max D. Stern
BBO NO. 479560
Stern, Shapiro, Weissberg
 & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022
(617) 742-5800

Dated: January 21, 2005

G:\SSWG\Boskic\continuance mot 2.wpd