◈AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

FILED
IN CLERKS OFFICE

| FIRST | DISTRICT OF | MASSACHUSETTS |

2005 JAN 21  A 9: 21

UNITED STATES OF AMERICA

V.

U.S. DISTRICT COURT
DISTRICT OF MASS.

APPEARANCE

MARKO BOSKIC

Case Number:   04-10298-DPW

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for     The United States of America

I certify that I am admitted to practice in this court.

January 20, 2005
Date

*(signature)*
Signature

Jeffrey Auerhahn
Print Name                            Bar Number

1 Courthouse Way, Suite 9200
Address

Boston          MA      02210
City                State         Zip Code

617-748-3187
Phone Number                     Fax Number