```
                 UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
          V.                  )   Criminal No. 04-10298-DPW
                              )
MARKO BOSKIC                  )
```

JOINT MOTION TO SCHEDULE (A SECOND) "FINAL" STATUS CONFERENCE
AND ORDER OF EXCLUDABLE DELAY

Pursuant to the Order of the Magistrate Judge[1], dated January 24, 2005, the Final Status Conference in this case was scheduled for February 17, 2005. The Magistrate Judge further directed the parties to confer and file a joint memorandum addressing the matters set forth in Local Rule 116.5(C)(1) through (9). The parties have conferred in an effort to address said matters. However, at this time, the parties are not in a position to report on all matters that are the subject of the discussions at a final status conference.

The defense anticipates requesting additional discovery and the government anticipates providing additional discovery. Some of this discovery is in possession of individuals and agencies in other parts of the country and overseas. Further, the defense anticipates filing certain substantive motions, including a motion to suppress, but is not yet in a position to identify all of said motions, nor to have a deadline be set for their filing. The Assistant U.S. Attorney ("AUSA") who was in charge of this

---

[1] Due to the retirement of Magistrate Judge Cohen, the case has been transferred to a new Magistrate Judge.

case is now on maternity leave. The undersigned AUSA requires additional time to become more familiar with the file in this case.

Wherefore, the parties request that the conference scheduled for February 17 be treated as an interim status conference and a final status conference be scheduled for a date that is convenient for the Court and not less than 30 from the date of the interim status conference. The parties further request that the period of the delay be excluded from calculation under the Speedy Trial Act.

                                            Respectfully submitted,

| For the Defendant: | For the United States: |
|---|---|
| MARKO BOSKIC<br>Defendant | MICHAEL J. SULLIVAN<br>United States Attorney |
| /s/ Max Stern , Esq.<br>MAX STERN, Esq.<br>Counsel for Marko Boskic | By:  /s/ Jeffrey Auerhahn<br>JEFFREY AUERHAHN<br>Assistant U.S. Attorney |
| Dated: February 8, 2005 | Dated:   February 8, 2005 |