UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>  UNITED STATES OF AMERICA  </u>
      Plaintiff

    v.          Case Number: <u>CR 04-10298-DPW</u>

<u>  MARKO BOSKIC  </u>
      Defendant

**ORDER OF REFERRAL**
February 9, 2005

WOODLOCK, DJ

  The above captioned case is referred to Magistrate Judge <u>CHARLES B. SWARTWOOD III</u> upon the retirement of Magistrate Judge Lawrence P. Cohen. Any instruction entered on the original Order of Reference remains in effect.

              By the Court,

              <u>/s/ Virginia A. Hurley</u>
              Deputy Clerk