UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                )
UNITED STATES OF AMERICA,       )
                                )
                                )
        v.                      )   CRIMINAL ACTION
                                )   NO. 04-10298-DPW
MARKO BOSKIC,                   )
        Defendant,              )
_____ )
```

STATUS REPORT
February 23, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to Woodlock, J. to whom this case is assigned:

1. Discovery

Mr. Boskic's counsel and the Government have reached an impasse concerning certain discovery requested by Mr. Boskic. Therefore, Mr. Boskic shall have until March 7, 2005, within which to file his motion for discovery and the Government shall respond to those motions by March 21, 2005.

2. Further Status Conference

A further status conference shall be held in this case on March 25, 2005, at 2:15 p.m., in Courtroom 1, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

3.  <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from February 17, 2005 (date of expiration of prior order of excludable time) through March 21, 2005 (date by which the Government is to file its opposition to Mr. Boskic's motion for discovery).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Monday, May 30, 2005</u>.

 

<u>/s/Charles B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE