UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 04-CR-10298-DPW |
| V. ) | |
| MARKO BOSKIC ) | |

**DEFENDANT'S MOTION FOR EXCULPATORY EVIDENCE**

The defendant moves that the Court order the Government to provide the defendant with:

1. The identity, address, and any statements made by the witnesses identified by the Government in its October 29, 2004 letter as CI1, CI2, and CI3.

2. Any and all information confirming or supporting the fact that defendant was coerced into service in the forces of Republica Srpska or that he was coerced to participate in the conduct of those forces in or about 1995.

In support thereof, the defendant says that the evidence is relevant, material and exculpatory and that he is entitled to it under the Fifth and Sixth Amendments of the United States Constitution.

Respectfully submitted,

/s/ Max D. Stern
Max D. Stern
BBO No. 479560
Lillian Hirales
BBO No. 652698
Stern, Shapiro, Weissberg
 & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022
(617) 742-5800

Dated: March 7, 2005

G:\SSWG\Boskic\exculp motion.wpd