# EXHIBIT A

# INTERNATIONAL COMMITTEE OF THE RED CROSS

BAZ-308546                                           Zagreb, 13.07.1995

## P O T V R D A
## _C E R T I F I C A T E_

Kojom se potvrdjuje da je  ___BOSKIC (JAKOV) MARKO___
Which confirms that        family name (father's name) first name

Rodjen ___09.07.1964___ u ___Tuzli___
Born on                 in

Registriran od delegata MKCK dana ___23.10.1993___
Was registered by ICRC delegate on

U mjestu zatocenja ___TUZLA___
In detention place

Oslobodjen dana ___01.11.1993___ prema izjavi vlasti
Was released on                  according to the authorities

Te nakon toga ponovno
And after that again

Registriran od delegata MKCK dana ___05.05.1994___
Was registered by ICRC delegate on

U mjestu zatocenja ___BATKOVIC___
In detention place

Redovito posjecivan od ___05.05.1994___ do ___16.06.1994___
Regulary visited from                    to

Oslobodjen dana ___29.06.1994___ prema izjavi vlasti
Was released on                   according to the authorities



Véronique Zürcher,
Délégué de trazenja
Tracing delegate