# EXHIBIT C

GREW UP ● IN TUZLA ... ●   (3)

SCHOOL, CONSTRUCTION

THEN WENT TO MONTENEGRO AFTER SCHOOL.

CONSTRUCTION ... IN MONTENEGRO ...

NO FAMILY WAS THERE

∅ children.

WIFE — SLAVICA BOSKIC

MARRIED IN GERMANY

1998

FORGOT MONTH

WIFE IS FROM SERBIA ... NOW LIVES IN DETROIT MICHIGAN

CAME TO U.S. 1 – 1½ YEARS AFTER MARKO. LIVED TOGETHER IN MA FOR 6 OR 7 MONTHS

∅ TRIPS SINCE 2000

FRIEND IN DETROIT.... HAVE BEEN TO

CANDA 2 TIMES ALONE

while visiting in MI (wife +

JASMINA ... friend

of wife)

MILITARY HISTORY

    SFR Y.co. 1983 – 1984

    ∅ OTHER MILITARY

∅ MEDICAL PROBLEMS

G-325...

    LIVED IN MONTENEGRO

        84 (AFTER MILITARY)

STAYED IN MONTENEGRO UNTIL 1991.

    91 – 94 (BOSNIA) ... mother/father

(4)

(5)

EXPLAINATION

I AM CATHOLIC... MUSLIM PEOPLE HAD MORE POWER.... THEY CAN WRITE OR SAY WHAT THEY WANT.

TRUE FOR THE MUSLIM PEOPLE... <u>NOT</u> TRUE FOR ME.

THESE CHARGES WERE DISMISSED...

19 1992... 1 MONTH IN JAIL BY MUSLIM ARRESTED BECAUSE I DIDN'T GO TO MILITARY... THEY KEPT SENDING LETTERS.

1992... ROBBERY... NEVER DID ROBBERY I HAVE IN U.S. 4 YEARS... WORKING... UNICO CONSTRUCTION... I WOULD NOT DO ROBBERY.