# EXHIBIT D

FD-302 (Rev. 10-6-95)

- 1 -

# FEDERAL BUREAU OF INVESTIGATION

Date of transcription  09/02/2004

The following translation of a six page statement made by Marko Boskic was completed by Christina Gagoff, Contractor, San Antonio.

### STATEMENT

- I, MARKO BOSKIC, understand and forfeit my rights, and voluntarily give this statement without any promises or guarantees.

- In late December 1993, I entered Serbian territory with the intention of leaving Bosnia and the war that was occurring in Bosnia.

- Members of the Military Police on the Serbian side of the border took me in for questioning and held me at the BATKOVIC Camp.

- I was kept at BATKOVIC for approximately 6 months. The only way to leave the camp was to either join the Vojska Republika Srpska or to face liquidation. (NOTE: Vojska Republika Srpska, a.k.a. VRS, refers to the Army of the Serb Republic in Bosnia, not the Yugoslav Army, a.k.a. VJ)

- These were the options given to me by a member of the Vojska Republika Srpska, CAPTAIN ZORAN MANOJLOVIC, who was born and currently lives in Bijelina.

- I joined a unit of the Vojska Republika Srpska which later grew and formed the 10th Diversionary Group headed by CAPTAIN MANOJLOVIC and MISO PELEMIS.

- I do not recall the exact date, but I know that it was during the summer of 1995.

- MISO PELEMIS, Commander of the 10th Diversionary Group, ordered that the unit participate in the attack on

Investigation on  08/27/2004  at  Boston

File # 309C-BS-92039

Date dictated  08/27/2004

by  SA Gregory T. Hughes

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

309C-BS-92039

Continuation of FD-302 of  Marko Boskovic  , On 08/27/2004 , Page 2

- Srebrenica (note that the unit was located in Bijelina, and one part of the unit was in Vlasenica).

- The unit was completed in Vlasenica, and that night we neared the outskirts of Srebrenica where we waited for morning to attack Srebrenica. The unit entered Srebrenica very slowly since there was no pressure due to the fact that Srebrenica had been deserted and no inhabitants remained. That same day, the unit returned to its base in Vlasenica. We spent a few days there, but I do not recall the exact number.

- Then came MAJOR PECANAC with some COLONELS from HQ who went to the office of PELEMIS where they remained for a while. When they left the office with MISO PELEMIS, they stood outside in front of the base, and that COLONEL said that all able-bodied men in Srebrenica were to be shot, to which PECANAC and PELEMIS agreed.

- PELEMIS then designated BRANE GOJKOVIC, "the Slovenian" FRANC KOS, ZORAN a.k.a. MALjIC, and ZORAN GORONJA as commanders. MISO PELEMIS assigned me, ERDEMOVIC, GOJKOVIC, "the SLOVENIAN," ZORAN (a.k.a. MALjIC), and ZORAN GORONJA for that task.

- I told PELEMIS that I did not want to do that. He then approached me, put a pistol to my forehead, and said that I must or I would be dead. PELEMIS told the COMMANDERS that in the event that anyone refused this task, they had the right to shoot them.

- The next day, a group of us from the unit went to complete the task (I do not recollect how many of us there were, nor the name of the place where the liquidation of the Muslims was to occur).

- They led us to some school where the military police held the Muslims. After a short while, one of the higher ranking officers of the ZVORNIK CORPS arrived and ordered us to go to some field at some other location (I do not know the name of the place). We went there and were met by the Military Police who spoke with GOJKOVIC and "the SLOVENIAN" about liquidating the Muslims who had been brought on buses.

FD-302a (Rev. 10-6-95)

309C-BS-92039

Continuation of FD-302 of __Marko Boskovic__ , On __08/27/2004__ , Page __3__

- The police let the Muslims out of the bus and lined them up to be liquidated with automatic rifles.

- I do not know how many buses of Muslims were brought (5, 6, or 7) nor how many people were on those buses. The only thing I do know is that the buses were not full. I would like to mention that I did not do that by my own free will. I was personally ordered by PELEMIS to do that and I was forced to do that.

- The bus drivers also participated in the liquidation of the Muslims using their own pistols due to their own dislike of Muslims.

- Afterwards, we went to a bar *(NOTE: word used has two meanings, either a bar or a marshy/swampy area, and it is unclear by the context which meaning is intended)* I do not the name of the place, but it is located along the Zvornik-Bijelina road. Here we were met by one of the COMMANDERS who wanted us to continue with the liquidation of the Muslims, but our commanders refused, stating that they only take orders from PELEMIS and PECANAC. After that we returned to our base in Vlasenica.

- That which I viewed on videotape took place in Vlasenica. I believe it was before the fall of Srebrenica, but I do not remember the exact date.

- I saw myself on the videotape and recognized a few other members of the unit as well.

- I left the unit in the autumn of 1995 and went to Serbia where I stayed for a period of 12-16 months. Following that, I went to Berlin, Germany, where I remained for over two years. Through an agency named I.O.M, I left for the U.S. in April 2000.