# EXHIBIT F

# Prison camps - part 1/10

United Nations

S/1994/674/Add.2 (Vol. IV)
27 May 1994

Final report of the United Nations Commission of Experts
established pursuant to
security council resolution 780 (1992)

**Annex VIII - part 1/10
Prison camps**

*Under the Direction of:*
M. Cherif Bassiouni
Chairman and Rapporteur on the Gathering
and Analysis of the Facts, Commission of Experts
Established Pursuant to Security Council Resolution 780 (1992)

*Principal Legal Analyst:*
Eric J. Krauss, IHRLI Staff Attorney
William B. Schiller, IHRLI Director of Research

*Contributors:*
Patsy Campbell, IHRLI Staff Attorney
Mirande Dupuy, IHRLI Staff Analyst
Richard R. Danis, Jr., IHRLI Staff Attorney
Georgann M. Grabiec, IHRLI Staff Attorney
Christine Matthews, IHRLI Staff Analyst
Marcia L. McCormick, IHRLI Staff Attorney
Suzan Ozturk, IHRLI Staff Attorney
John Stompor, IHRLI Staff Analyst
Stacey White, IHRLI Staff Analyst
and
The Staff of the International Human Rights
Law Institute, DePaul University

# Annex VIII - part 1/10
# Prison camps

I. Introduction
II. Summary and analysis
    A. Methodology
    B. Observations
    C. Camps reported in BiH
        1. Bosnian Serb controlled camps

### 3. Bijeljina

The municipality of Bijeljina is located in eastern Bosnia and is bordered by Vojvodina and Serbia to the north and east. According to the 1991 Yugoslavian census, the population of Bijeljina was 96,796; of which 59.4 per cent were Serbs, 31.3 per cent were Muslims, 0.5 per cent were Croats and the remaining 8.8 per cent were described as «other».

Batkovic: (The existence of this detention facility has been corroborated by multiple sources, including the UN Special Rapporteur Mazowiecki, Helsinki Watch, and the US Department of State.) Allegedly, Batkovic camp was established in mid-June, 1992. *354 It was located approximately 12 kilometres north of Bijeljina, three kilometres north of the town of Batkovic, *355 two to three kilometres from the Sava river, *356 in what used to be an agricultural facility.

The main detention buildings were described as two barns *357 or warehouses used for grain storage *358, 50 metres by 20 metres. *359 They were described as hangars by one witness. *360 Two tents were used to feed prisoners. *361 Showers and field toilets were located outside. *362 The facility was surrounded on three sides by a barbed wire fence two metres high, and on the south side was a sheet-metal wall. *363 People were kept from looking either into or out of the compound by piles of hay and straw. *364 The main pedestrian entrance was situated on the west side, adjacent to a building which was used both as a barracks and as an administrative office. *365 A vehicle entrance was located on the west side. *366 A guard tower with spotlights was situated within the perimeter, on the eastern side of the compound. *367 According to a different prisoner, this seven metre tall tower, and one outside as well, were always occupied by guards. *368

The camp was operated by paramilitary forces involved with the Serbian Democratic Party, *369 with «Cetnik» guards. *370 It is claimed that on 13 July 1992, the director of Batkovic was an officer, who is identified in the materials. *371 The Batkovic director's superior was alleged to be JNA Colonel Petar Dmitrovic, the camp commander. *372 It is reported that as of late August 1992, one Major Mauzer was the camp commander. *373 It is also reported by the US State Department that Ljubisa Savic was known as «Mauser». *374 In a US State Department submission, it is claimed by a former prisoner that one Lieutenant Colonel Vasiljevic became the commander of the camp in August or September. *375 On 1 September Major Scvic, an information officer, introduced a Lieutenant Colonel as the director of the camp, but did not give the Colonel's name. *376

In addition to guards, witnesses also described Muslim trustees, or «Kapos», the term used for German prisoners who assisted guards in World War II. *377

