UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) ) ) ) ) ) | No. 04-CR-10298-DPW |
| MARKO BOSKIC | | |

**DEFENDANT MARKO BOSKIC'S MOTION TO SUPPRESS EVIDENCE**

Defendant Marko Boskic moves to suppress the following evidence:

(1.) All oral and written statements obtained on August 25, 2004;
(2.) All evidence seized in a search of defendant's home on or about August 25 or 26, 2004;
(3.) All fruits of the above.

In support thereof, defendant says that the statements were obtained in violation of his rights under the Fourth, Fifth and Sixth Amendments to the United States Constitution, as set forth in the accompanying Affidavit of Marko Boskic and Memorandum in Support of Motion to Suppress.

Defendant requests an evidentiary hearing on this motion.

Respectfully submitted,

/s/ Max D. Stern
Max D. Stern
BBO No. 479560
Lillian Hirales
BBO No. 652698
Stern, Shapiro, Weissberg
 & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022
(617) 742-5800

Dated: March 7, 2005
G:\SSWG\Boskic\Boskic motion to suppress evidence.wpd