# EXHIBIT A

Case 1:04-cr-10298-DPW     Document 33-2     Filed 03/07/2005     Page 1 of 6

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) ) ) ) ) | Case No. 04-CR-10298-DPW |
| MARKO BOSKIC |  |  |

**AFFIFDAVIT OF MARKO BOSKIC
IN SUPPORT OF MOTION TO SUPPRESS STATEMENTS**

I, Marko Boskic, hereby state under the penalties of perjury, as follows:

1. I am the defendant in the above-entitled case.

2. In August 2002, I applied to the INS for travel documents.

3. Sometime between August 10 and 15, 2004 I received the attached notice from the INS to come in to pick up the travel documents on August 25, at 3:pm at the JFK Building, and to bring suitable identification with me.

4. I reported to the JFK building as directed at the appointed time, appeared at the reception desk and showed the notice I had received. I was asked to wait in the waiting room. In a little while, agent Thomas Carroll appeared. I gave him my identification (my Bosnian passport), and he led me into the back toward the offices.

5. At this time, I was completely unaware that I was the subject of any criminal investigation.

6. Agent Carroll took me into an interior office, into a cubicle. We were alone. There was no interpreter. I have only a limited command of English. He started to ask me questions, in

English and I responded, in English. He did not tell me that I was under criminal investigation. In fact, he did not tell me that I was under any kind of investigation at all. I believed that I was being interviewed in connection with my application for travel documents. I do not recall being advised on my rights at this time and I did not sign anything at that time.

7. Agent Carroll started by asking me questions about why I wanted travel documents. I told him that I wanted to travel to Austria and Germany to visit my relatives. I attempted to explain why I needed the documents even though I had an unexpired passport – which was because, although the passport had not expired, there was now a newer version, and I would have trouble using mine – but I could not make myself understood in English. He then asked me questions about my background. At some point he showed me a document which he said was a criminal record from Tuzla, Bosnia. He then stated that whenever someone has a criminal history, the FBI is notified. He then left the office and returned with FBI agent Gregory Hughes. I was then questioned further about my background in Bosnia. I still believed that I was being questioned only in connection with my application for travel documents and had no idea that this was part of a criminal investigation.

8. After a while, I was told that another person wanted to talk to me. At this point, some other persons entered the room, including Alistair Graham, who was identified as an investigator for the International Criminal Tribunal of the Former Yugoslavia, at the Hague, Netherlands. With him was a Serbo-Croation interpreter.

9. Up until the point that Graham was introduced, all of the questions and answers were in English. Also, up until that point I at all times believed that all of the questions concerned my application for travel documents. Also, I did not know that I could refuse to answer their

questions. If I had known that I was under investigation, and that I could refuse to answer questions, I would not have made any statements.

10. Graham told me not to speak until he finished what he had to say. He told me that they were investigating the Army of the Republika Srpska and Srebenica. He told me that they had evidence of my involvement in the 10th Sabotage Detachment and in the events at Srebenica. He told me specifically that I was not a subject of the investigation. He told me that they were only interested in whatever information I had on senior officials. He asked me if I was willing to cooperate with the investigation. I understood this cooperation to mean that I would provide information that would help them investigate and prosecute senior officials. I agreed. As a result, I then made various statements concerning event in the former Yugoslavia. During the interview, Graham repeated several times that I was not the subject of the investigation, and that he needed my cooperation to prosecute other senior people. If I had known that I was in fact the subject of an investigation I would not have made these statements.

11. After they had finished questioning me, they asked me to put my statement in writing. At this time, they told me that I was not required to do this. However, I had already told them everything, and I still believed that they were not investigating me personally. I also agreed to allow a search of my house, in order to locate addresses so that they could find other persons involved.

12. At some point, after I had already made statements to them disclosing events in Bosnia, I was given a number of documents to sign, including a form consenting to the search of my apartment. I did so. This was the only time I was asked to sign any documents.

13. At the very end of the session, which was at about 8:30 pm, I was told that I was

-3-

being arrested on a criminal warrant that had been issued in court earlier that day, and that I would be taken to jail that night, and would see a judge in the morning. This was the first time that I was given any hint that I was a target of a criminal investigation. Until then, I accepted the repeated assurances I was given that I was being interviewed only to have my cooperation in getting information on others.

14. This affidavit has been translated for me by a certified interpreter..

Signed under the penalties of perjury:

_____ 02.11.05
Marko Boskic

Dated:

I, Milan Jelic, hereby certify, that I translated the above affidavit into Servo-Croatian and reviewed it with Marko Boskic in Serbo-Croatian.

_____ 02/11/05
Milan Jelic

Dated:

G:\SSWG\Boskic\Affidavit of Marko Boskic in Support of Motion to Suppress.wpd

U.S. Citizenship and Immigration Services

DEPARTMENT OF HOMELAND SECURITY
CITIZENSHIP & IMMIGRATION SERVICES
JFK FEDERAL BUILDING
GOVERNMENT CENTER
BOSTON, MA 02203

Mr. Marko Boskic
111 Foster Street, #311
Peabody, MA 01960

File Number: A77686625

Date: August 9, 2004

*Second Notice

Please come to the shown below at the time and place indicated in connection with an official matter.

| OFFICE LOCATION | Room No. E170   Floor No. lowrise<br>JFK Federal Building<br>Government Center, Boston, MA |
|---|---|
| DATE AND HOUR | August 25, 2004 at 3:30 p.m. |
| ASK FOR | Duty Officer |
| REASON FOR APPOINTMENT | Application for Refugee Travel Document, Form I-131<br>LIN-02-276-51148 |
| BRING WITH YOU | Your alien resident card and any travel documents (passport or reentry permit). |

**IT IS IMPORTANT THAT YOU KEEP THIS APPOINTMENT AND BRING THIS LETTER WITH YOU. THIS INTERVIEW MAY BE VIDEO RECORDED.**

If you are unable to do so, state your reason, sign below and return this letter to this office at once.

Installation:
– Tile
– Stone
– Granite and
– Painting

MARKO B.
111 Foster St. # 311
Peabody, MA 01960
Phone (978) 532-4542

DATE:

Very truly yours,

Denis C. Riordan
District Director

Form G-56
(Rev. 5-1-83) Y