# EXHIBIT B

Case 1:04-cr-10298-DPW     Document 33-3     Filed 03/07/2005     Page 1 of 8

| | |
|---|---|
| DEPARTMENT OF THE TREASURY<br>UNITED STATES CUSTOMS SERVICE<br><br>REPORT OF INVESTIGATION | 1. TECS ACCESS CODE 3<br>2. PAGE   1<br>3. CASE NUMBER BO21IR04BO0004 |

4. TITLE: MARKO BOSKIC

5. CASE STATUS:    INTERIM RPT

| 6. REPORT DATE | 7. DATE ASSIGNED | 8. CLASS | 9. PROGRAM CODE | 10. REPORT NO. |
|---|---|---|---|---|
| 090104 | 010804 | T | 6K1 | 007 |

11. RELATED CASE NUMBERS:

12. COLLATERAL REQ:

13. TYPE OF REPORT:
   OTHER INFORMATION

TOPIC: ARREST OF MARKO BOSKIC

14. SYNOPSIS:
The SAC/Boston, MA, National Security / Human Rights Violators Unit has initiated an investigation of Marko BOSKIC based on information he had participated in the execution of 1,200 Muslim men and boys in Bosnia in 1995. The U.S. Attorney's Office in Boston has accepted the case and plans to charge BOSKIC with 18 USC 1546 (Fraud and Misuse of Visas and Permits), 18 USC 1001 (False Statements), and 18 USC 2340 (Torture). This is a joint agency case with the FBI.

On August 25, 2004 at approximately 8:20p.m., ICE SrSA Thomas Carroll and FBI SA Gregory Hughes arrested Marko BOSKIC at the JFK Federal Building, Room E-170, Boston, MA subsequent to a criminal warrant issued at U.S. District Court, Boston, MA for violation of two counts of Title 18, Section 1546(a), fraud and misuse of visas and other documents.

DETAILS OF INVESTIGATION:

| 15. DISTRIBUTION:<br>SACBO CAVN | 16. SIGNATURE:<br>  CARROLL    THOMAS         SENIOR SPEC AGENT |
|---|---|
| | 17. APPROVED:<br>  JARVIS     KEVIN   W   OI GRP SUPERVISOR |
| | 18. ORIGIN OFFICE: BO<br>  BOSTON, MA - SAC | 19. TELEPHONE: 617 565 3100 |
| | | 20. TYPIST: CARROLL |

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE US CUSTOMS SERVICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

```
                 DEPARTMENT OF THE TREASURY          | 1. PAGE    2
                 UNITED STATES CUSTOMS SERVICE       |
                                                     | 2. CASE NUMBER BO21IR04BO0004
         REPORT OF INVESTIGATION                     |
                 CONTINUATION                        | 3. REPORT NUMBER: 007
```

arko BOSKIC (BOSKIC) appeared at the JFK Federal Building, Room E-170, overnment Center, Boston, MA on August 25, 2004 in response to a call-in otice (Form G-56) for a 3:30p.m. appointment. The G-56 call-in notice was ailed to BOSKIC on August 9, 2004. At approximately 3:35p.m. SrSA Carroll ent to the U.S. Citizenship and Immigration Services waiting room area and alled for BOSKIC. SrSA Carroll and BOSKIC walked to District Adjudications ffice number 25 where BOSKIC was asked to raise his right hand and was placed nder oath. After sitting, Miranda warning was administered to BOSKIC, both rally and in writing. BOSKIC was given a written Miranda warning that was in nglish on one side and Bosnian Serbo-Croatian (BSC) on the other. BOSKIC tated that he spoke and read English and signed the form on both sides. When he rights were explained to BOSKIC he stated "yes, yes, I know what these re".

