# EXHIBIT C

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription    08/31/2004

       MARKO BOSKIC, date/place of birth July 09, 1964, Tuzla,
Bosnia, was interviewed in the Boston Office of the Immigration and
Customs Enforcement (ICE) located at the John F. Kennedy Federal
Building, Boston, Massachusetts.  In addition to SA Hughes (Federal
Bureau of Investigation-FBI) and SA Carroll (ICE), also present
during portions of the interview were United Nations Investigator
Alistair Graham and Department of State translator Emese Purger-
Kedman.

       Prior to SA Hughes' entering the room, SA Carroll
furnished BOSKIC with an "Advice of Rights" form written in both
Croatian and English that listed BOSKIC's Miranda warnings.
BOSKIC stated that he spoke and read English, that he understood
his rights, and signed the form on both the English and Croatian
sides.

       BOSKIC's interview was documented in standard ICE format.
A hard-copy of the report is attached to this FD-302 and the
following verbatim text encompassing the portion after SA Hughes
entered the interview room is incorporated by reference.

       FBI SA Hughes identified himself at which time SrSA
Carroll reminded BOSKIC of his rights and explained that all rights
previously given still applied.  BOSKIC stated that he understood
and proceeded to answer FBI SA Hughes' questions.  BOSKIC stated to
FBI SA Hughes that he was originally from Bosnia.  FBI SA Hughes
asked if he served in the war there, to which BOSKIC replied that
he did not and that he left the country before the war.  When shown
and questioned about his overseas arrest record, BOSKIC remembered
the two early arrests (1989).  He stated that they happened a long
time ago, when he was young, and the charges were dismissed.
However, BOSKIC confirmed he was arrested and that he failed to
note them on his immigration forms.  BOSKIC went on to explain
that, "Muslim people had more power and that they can write or say
what they want, what is true for Muslim people is not true for me".

       FBI SA Hughes now questioned BOSKIC on a 03/09/92 arrest
(Robbery) where BOSKIC stated he was jailed for 1 month.  BOSKIC
stated that this arrest by the Muslims was only because he didn't
join the military.  BOSKIC explained that he has been working in

---

Investigation on    08/25/2004    at  Boston, Massachusetts

File #  309C-BS-92039                          Date dictated  08/31/2004
     SA Gregory T. Hughes
by   SA Thomas Carroll

---

This document contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

309C-BS-92039

Continuation of FD-302 of ___MARKO BOSKIC_____ , On _08/25/2004_ , Page ___2___

construction in the U.S. for four years and that he would not do a robber

      FBI SA Hughes now told BOSKIC that the name Marko BOSKIC was included on a police report in Bosnia in 1995 where a shooting took place at a café / bar. BOSKIC responded by stating that he was never in Bosnia in 1995, "I was in Serbia in 1995".

      FBI SA Hughes now informed BOSKIC that another person wanted to speak to him. FBI SA Hughes left the room and briefly returned with Alistair Graham (GRAHAM), Investigation Team Leader, Office of the Prosecutor, United Nations International Criminal Tribunal of the Former Yugoslavia (The Hague, Netherlands) and Emese Purger-Kedman, a Bosnian Serbo-Croatian interpreter. SrSA Carroll again reminded BOSKIC of his rights and explained all rights previously given still applied.

      GRAHAM introduced himself and told BOSKIC not to say a word until he finished what he wanted to say. GRAHAM stated he was investigating the Army of the Republika Srpska and Srebenica. GRAHAM explained he had a good knowledge of where, when and who was involved including the 10th Sabotage Detachment and that BOSKIC was a member of that unit. GRAHAM explained that he knew the events after Srebenica including the Kravica Warehouse, Branjevo Farm and Pilica. GRAHAM explained that he spoke to members of BOSKIC's unit and that he has been in Bosnia as recent as the previous week. GRAHAM explained that he had a video of BOSKIC showing he was in the military and that he had traveled from The Hague, Netherlands to speak with BOSKIC. GRAHAM explained that BOSKIC was not a subject of his investigation, but that he was interested in senior military officials such as Krstic, etc. GRAHAM explained that he did not know of what BOSKIC spoke of earlier but that he was looking for BOSKIC's cooperation. GRAHAM then asked BOSKIC if he wanted to now say anything or did he first want to see the video. BOSKIC responded by stating "It would be better if I saw the video". GRAHAM played the part of the video where BOSKIC is shown in uniform at a 10th Sabotage Detachment anniversary ceremony dated October 14, 1995 and informed BOSKIC that he has been identified by many people. GRAHAM now asked BOSKIC if he would cooperate to which BOSKIC stated "Yes, I was a member of that unit". BOSKIC explained that he knew this day would come.

