**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) ) ) ) ) ) | Case No. 04-CR-10298-DPW |
| MARKO BOSKIC | | |

**DEFENDANT MARKO BOSKIC'S MOTION**
**FOR A BILL OF PARTICULARS**

Defendant moves that the Government be ordered to file a bill of particulars in this case. In support thereof, the defendant says that particulars are necessary to provide him with adequate notice of the charges and to enable him to prepare his defense. Specifically defendant requests that the Government particularize as follows:

1. As to all counts, specify the precise questions and answers which form the basis for the charge.

2. As to all counts, specify the precise nature of the falsity, i.e. specify what facts are alleged to be true as compared to what was allegedly falsely stated.

3. As to Counts Three and Four, specify whether the "because" clause refers to the defendant's state of mind or that of other[s].

Respectfully submitted,

/s/ Max D. Stern
Max D. Stern
BBO No. 479560
Lillian Hirales
BBO No. 652698
Stern, Shapiro, Weissberg
 & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022
(617) 742-5800

Dated: March 18, 2005.

G:\SSWG\Boskic\particulars mot.wpd