UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 04-CR-10298-DPW |
| ) | |
| MARKO BOSKIC ) | |

### DEFENDANT MARKO BOSKIC'S MOTION TO DISMISS THE INDICTMENT

Defendant moves that the Court dismiss the indictment. In support thereof, he says that each count of the indictment lacks sufficient particularity to set forth an offense or to enable him to prepare his defense, in violation of the Fifth and Sixth Amendments to the United States Constitution.

Respectfully submitted,

/s/ Max D. Stern
Max D. Stern
BBO No. 479560
Lillian Hirales
BBO No. 652698
Stern, Shapiro, Weissberg
 & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022
(617) 742-5800

Dated: March 18, 2005.

G:\SSWG\Boskic\dismiss mot.wpd