# EXHIBIT A

**REGISTRATION FOR CLASSIFICATION AS REFUGEE**
Section 207 Immigration and Nationality Act

**UNITED STATES DEPARTMENT OF JUSTICE**
IMMIGRATION AND NATURALIZATION SERVICE

Form Approved
Budget Bureau No. 43-R0408

File No. A

TO FURNISH THE FOLLOWING INFORMATION (READ INSTRUCTIONS ON REVERSE)

First: MARKO   Middle: —   Last: BOŠKIĆ

Address: FLORASTR. 33/AUFG.5, 13187 BERLIN /PANKOW/

Date of birth (month x day x year): [illegible] 1964
Place of birth (city or town): TUZLA
Province: —
Country: BOSNIA
My present nationality is: BOSNIAN

Height: 178 cm   Weight: 82 kg   Eyes: BROWN   Hair: BROWN   Complexion: FAIR   Marks or Scars: —

5. I fled or was displaced from (Name of country): BOSNIA-HERZEGOVINA
On or about: month 01  day 06  year 1994

6. Reasons (State in detail): BECAUSE OF MY REFUSAL TO JOIN THE ARMY TO FIGHT IN THE WAR — I DIDN'T WANT TO FIGHT IN AN ETHNIC WAR AGAINST PEOPLE I LIVED WITH — I WAS FORCED TO FLEE. ALSO BECAUSE I AM A CROAT I DIDN'T WANT TO FIGHT.

7. My present immigration status in GERMANY (Country in which residing) is: REFUGEE

The evidence of my immigration status in the country in which I am residing is: "DULDUNG"

8. My spouse's name is: N/A
9. (His)(Her) present address is:
10. Spouse's nationality is:
11. My spouse ☐ will ☐ will not accompany me to the United States

12. Name of child(ren): N/A

13. Schooling or Education

| Name and location of school | Type | Dates attended | Title of Degree or Diploma |
|---|---|---|---|
| PRIMARY SCHOOL, TUZLA | ELEMENTARY | 1971-1978 | — |
| BUILDING TRADES SCHOOL, TUZLA | VOCATIONAL (FOR THE BUILDING TRADES) | 1978-1982 | CERTIFICATE OF BUILDING TECHNOLOGY (CERAMICS) |

14. Military Service

| Country | Branch and Organization | Dates | Serial No. | Rank Attained |
|---|---|---|---|---|
| SFR YUGOSLAVIA | INFANTRY | 1983-84 | / | PRIVATE |

Form I-590 (Rev. 5-1-80) N