UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 04-CR-10298-DPW |
| ) | |
| MARKO BOSKIC ) | |

### CERTIFICATE OF SERVICE

I, Max D. Stern, hereby certify that I have this day, served copies of the following documents upon counsel for the United States, by mailing copies of same, postage prepaid to Jeffrey Auerhahn, Assistant U.S. Attorney, Department of Justice, One Courthouse Way, Suite 9200, Boston, MA 02210:

1. Defendant Marko Boskic's Motion to Dismiss the Indictment;

2. Defendant Marko Boskic's Motion for A Bill of Particulars; and

3. Defendant Marko Boskic's Memorandum In Support of His motion to Dismiss the Indictment Or, In The Alternative, For a Bill of Particulars.

_____
Max D. Stern

Dated: March 18, 2005

G:\SSWG\Boskic\cofs.wpd