```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
        V.                  )    Criminal No. 04-10298-DPW
                            )
MARKO BOSKIC                )
```

### ASSENTED MOTION TO CONTINUE STATUS CONFERENCE AND FOR ORDER OF EXCLUDABLE DELAY

Now come the United States jointly and with the assent of the defendant and requests that the Court continue the status conference scheduled for this day, until April 7, 2005, at 2:00 PM. In support of this request and justifying an order of excludable delay, the parties state as follows:

Now pending before this Court are motions filed by the defendant on March 7, 2005, including: defendant's motion to suppress statements and the fruits of searches, motion for discovery in connection with his motion to suppress and motion for exculpatory evidence. The government filed responses to these motions on March 21, 2005.

In addition, the defendant filed a motion to dismiss and a motion for bill of particulars on March 18, 2005. The government's response is due April 1, 2005.

Continuing this hearing until April 7, will allow this Court to consider all pending motions (that will not be heard and decided by the District Court Judge) at the same hearing.

1

    Wherefore, the government, jointly and with the assent of the defendant, requests that the conference in this case be continued from today until April 7, 2005 at 2:00 PM.

                                              Respectfully submitted,

| For the Defendant: | For the United States: |
|---|---|
| MARKO BOSKIC<br>Defendant | MICHAEL J. SULLIVAN<br>United States Attorney |
| /s/ Max Stern , Esq.<br>MAX STERN, Esq.<br>Counsel for Marko Boskic | By: /s/ Jeffrey Auerhahn<br>JEFFREY AUERHAHN<br>Assistant U.S. Attorney |
| Dated: March 25, 2005 | Dated:   March 25, 2005 |