UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
         v.                    )      CRIMINAL ACTION
                               )      NO. 04-10298-DPW
MARKO BOSKIC,                  )
         Defendant,            )
_____)
```

**FINAL STATUS REPORT**
**May 4, 2005**

**SWARTWOOD, C.M.J.**

The following is a Final Status Report to Woodlock, J. to whom this case is assigned:

1. Discovery

On May 3, 2005, I entered an Order resolving Defendant's Motion For Exculpatory Evidence (Docket No. 30) and Defendant, Marko Boskic's Motion For A Bill Of Particulars (Docket No. 35). That Order does provide for an *in camera* review of certain documents in order to determine whether or not those documents contain relevant and exculpatory information learned by the Government during interviews of potential witnesses in this case. That *in camera* review should be completed by May 24, 2005.

2.   Substantive Motions

Mr. Boskic's Motion To Dismiss and Motion To Suppress have been fully briefed and are presently pending before Judge Woodlock.

Therefore, I am returning this case to Judge Woodlock for all further proceedings except the *in camera* review that I have referred to in the above section.

3.  Excludable Time

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from March 21, 2005 (date of expiration of prior order of excludable time) through April 3, 2005 (date of my Order ruling on Mr. Boskic's discovery motions). Therefore, I have excluded the entire period from date of arraignment through May 3, 2005 and assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before Tuesday, July 12, 2005.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE