UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.         )<br>)<br>MARKO BOSKIC,           )<br>        Defendant,      )<br>_____) | **CRIMINAL ACTION**<br>**NO. 04-10298-DPW** |

**ORDER OF EXCLUDABLE TIME**
**May 4, 2005**

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from March 21, 2005 (date of expiration of prior order of excludable time) through April 3, 2005 (date of my Order ruling on Mr. Boskic's discovery motions) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE