

**STERN**
**SHAPIRO**
**WEISSBERG**
**& GARIN** LLP
attorneys at law

Max D. Stern
Jonathan Shapiro
Lynn G. Weissberg
Patricia Garin
Martin F. Levin
Kenneth M. Resnik
Lillian Hirales

May 9, 2005

Ms. Lisa Roland, Deputy Clerk
404 Harold D. Donohue Federal Bldg & Courthouse
595 Main Street
Worcester, MA  01608-2076

    Re: United States v. Marko Boskic
       Cr. No. 04-10298-DPW

Dear Ms. Roland:

    This is to request a copy of the transcript for the hearing that took place on April 28, 2005 in the above case.

    Thank you for your attention to this matter

                      Yours truly,

                      Max Stern

MDS/c

cc: Jeffrey Auerhahn, AUSA

G:\SSWG\Boskic\clerkroland.let2.wpd