UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) ) ) ) ) | Case No. 04-CR-10298-DPW |
| MARKO BOSKIC | | |

**ASSENTED-TO MOTION OF DEFENDANT TO EXTEND THE TIME
TO FILE CERTAIN PLEADINGS**

Defendant hereby moves for leave to extend the time file the following pleadings to on or before Friday, May 27, 2005:

    a. Objections to the Order of the Magistrate-Judge of May 3, 2005, denying certain requests for discovery;

    b. A reply to the Government's Opposition to defendant's Motion to Suppress; and

    c. A reply to the Government's Opposition to defendant's Motion to Dismiss.

In support thereof, defendant says as follows:

1. Defense counsel has been unable to finish work on these filings to date because of other competing responsibilities.

2. The requested time is needed to complete work on these pleadings. Counsel is scheduled for surgery on Monday, May 16, and has been advised that he will be out for the remainder of that week and on "light duty" for the following week.

3.  Assistant United States Attorney Jeffrey Auerhahn authorizes the undersigned to represent that the Government does not object to this extension.

                                                          Respectfully submitted,

                                                          /s/ *Max D. Stern*
                                                          Max D. Stern
                                                          BBO No. 479560
                                                          Lillian Hirales
                                                          BBO No. 652698
                                                          Stern, Shapiro, Weissberg
                                                           & Garin, LLP
                                                          90 Canal Street, Suite 500
                                                          Boston, MA 02114-2022
                                                          (617) 742-5800

Dated: May 10, 2005

G:\SSWG\Boskic\extend mot.wpd