UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| _____ | ) |  |
| UNITED STATES OF AMERICA | ) |  |
|  | ) | Case No. 04-CR-10298-DPW |
| V. | ) |  |
|  | ) |  |
|  | ) |  |
| MARKO BOSKIC | ) |  |
| _____) |  |  |

**ASSENTED TO MOTION OF DEFENDANT TO EXTEND THE TIME
TO FILE CERTAIN PLEADINGS**

Defendant hereby moves for leave to extend the time to file the following pleadings to on or before Monday, June 20, 2005:

    a. Objections to the Order of the Magistrate-Judge of May 3, 2005, denying certain requests for discovery;

    b. A reply to the Government's Opposition to defendant's Motion to Suppress; and

    c. A reply to the Government's Opposition to defendant's Motion to Dismiss.

The requested time is needed to complete work on these pleadings. Counsel had surgery on Monday, May 16, and has not yet been able to return to work. He is not expected to return until the week of May 31, 2005.

Assistant United States Attorney Jeffery Auerhahn does not object to a continuance and specifically requested that the date be June 20, 2005. Due to his schedule, Mr. Auerhahn would not be able to review any pleading filed between June 10 and June 17, 2005.

                                                  Respectfully submitted,

                                                  /s/ *Max D. Stern*
                                                  Max D. Stern
                                                  BBO No. 479560
                                                  Lillian Hirales
                                                  BBO No. 652698
                                                  Stern, Shapiro, Weissberg
                                                    &amp; Garin, LLP
                                                  90 Canal Street, Suite 500
                                                  Boston, MA 02114-2022
                                                  (617) 742-5800

Dated: May 25, 2005

G:\SSWG\Boskic\extend mot2.wpd