Prisoner movements to and from Batkovic occurred both often and on a large scale. Because of this, and probably because of faulty estimates, the reported numbers of the population vary widely. Prisoners from the Susica River valley were alleged to have been detained in Batkovic as early as 30 June 1992. *378 It is reported that there were 740 prisoners in the camp on 1 July. *379 On 5 July, 84 of the more healthy prisoners in a facility in Zvornik were transferred to Batkovic. *380 Approximately 450 Muslims and Croats were brought to Batkovic on 9 July from Zvornik. *381 There were reported to be 700 prisoners already there on that date. *382 On 15 July, another group was transferred in from Zvornik, this time numbering at least 60. *383 It is claimed that three buses, with 70 to 80 men from Celopek, also arrived on this date. *384 This transfer was arranged by Zoran Rekic, a Serb military leader, and reportedly improved the situation of these prisoners. *385 About this time, the population was estimated to be between 1,500 *386 and 2,000 prisoners. *387 It was reported by one man, held there from 18 July until 20 August, that 1,200 men were kept in his building, and the total population during his stay was about 1,700. *388 Early in August, there were reportedly 1,600 detainees. *389 In late August, 1,200 prisoners were held, according to by Major Mauzer himself, two-thirds being former combatants, and

the rest being held «for their own protection». *390 On 1 September, there was reported to be 1,280 men held because of their ethnicity. *391 There was a reported population of 1,000 on 19 September. *392

Food was scarce. One former detainee reported that for breakfast, prisoners received bread with butter, or an egg. Lunch and dinner were bread with soup or stew. Although they were served three meals, the witness claimed that the meals consisted only of one and one-half to two portions. *393 Another prisoner reported that the soup was «funny smelling» and watery. *394

Abuse is invariably indicated in accounts regarding treatment of prisoners prior to September. According to one detainee, prisoners were forced to perform sexual acts with each other, and sometimes with guards. *395 Detainees were beaten regularly until new guards arrived in September. *396 Reports of the frequency of beatings vary from daily beatings *397 to beatings 10 times each day. *398 Prisoners arriving from Susica were beaten upon exiting their bus. *399 Upon arrival on 15 July, another group of prisoners were beaten with sticks. *400 Thereafter, they were beaten regularly. *401 Thirty-five guards «had a go» at each member of a group brought in July. *402 Beginning in July, 15 Muslims, considered to be extremists, were beaten every day until they were transferred to Doboj in September. *403 In one incident, four men were beaten outside of the camp. Two of them managed to get into the camp, one was beaten so much that he could later not recognize his own father (a fellow prisoner), and the fourth man, about 20 years old, was killed. *404

Prisoners were also forced to labour. This did not excuse them from other abuse, and, as one prisoner reported, they were beaten while at work to make them work harder. *405

One detainee reported that it was not the guards, but rather soldiers going to or coming from the front that abused the prisoners. *406 This same man claimed that POWs received that worst treatment, whereas civilian prisoners were not treated as badly. *407 Another prisoner alleged that those prisoners from areas in which Serbs had suffered losses were most harshly treated. *408

Because of the level of mistreatment, many prisoners died. One man stated that during his stay, mid-July to mid-August, 13 prisoners were beaten to death. *409 Another prisoner died because he had gangrene which went untreated. *410 Five more may have died from hunger. *411 Allegedly, 20 prisoners died prior to September. *412

The ICRC visited Batkovic twice between 15 July and 23 September. One of these visits was on 15 August. *413 US Congressman Frank Wolf visited on 1 September. *414 Allegedly, guards hid prisoners under 18 years of age or older than 60 before delegations visited. *415 The ICRC could not register prisoners. *416

However, beginning in September, the situation changed. Local Serb villagers, hearing reports and rumours of activity in the camp, protested. *417 The villagers, led by Ilija Gajic, owner of a vegetable farm and leader of the village assembly, demanded that the prisoners in Batkovic be treated as they wished Serb detainees were treated. *418 Reports claim that by January 1993, Lieutenant Colonel Petar Dmitrovic was the camp commander. *419

Prisoner movement continued. Dmitrovic admitted that all of the detainees were civilians. *420 On 1 October 1992, there was a prisoner exchange. *421 Another reportedly took place on 6 October. *422 There was an exchange of approximately 600 prisoners on 17 October for Serb POWs. *423 Late in October, the UN Special Rapporteur reported the camp held 1,000 Muslims. *424 Upon one prisoner's departure, on 24 November, there were reportedly 800 detainees. *425 This prisoner claimed that 150 prisoners were exchanged on this date. *426 On 1 December, a 450- prisoner exchange took place. *427