he interview began with SrSA Carroll asking BOSKIC the reasons why he wanted Refugee Travel Document to which BOSKIC explained that he wanted to visit is father in Croatia, his brother in Germany and his sister in Austria. When OSKIC was asked if he had a passport, he took Bosnia/Herzegovina passport 1342174 out of his pocket. BOSKIC's passport was issued on February 4, 2000 n Berlin, Germany and has an expiration date of January 26, 2005. There is a alid "I-551 stamp" on page 13 of the passport which shows BOSKIC is a lawful e anent resident of the United States. BOSKIC stated to SrSA Carroll that e annot travel out of the United States with this passport because it is l     SrSA Carroll explained to BOSKIC that travel was permitted with his alid passport, which contained a valid I-551 stamp. BOSKIC stated a friend old him he couldn't travel with his Bosnia/Herzegovina passport. BOSKIC tated he didn't want to travel to Bosnia / Herzegovina because he had no amily there.

rSA Carroll then proceeded to go forward with the interview and questioned OSKIC on his biographic information and his history. BOSKIC stated he ntered the U.S. on April 26, 2000 as a refugee with the help of the I.M.O. in ermany. BOSKIC stated he came to Boston, MA because of the Catholic harities ties in Somerville, MA (helped him receive social security, partment, etc.). BOSKIC stated he lived in Germany for 2 and years with his rother and sister-in-law however life in Germany was not good because he had o visa or papers. BOSKIC continued with stating he lived in Belgrade, Serbia rior to Germany for 3 or 4 months. BOSKIC stated he lived in Montenegro 11 ears prior to going to Serbia and that prior to Montenegro he was in Bosnia. OSKIC explained that he grew up in Tuzla, Bosnia where he went to school and orked in construction. After school, he went to Montenegro for construction ork.

OSKIC stated he married his wife, Slavica, in Germany in 1998 but forgot the

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF     US CUSTOMS SERVICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR IN  RMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS SE  ICE TOGETHER WITH A COPY OF THE DOCUMENT.

```
           DEPARTMENT OF THE TREASURY              |1.  PAGE     3                    |
           UNITED STATES CUSTOMS SERVICE           |                                   |
                                                   |2.  CASE NUMBER BO21IR04BO0004    |
      REPORT OF INVESTIGATION                      |                                   |
            CONTINUATION                           |3.  REPORT NUMBER:  007           |
```

month. BOSKIC stated that his wife is from Serbia and that she now lives in Detroit, Michigan. According to BOSKIC, Slavica came to the U.S. 1 to 1 and years after him and that they lived together in Massachusetts for 8 or 9 months. BOSKIC stated he has no children. BOSKIC stated he has been to Canada two times while visiting his wife and a friend, Jasmina, since arriving in the U.S. with no other foreign trips made.

BOSKIC was then asked of his military history to which he explained that he performed the required two-year service in the Yugoslavia military from 1983 to 1984. BOSKIC stated he had no other military service other than this mandatory service. BOSKIC explained that he went to Montenegro after the military (1984) and stayed in Montenegro until 1991. BOSKIC stated that he came back to Bosnia in 1991 until 1994. BOSKIC stated he was put in a detention camp named "Batkovic" because he didn't want to join the Muslim military or the Christian military. BOSKIC stated he escaped the camp in June 1994, and went to Serbia where he stayed until 1998. BOSKIC stated he went to Germany in 1998 and remained there until coming to the U.S. in April, 2000.

SrSA Carroll now asked BOSKIC if he had ever been arrested in Bosnia to which BOSKIC stated no. SrSA Carroll explained to BOSKIC that when someone has any criminal history, the FBI is notified. SrSA Carroll showed BOSKIC paperwork from the Police Administration in Tuzla, Bosnia and told BOSKIC he would now have to explain the details of the arrest to an FBI Agent. SrSA Carroll exited the office and briefly returned with FBI SA Hughes.