      GRAHAM asked when and where the video was filmed to which BOSKIC stated that he didn't remember. BOSKIC was asked if he knew others in the video and responded by identifying commander Pelemis. BOSKIC explained that he didn't know everyone in the video because

FD-302a (Rev. 10-6-95)

309C-BS-92039

Continuation of FD-302 of    MARKO BOSKIC                      , On 08/25/2004  , Page  3

"I was based in the Bijeljina Platoon". BOSKIC explained that he was in the Batkovic camp and that Serbians forced him to join the unit. BOSKIC was asked to name others in the unit and responded with the names of Frantz, Drazen Erdemovic, Mladen Milonovic, Filipovic, and Velemir Popovic. BOSKIC explained that the unit was a special unit for special purposes. BOSKIC explained that he participated on the front line and men that did special operations wore black.

GRAHAM asked BOSKIC if he was part of the group, the 10th Sabotage Detachment, that took part in the Srebenica event on July 10, 1995 to which BOSKIC replied that the whole unit went. BOSKIC explained that one part of the unit was from Bijeljina and that the other part was from Vlasenica - "we all came to Vlasenica the same evening together". BOSKIC stated "I don't know if you believe me but we passed through Srebenica and I did not shoot a single shot". BOSKIC explains that Red Berets (Bratunac) were involved in the area and that there was no activity or people in Srebenica. BOSKIC explains that his unit returned to Vlasenica after Srebenica. BOSKIC recalls that one of the unit members was killed in an accident on the return trip.

GRAHAM now explains to BOSKIC that a group of the unit was sent to Branjevo Farm to execute Muslims and that he knew BOSKIC was there. GRAHAM asks BOSKIC to explain what happened and tells BOSKIC that Drazen Erdemovic has spoken to him about the event. BOSKIC stated that he knew Drazen and the commander, Kremenovic, but didn't know what kind of statement they made. GRAHAM continues by explaining that he has never been to the Branjevo Farm and gives a brief outline of what he knows. GRAHAM repeats to BOSKIC that he is not the suspect of his investigation and that he needs BOSKIC's cooperation. GRAHAM tells BOSKIC to think of other people there, that is his best option. BOSKIC replied by stating the commander was Pelemis. "He was a former officer from the Yugoslavian Army, he was the one who selected people". BOSKIC names some of the people Pelemis selected: Brano, Drazen, Frantz, Zoran and that he was a member of that unit so Pelemis ordered him to join them. BOSKIC stated "I had two choices: join or be dead. It was because of my religion, I had no other choice but to go with them or I would be liquidated". BOSKIC continued giving names: Alexander, Zoran, Vladimir, Stanko, Brano, Drazen , and Velemir Popovic.

BOSKIC stated that he didn't remember the name of the place where the event took place but he remembers there were three

FD-302a (Rev. 10-6-95)

309C-BS-92039

Continuation of FD-302 of ___MARKO BOSKIC_____ , On 08/25/2004 , Page __4__

commanders who were not pleasant and that they were ready to go
after soldiers who didn't follow orders. BOSKIC explained "I
believe it wasn't even me that did that. If someone forces me to
do something then it is not me that did it". BOSKIC stated that
the commander ordered them to shoot at the prisoners. BOSKIC stated
"First they started to shoot and I didn't want to join but they
forced me to shoot. I didn't do it because of my soul". BOSKIC
explained that he used an automatic rifle for the executions and
that prisoners were brought out in-groups of 4 or 5. BOSKIC did
not remember how many Muslims were executed or how long he was
there. BOSKIC explained that the unit refused to participate in
the killings at the Cultural Center in Pilica, which happened later
that day. BOSKIC was asked who was the senior officer at the site
to which he stated "Krstic, but not the Krstic in the video".

BOSKIC went on to explain that in 1993 he tried to leave
Bosnia and go to Serbia but he was arrested and detained at the
Batkovic Camp in the Republika Srpska region of Bosnia. BOSKIC
stated that Catholics and Muslims were treated poorly at the camp.
BOSKIC stated he left the Batkovic Camp after the Army of the
Republica Srpska came to the camp and explained that the only way
to get out was to join the army. BOSKIC stated he accepted the
offer in June 1994. BOSKIC stated he arrived at the Bijeljina
barracks in June 1994 and was under the command of Zoran Manojlovic
and later under the command of Pelemis. BOSKIC stated "They are
the actual war criminals".