On the same day, 174 prisoners arrived at Batkovic, making the total number of detainees reportedly 620. *428 All of the prisoners were male, except two females who refused to leave their husbands and sons. *429 On 13 December, 532 prisoners arrived from Manjaca. *430 These prisoners were 159 Croats, 242 Muslims from Kozarac, Prijedor, and Ljubija, and 131 Muslims from Grapska and Doboj. *431 Serbs claim that 131 of these were immediately taken to Sarajevo and exchanged, leaving 401 in the camp at Batkovic. *432 However, as of January 1993, the ICRC was unable to confirm this exchange. *433 On 27 December, 700 prisoners from Bosanski Samac came to Batkovic. *434

On 7 January 1993, in Dragolic, 30 prisoners were exchanged as the result of direct negotiations between Croatian and Bosnian Serb forces. *435 As of 10 February, there were alleged to have been 1,163 prisoners. *436 Another 18 were brought from Zvornik on 12 February. *437 It was claimed by one prisoner that he was transferred to Batkovic on 21 February from a prison in Zvornik. *438 After he spent 10 days in Batkovic, he was exchanged with 47 other Muslims for 24 Serbs imprisoned in Zenica. *439 It is also reported by him that there were 2,000 prisoners in Batkovic. *440 On 15 March, there were said to have been 700 prisoners in the camp. *441

Treatment of the prisoners by the camp authorities apparently improved. The Special Rapporteur noted that, during his visit to Batkovic in October, the prisoners did not complain of ill-treatment and appeared well. *442 One newspaper article claims that the prisoners complimented the new guards. *443 One new guard said that he felt he did not need to beat the prisoners. *444 Detainees could wash with the faucets outside if the weather permitted. *445 In December, prisoners «were not forced to work, but generally agreed to do so in order to combat boredom». *446 On New Years Day, they received slivovitz, and soon also had televisions in the warehouses. *447 Reportedly, several hundred prisoners were working six days a week in January, because they would receive better meals at work sites. *448 By March, 300 were working outside of the camp. *449 Some prisoners who had received money from relatives shopped in local stores. *450 By March, any fence that had enclosed the camp was gone. *451 However, 17 may have died on 26 March when their vehicle was ambushed on the way to work. *452

None the less, conditions at the camp were still lacking. The Special Rapporteur described the buildings as «cavernous» and «unheated», *453 and there was no electric lighting. *454 Dysentery raged, and sanitation was poor. *455 In the winter of 1992-1993, the outdoor latrines froze. *456

There was no medical attention given to the prisoners. One source estimated average weight loss among the prisoners to be 20 kilograms. *457 An elderly man died, and both prisoners and guards, unaware, left his body lying in the building for two days. *458 Allegedly, eight prisoners died due to lack of medical attention, *459 including one diabetic who did not receive any insulin. *460 However, medical personnel appeared before ICRC visits. *461

It is not known if the camp was closed, nor what happened to the prisoners who were last reported to be there.

Agricultural School, Bijeljina: (The existence of this detention facility has been corroborated by a neutral source, namely the ECMM.) On Tuesday, 6 July 1993, 48 Muslims were taken from Doboj to Bijeljina. They had volunteered to be exchanged in order to be reunited with their families. They were fed and well treated in an agricultural school on the outskirts of town, where they spent three to four days. They were locked up only at night and were guarded by policemen during the day. Those who could afford to spend the night in a hotel were allowed to do so. *462

On Saturday, 10 July, they each had to pay 50 to 60 deutsche marks to leave, instead of the 30 that the Red Cross in Doboj had indicated. They paid Major Vojkan Djurkovic, the representative of the

Government Commission for Exchange, who was reportedly working with Arkan. *463

From Bijeljina they were taken to the front at Satorovici, where they had to walk across the front-line. There they were met by the BiH Army. *464

It is also reported that another group of 11 came as far as Bijeljina with the group of 48. These 11 paid DM 200 to go to Hungary. Major Djurkovic reportedly also received this money. They crossed into Serbia at Raca. *465 Nothing further is known.