FBI SA Hughes identified himself at which time SrSA Carroll reminded BOSKIC of his rights and explained that all rights previously given still applied. BOSKIC stated that he understood and proceeded to answer FBI SA Hughes' questions. BOSKIC stated to FBI SA Hughes that he was originally from Bosnia. FBI SA Hughes asked if he served in the war there, to which BOSKIC replied that he did not and that he left the country before the war. When shown and questioned about his overseas arrest record, BOSKIC remembered the two early arrests (1989). He stated that they happened a long time ago, when he was young, and the charges were dismissed. However, BOSKIC confirmed he was arrested and that he failed to note them on his immigration forms. BOSKIC went on to explain that, "Muslim people had more power and that they can write or say what they want, what is true for Muslim people is not true for me".

FBI SA Hughes now questioned BOSKIC on a 03/09/92 arrest (Robbery) where BOSKIC stated he was jailed for 1 month. BOSKIC stated that this arrest by the Muslims was only because he didn't join the military. BOSKIC explained that he has been working in construction in the U.S. for four years and that he would not do a robbery.

FBI SA Hughes now told BOSKIC that the name Marko BOSKIC was included on a

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE US CUSTOMS SERVICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.

```
               DEPARTMENT OF THE TREASURY           |1. PAGE    4
               UNITED STATES CUSTOMS SERVICE        |
                                                    |2. CASE NUMBER BO21IR04BO0004
     REPORT OF INVESTIGATION                        |
           CONTINUATION                             |3. REPORT NUMBER: 007
```

police report in Bosnia in 1995 where a shooting took place at a caf / bar. BOSKIC responded by stating that he was never in Bosnia in 1995, "I was in Serbia in 1995".

FBI SA Hughes now informed BOSKIC that another person wanted to speak to him. FBI SA Hughes left the room and briefly returned with Alistair Graham (GRAHAM), Investigation Team Leader, Office of the Prosecutor, United Nations International Criminal Tribunal of the Former Yugoslavia (The Hague, Netherlands) and Emese Purger-Kedman, a Bosnian Serbo-Croatian interpreter. SrSA Carroll again reminded BOSKIC of his rights and explained all rights previously given still applied.

GRAHAM introduced himself and told BOSKIC not to say a word until he finished what he wanted to say. GRAHAM stated he was investigating the Army of the Republika Srpska and Srebenica. GRAHAM explained he had a good knowledge of where, when and who was involved including the 10th Sabotage Detachment and that BOSKIC was a member of that unit. GRAHAM explained that he knew the events after Srebenica including the Kravica Warehouse, Branjevo Farm and Pilica. GRAHAM explained that he spoke to members of BOSKIC's unit and that he has been in Bosnia as recent as the previous week. GRAHAM explained that he had a video of BOSKIC showing he was in the military and that he had traveled from The Hague, Netherlands to speak with BOSKIC. GRAHAM explained that BOSKIC was not a subject of his investigation, but that he was interested in senior military officials such as Krstic, etc. GRAHAM explained that he did not know of what BOSKIC spoke of earlier but that he was looking for BOSKIC's cooperation. GRAHAM then asked BOSKIC if he wanted to now say anything or did he first want to see the video. BOSKIC responded by stating "It would be better if I saw the video". GRAHAM played the part of the video where BOSKIC is shown in uniform at a 10th Sabotage Detachment anniversary ceremony dated October 14, 1995 and informed BOSKIC that he has been identified by many people. GRAHAM now asked BOSKIC if he would cooperate to which BOSKIC stated "Yes, I was a member of that unit". BOSKIC explained that he knew this day would come.

GRAHAM asked when and where the video was filmed to which BOSKIC stated that he didn't remember. BOSKIC was asked if he knew others in the video and responded by identifying commander Pelemis. BOSKIC explained that he didn't know everyone in the video because "I was based in the Bijeljina Platoon". BOSKIC explained that he was in the Batkovic camp and that Serbians forced him to join the unit. BOSKIC was asked to name others in the unit and responded with the names of Frantz, Drazen Erdemovic, Mladen Milonovic, Filipovic, and Velemir Popovic. BOSKIC explained that the unit was a special unit for special purposes. BOSKIC explained that he participated on the front line and men that did special operations wore black.