The video of the one-year anniversary ceremony of the 10th
Sabotage Detachment was again played. BOSKIC verified the patch of
the unit and identified the following soldiers: Srecko (1:27 front
row), Mladen Marinovic (1:40 front row), Draza LNU (1:40 front
row), Franc Kos (1:50 front row), and Mladen Filipovic (1:54 front
row). BOSKIC explained that the party following the ceremony was
at the Hotel Vlasenica in Vlasenica. BOSKIC explained that he
eventually left Bosnia and went to Serbia where he lived in Srmska
Mitrovica and Belgrade for approximately 1 and ½ years. BOSKIC
explained that after Serbia he went to Germany at the end of 1997
and stayed in Germany until coming to the U.S. in 2000. BOSKIC
stated he met his wife in Serbia.

BOSKIC explained that the best chance he had to come to
the U.S. was not to mention his military history. A friend told
him about an agency that helped send people to the U.S. BOSKIC
stated he was told he had a great advantage because he spent time
in the Batkovic Camp. BOSKIC explained that he went to the agency,

FD-302a (Rev. 10-6-95)

309C-BS-92039

Continuation of FD-302 of ___MARKO BOSKIC_____ , On _08/25/2004_ , Page __5__

got paperwork, had meetings and that the representative told him his chances were great.

BOSKIC stated he never told anyone of what happened. BOSKIC stated "I was forced to do what I did.  I never did anything because I wanted to do it.  I have never told my friends of my past".  BOSKIC explained that if he were to go to The Hague, he would tell the truth.  BOSKIC stated that he would help find others. "If I go down, others will too".  BOSKIC stated he didn't know of any other members living in the U.S. but that he had phone numbers and addresses for members abroad at his house.  BOSKIC signed a consent to search form that was translated into Bosnian Serbo-Croatian.  The consent to search was for his residence at 111 Foster St. #311, Peabody, MA and for his vehicle.

BOSKIC was asked to put down in writing in his own words what he had just explained.  BOSKIC was reminded that his rights were still in effect and that no promises or guarantees were being made.  FBI SA Hughes and SrSA Carroll reiterated to BOSKIC several times that he was under no obligation to write a statement.  BOSKIC repeatedly stated he understood and acknowledged he was waiving his rights.  At one point, BOSKIC became agitated and stated "If I am writing this, I understand what I am doing".  BOSKIC proceeded to write a statement in the Bosnian Serbo-Croatian language.  The interpreter was used throughout the interview and during the written statement.  The door to the office was open during the interview and breaks were taken to allow BOSKIC and the interpreter to use the restroom. BOSKIC was given bottled water and a granola bar during the interview.

At approximately 8:20p.m., BOSKIC asked what was going to happen that night after the interview.  SrSA Carroll explained to BOSKIC that he was going to be held in jail overnight and that he would see a judge in the morning.  BOSKIC asked if he was being arrested to which SrSA Carroll explained that he was being arrested on a criminal warrant issued at U.S. District Court in Boston for fraud on his immigration paperwork. After the explanation, BOSKIC continued with his written statement until approximately 10:30p.m. At this time BOSKIC was handcuffed, placed in leg restraints, and transported to Suffolk County House Correction in Boston, MA without incident.

It should be noted that while writing his statement, BOSKIC explained how the Muslim prisoners were brought to the execution site in buses.  BOSKIC also stated that some of the bus

FD-302a (Rev. 10-6-95)

309C-BS-92039

Continuation of FD-302 of ____MARKO BOSKIC_____, On 08/25/2004 , Page __6__

drivers shot prisoners that they knew on the bus with their handgun.  BOSKIC also stated while writing - "I knew what this was about as soon as someone from the FBI wanted to talk to me".

Writer's Note: As SrSA Carroll was not present during this next part of the conversation, this section does not appear in his report:

After he completed writing his statement, BOSKIC was escorted out of the office by SA Hughes and Supervisory Special Agent Kevin Jarvis (ICE).  SA Hughes asked BOSKIC if he remembered meeting a newspaper reporter in 1997.  BOSKIC replied he did remember meeting an American female reporter back then who asked about Srebenica.  However, he refused to answer her questions.