Village School, Donja Mahala: (The existence of this detention facility has been corroborated by a neutral source, namely the ECMM.) There is alleged to be a Muslim run «private prison» which held nine prisoners in the village school in Donja Mahala, near Orasje. It is also claimed that a body of a man imprisoned on 28 December 1992, is buried behind the school. *466

Village Camp, Janja: (The existence of this detention facility has not been corroborated by multiple sources.) The village of Janja is 12 kilometres south of Bijeljina. It is reported that in May 1992, the whole village was turned into a camp, guarded by Serbian «Cetniks». *467

Allegedly, there were approximately 5,000 people there, mostly women and children, held in poor conditions. There was a lack of medicine and clothing. There was also a severe shortage of food. Pregnant women received a piece of bread and a glass of water for the day. The old gave their rations to children. Radio Sarajevo reported that 18 people had died from hunger and/or cold. Reportedly, women also suffered rape. One 65 year-old woman, after being raped, bled to death. There were also cases in which foetuses were cut out of wombs. *468

A source reported that a Serbian man charged DM 1,000 to get people out of the camp. He, in turn, had to pay the soldiers at both Janja and Raja. Another «contact person» was a Muslim doctor. *469

Storage Facility, Klis: (The existence of this detention facility has been corroborated by a neutral source, namely the US Government.) It is reported that a former agricultural produce storage facility in Klis was used as a detention facility. The camp was opened at least as early as 26 September 1992. The only information provided about the guards is that they wore solid green uniforms. *470

One prisoner was a Bosnian Muslim male, who was arrested in his hometown of Bijeljina at the end of September. On the second night that the 48 year-old was there, guards took several prisoners at different times to an adjacent facility, from which there came much screaming. All but one man, a coffee trader, eventually returned. The witness' neighbor, a gold trader, died from his wounds on the fifth night. According to a man imprisoned with the witness, another «wealthy» man died from beating. It appears that these men were singled out because of their wealth. *471

Military Barracks: (The existence of this detention facility has been corroborated by a neutral source, namely the US Department of State.) It is reported that the old military barracks on Marsala Tita street near the bus station was used as a detention facility from at least 8 April to 8 May 1992. Four or five buildings were used. *472

Although no group is explicitly named as being in control of the barracks, Serb forces were in control of the town at that time. Between 8 April and 8 May, 200 to 300 people were held at any one time. The facility was also reported to be notorious for torturing prisoners. *473

Members of the Thomson CSCE Mission visited the Stepa Stepanovic Casern (Military Barracks)

on 2 September 1992 and, after walking the length of the grounds, found no evidence suggesting that detainees were being held in the army barracks in Bijelina. *474

Petkovici: (The existence of this detention facility has been corroborated by multiple sources, however none among them are neutral.) It is alleged that Serbian forces detained people in the village of Petkovici. On or about 13 May 1992, 120 people were taken to Petkovici from the Luka camp in the Prijedor region. *475 The women's group «Tresnjevka» also named Petkovici in a list of rape-death camps, but gave no details. *476

Popovi: (The existence of this detention facility has been corroborated by a neutral source, namely the US Department of State.) There was reported to have been a camp between the villages of Popovi and Jasmajlice, in the Bijeljina area. *477 It was a new facility *478, built specifically to be a detention centre and capable of holding up to 1,000 prisoners *479.

Although no group was explicitly named as running the camp, a US government report says that Serbian forces were in control of the area. Allegedly, Muslims were held hostage there, and would be killed if the Bijeljina area was attacked by Muslim forces. *480

Secondary School Centre: (The existence of this detention facility has not been corroborated by mutliple sources.) The women's group «Tresnjevka» names a secondary school centre in Bijeljina in a list of rape-death camps. However, they give no further information. *481

Slaughterhouse: (The existence of this detention facility has been corroborated by a neutral source, namely the US Department of State.) Allegedly, a slaughterhouse located between Caffee Sezam and the Serb village of Obarska, 12 kilometres north-west of Bijeljina, was used as a detention facility. The building, 70 metres by 20 metres, reportedly held at least 200 Muslims and Croats, probably residents of Bijeljina. The guards were Serbs. *482