                       OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF
THE US CUSTOMS SERVICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR
INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS
SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.

| DEPARTMENT OF THE TREASURY UNITED STATES CUSTOMS SERVICE | 1. PAGE  5 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | 2. CASE NUMBER BO21IR04BO0004 |
| | 3. REPORT NUMBER: 007 |

GRAHAM asked BOSKIC if he was part of the group, the 10th Sabotage Detachment, that took part in the Srebenica event on July 10, 1995 to which BOSKIC replied that the whole unit went. BOSKIC explained that one part of the unit was from Bijeljina and that the other part was from Vlasenica - "we all came to Vlasenica the same evening together". BOSKIC stated "I don't know if you believe me but we passed through Srebenica and I did not shoot a single shot". BOSKIC explains that Red Berets (Bratunac) were involved in the area and that there was no activity or people in Srebenica. BOSKIC explains that his unit returned to Vlasenica after Srebenica. BOSKIC recalls that one of the unit members was killed in an accident on the return trip.

GRAHAM now explains to BOSKIC that a group of the unit was sent to Branjevo Farm to execute Muslims and that he knew BOSKIC was there. GRAHAM asks BOSKIC to explain what happened and tells BOSKIC that Drazen Erdemovic has spoken to him about the event. BOSKIC stated that he knew Drazen and the commander, Kremenovic, but didn't know what kind of statement they made. GRAHAM continues by explaining that he has never been to the Branjevo Farm and gives a brief outline of what he knows. GRAHAM repeats to BOSKIC that he is not the suspect of his investigation and that he needs BOSKIC's cooperation. GRAHAM tells BOSKIC to think of other people there, that is his best option. BOSKIC replied by stating the commander was Pelemis "he was a former officer from the Yugoslavian Army, he was the one who selected people". BOSKIC names some of the people Pelemis selected: Brano, Drazen, Frantz, Zoran and that he was a member of that unit so Pelemis ordered him to join them. BOSKIC stated "I had two choices join or be dead. It was because of my religion, I had no other choice but to go with them or I would be liquidated". BOSKIC continued giving names: Alexander, Zoran, Vladimir, Stanko, Brano, Drazen , and Velemir Popovic.

BOSKIC stated that he didn't remember the name of the place where the event took place but he remembers there were three commanders who were not pleasant and that they were ready to go after soldiers who didn't follow orders. BOSKIC explained "I believe it wasn't even me that did that. If someone forces me to do something then it is not me that did it". BOSKIC stated that the commander ordered them to shoot at the prisoners. BOSKIC stated "First they started to shoot and I didn't want to join but they forced me to shoot. I didn't do it because of my soul". BOSKIC explained that he used an automatic rifle for the executions and that prisoners were brought out in-groups of 4 or 5. BOSKIC did not remember how many Muslims were executed or how long he was there. BOSKIC explained that the unit refused to participate in the killings at the Cultural Center in Pilica, which happened later that day. BOSKIC was asked who was the senior officer at the site to which he stated "Krstic, but not the Krstic in the video".

BOSKIC went on to explain that in 1993 he tried to leave Bosnia and go to

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE US CUSTOMS SERVICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.

```
                                          | 1. PAGE    6
       DEPARTMENT OF THE TREASURY          |
       UNITED STATES CUSTOMS SERVICE       |
                                          | 2. CASE NUMBER BO21IR04BO0004
    REPORT OF INVESTIGATION                |
          CONTINUATION                     |
                                          | 3. REPORT NUMBER: 007
```

Serbia but he was arrested and detained at the Batkovic Camp in the Republika Srpska region of Bosnia. BOSKIC stated that Catholics and Muslims were treated poorly at the camp. BOSKIC stated he left the Batkovic Camp after the army of the Republica Srpska came to the camp and explained that the only way to get out was to join the army. BOSKIC stated he accepted the offer in June 1994. BOSKIC stated he arrived at the Bijeljina barracks in June 1994 and was under the command of Zoran Manojlovic and later under the command of Pelemis. BOSKIC stated "They are the actual war criminals".