Spanac JNA Barracks: (The existence of this detention facility has been corroborated by a neutral source, namely the US Department of State.) According to the US government, the Spanac JNA Barracks, located in Bijeljina, was used as a detention facility from 5 May 1992 until 13 May 1992. The barracks supported an unidentified armor unit and an unidentified pontoon unit. The barracks' sports hall held the prisoners. *483

The guards at the barracks were allegedly JNA military police. An unnamed Lieutenant Colonel interrogated the prisoners. He was from Tuzla, and wore a camouflage uniform with a Serbian flag on his arm. *484

Forty-seven males from Bosanski Samac were brought to the JNA casern in Brcko after Bosanski Samac fell to Serb forces. *485 These prisoners were Muslim, with perhaps a few Croats. *486 There were four unidentified prisoners in the Brcko casern when the group from Bosanski Samac arrived. On 5 May, all 51 of these prisoners were transferred to Spanac. *487 In the group of 51, one 70 year-old man was a member of the Croatian Democratic Union. *488

When the group left Brcko, an unidentified man was placed in the trucks with the prisoners. This man was accused of raping Serbian girls. When the group arrived at the barracks, this man was thrown from the truck and shot dead. *489

It is reported that at the camp, prisoners were forced to clean the pontoon unit's equipment, including the boats. For food, the prisoners were given leftovers from the soldiers' kitchen. They were

interrogated. They were also made to sit with their heads bowed and were beaten while in this position. *490

On 9 or 10 May, six prisoners were transferred out of Spanac. Five were sent to a camp in Batajnica, and one was sent to the prison in Sremska Mitrovica. *491 On 13 May, the remaining prisoners were bused back to Bosanski Samac, where they were allegedly held in the Secondary School centre. *492

Velika Obarska: (The existence of this detention facility has been corroborated by a neutral source, namely the US Department of State.) It is reported that a former slaughterhouse in Velika Obarska was used as a detention facility. *493 The prisoners were kept in one four metre by five metre room. *494 One guard was always stationed outside the room. *495 There may have been one or two office rooms in the same building, which were occupied by guards. *496

The room held 15 to 20 Muslim prisoners. *497 The number often changed. One prisoner was arrested on 25 June 1992, held for 15 days, and released on 10 July. *498 He still suffers back pains and has poor memory because of torture. *499

The prisoners were forced to sleep on the concrete floor without any blankets. They were served two pieces of bread and one cup of weak soup once each day. Diarrhea was caused by the water that was available. Several prisoners were interrogated each day. The interrogations lasted about 10 minutes, and the prisoners were beaten regardless of what their answers were. The questions were generally about political and military affiliations. One prisoner from Bijeljina died in July as a result of torture. *500

## 4. Bileca

Bileca is located in eastern Herzegovina. Pre-war population of the county of Bileca was reported as 13,269. Approximately 80.3 per cent of the population was Serb, 14.7 per cent Muslim, and 5 per cent «others». *501

Apparently, in May 1992, an American witness stated that he saw Serbian soldiers torture a Croatian soldier to death in a camp near Bileca. He saw the same soldiers torture another group of Croatian prisoners resulting in the death of one of those prisoners. *502

Unidentified Hall: (The existence of this detention facility has been corroborated by a neutral source, namely the Buro fur Notleidende Menschen in Osteuropa.) One witness reported that on or about 9 June 1992, six prisoners captured by Serb forces in Mostar and held in the North Camp for a night were thereafter transferred to Bileca. They were first taken to some sort of hall. The captors, who had threatened to cut their throats, placed them against a wall and questioned them. After this questioning, they were detained in the building basement for one week. *503

The guards told those detained that there were prisoners being held in rooms upstairs. The above-mentioned witness pleaded with the guards to be placed in such a room. Finally, the captors placed them in the above-stated room. *504

There were approximately 50 individuals detained in one room. The guards would move the prisoners between rooms and the basement from time to time. Groups of three to four men described as «Cetniks» would occasionally question and beat individual prisoners in the presence of the other prisoners. The prisoners were forced to participate in group exercises and were required to follow orders exactly as instructed. *505