The video of the one-year anniversary ceremony of the 10th Sabotage Detachment was again played. BOSKIC verified the patch of the unit and identified the following soldiers: Srecko (1:27 front row), Mladen Marinovic (1:40 front row), Draza LNU (1:40 front row), Franc Kos (1:50 front row), and Mladen Filipovic (1:54 front row). BOSKIC explained that the party following the ceremony was at the Hotel Vlasenica in Vlasenica. BOSKIC explained that he eventually left Bosnia and went to Serbia where he lived in Srmska Mitrovica and Belgrade for approximately 1 and years. BOSKIC explained that after Serbia he went to Germany at the end of 1997 and stayed in Germany until coming to the U.S. in 2000. BOSKIC stated he met his wife in Serbia.

BOSKIC explained that the best chance he had to come to the U.S. was not to mention his military history. A friend told him about an agency that helped send people to the U.S. BOSKIC stated he was told he had a great advantage because he spent time in the Batkovic Camp. BOSKIC explained that he went to the agency, got paperwork, had meetings and that the representative told him his chances were great.

BOSKIC stated he never told anyone of what happened. BOSKIC stated "I was forced to do what I did. I never did anything because I wanted to do it. I have never told my friends of my past". BOSKIC explained that if he were to go to The Hague, he would tell the truth. BOSKIC stated that he would help find others. "If I go down, others will too". BOSKIC stated he didn't know of any other members living in the U.S. but that he had phone numbers and addresses for members abroad at his house. BOSKIC signed a consent to search form that was translated into Bosnian Serbo-Croatian. The consent to search was for his residence at 111 Foster St. #311, Peabody, MA and for his vehicle.

BOSKIC was asked to put down in writing in his own words what he had just explained. BOSKIC was reminded that his rights were still in effect and that no promises or guarantees were being made. FBI SA Hughes and SrSA Carroll reiterated to BOSKIC several times that he was under no obligation to write a statement. BOSKIC repeatedly stated he understood and acknowledged he was waiving his rights. At one point, BOSKIC became agitated and stated "If I am writing this, I understand what I am doing". BOSKIC proceeded to write a

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE US CUSTOMS SERVICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.

```
                OFFICIAL USE ONLY
         DEPARTMENT OF THE TREASURY            | 1. PAGE   7
         UNITED STATES CUSTOMS SERVICE         |
                                               | 2. CASE NUMBER BO21IR04BO0004
      REPORT OF INVESTIGATION                  |
           CONTINUATION                        | 3. REPORT NUMBER: 007
```

statement in the Bosnian Serbo-Croatian language. The interpreter was used throughout the interview and during the written statement. The door to the office was open during the interview and breaks were taken to allow BOSKIC and the interpreter to use the restroom. BOSKIC was given bottled water and a granola bar during the interview.

At approximately 8:20p.m., BOSKIC asked what was going to happen that night after the interview. SrSA Carroll explained to BOSKIC that he was going to be held in jail overnight and that he would see a judge in the morning. BOSKIC asked if he was being arrested to which SrSA Carroll explained that he was being arrested on a criminal warrant issued at U.S. District Court in Boston for fraud on his immigration paperwork. After the explanation, BOSKIC continued with his written statement until approximately 10:30p.m. At this time BOSKIC was handcuffed, placed in leg restraints, and transported to Suffolk County House Correction in Boston, MA without incident.

It should be noted that while writing his statement, BOSKIC explained how the Muslim prisoners were brought to the execution site in buses. BOSKIC also stated that some of the bus drivers shot prisoners that they knew on the bus with their handgun. BOSKIC also stated while writing - "I knew what this was about as soon as someone from the FBI wanted to talk to me".

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE US CUSTOMS SERVICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.