

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*                John Joseph Moakley United States Courthouse
                                                1 Courthouse Way
                                                Suite 9200
                                                Boston, Massachusetts 02210

May 23, 2005

Max D. Stern
Stern, Shapiro, Weissberg & Garin
90 Canal Street, Suite 500
Boston, MA 02114-2022

    Re:   United States v. Marko Boskic,
           Criminal Number 04-10298-DPW

Dear Sir:

    Enclosed please find a copy of a CD I received from the ICTY, in response to my request for documents and evidence concerning the exhumations at the Branjevo Military Farm and Cancari Road 12. I have been informed that the CD, which contains information about these exhumations and others in the former Yugoslavia, was admitted as Exhibit P-749, in the ICTY case <u>Prosecutor v. Vidoje Blagojevic and Dragan Jokic</u> (Case No. IT-02-60-T). (I have also enclosed a printed copy of the list of contents of the CD.)

                                       Very truly yours,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                            By: _____
                                JEFFREY AUERHAHN
                                Assistant U.S. Attorney

Enclosures as noted

cc:  (w/o CD)
     Lisa Roland, Clerk
     Honorable Charles B. Swartwood, III
     United States Magistrate Judge
     Donohue Federal Building
     595 Main Street
     Worcester, MA 01608

## Exhibits for Witness Dean MANNING

-02-54-T

| | | Description | Date | | | | English |
|---|---|---|---|---|---|---|---|
| P-737 | BARAYBAR, Jose Pablo | Curriculum Vitae (CV) of José Pablo BARAYBAR. | 1999 | | 0184-5728-0184-5734 | | Click Here For English |
| P-738 | BARAYBAR, Jose Pablo | Report on anthropology examination of human remains from Eastern Bosnia in 1999. | Unknown | 0091-7101-0091-7115 | 0091-1536-0091-1550 | Click Here For BCS | Click Here For English |
| P-739 | BARAYBAR, Jose Pablo | Report on the exhumation of mass gravesites in Eastern Bosnia, August to October 1999. | Unknown | 0092-0192-0092-0242 | 0091-1861-0091-1909 | Click Here For BCS | Click Here For English |
| P-740 | BARAYBAR, Jose Pablo | Report on the Anthropological Examination of Human Remains from Eastern Bosnia in 2000. | 2-Feb-01 | 0190-8709-0190-8723 | 0109-4593-0109-4607 | Click Here For BCS | Click Here For English |
| P-741 | BARAYBAR, Jose Pablo | Report on Excavations at Glogova 2 1999-2001 | | 0308-7627-0308-7642 | X016-7687-X016-7707 | Click Here For BCS | Click Here For English |
| P-742 | BARAYBAR, Jose Pablo | Report on Excavations at the site of Zeleni Jadar 6, Bosnian & Herzegovina 2001. | | 0308-7268-0308-7276 | X016-7673-X016-7686 | Click Here For BCS | Click Here For English |
| P-743 | BROWN, Anthony | Report on analysis of soil relating to 1999 exhumations. | 26-Feb-99 | 0300-5654-0300-5664 | 0070-7654-0070-7664 | Click Here For BCS | Click Here For English |
| P-744 | BROWN, Anthony | First report on analysis of soil relating to 1998 exhumations. | 26-Nov-99 | 0091-1604-0091-1607 | 0090-2576-0090-2579 | Click Here For BCS | Click Here For English |
| P-745 | CLARK, Dr. John | Curriculum Vitae (CV) of Dr John CLARK. | 1999 | | 0184-5735-0184-5737 | | Click Here For English |
| P-746 | CLARK, Dr. John | Pathology report on 1999 exhumations. | 17-Dec-99 | 0091-2280-0091-2305 | 0090-8183-0090-8208 | Click Here For BCS | Click Here For English |
| P-747 | CLARK, Dr. John | ICTY Operations in Bosnia-Herzegovina 2000 Season – Report of Chief Pathologist. | 24-Feb-01 | 0300-5063-0300-5094 | 0200-5375-0200-5402 | Click Here For BCS | Click Here For English |

T-02-54-T

## Exhibits for Witness Dean MANNING

| | | | | | | |
|---|---|---|---|---|---|---|
| P-748 | CLARK, Dr. John | ICTY Operations in Bosnia-Herzegovina 2001 Season – Report of Chief Pathologist. | 14-Nov-03 | 0308-0680-0308-0712 | 0293-0842-0293-0870 | Click Here For BCS | Click Here For English |
| P-561 | HEDLEY, Michael | A report of the examination and recovery of evidence from Kravica Warehouse, BiH | March-01 | 0302-6804-0302-6839 | 0200-9095-0200-9120 | Click Here For BCS | Click Here For English |
| P-750 | HAGLUND, Dr. William | Curriculum Vitae (CV) of Dr William HAGLUND | 1999 | | 0103-8593-0103-8600 | | Click Here For English |
| P-751 | HAGLUND, Dr. William | Forensic Investigation of the Cerska Grave Site Volume I | 15-Jun-98 | | 0149-3690-0149-3761 | | Click Here For English |
| P-751 | HAGLUND, Dr. William | Forensic Investigation of the Cerska Grave Site Volume II | 15-Jun-98 | | 0149-3762-0149-3977 | | Click Here For English |
| P-751 | HAGLUND, Dr. William | Forensic Investigation of the Cerska Grave Site Volume III | 15-Jun-98 | | 0149-3978-0149-4182 | | Click Here For English |
| P-751 | HAGLUND, Dr. William | Forensic Investigation of the Cerska Grave Site Volume IV | 15-Jun-98 | | 0149-4183-0149-4377 | | Click Here For English |
| P-751 | HAGLUND, Dr. William | Forensic Investigation of the Cerska Grave Site Volume V | 15-Jun-98 | | 0149-4378-0149-4607 | | Click Here For English |
| P-752 | HAGLUND, Dr. William | Forensic Investigation of the Lazete 2 Grave Site Volume I | 15-Jun-98 | | 0149-1630-0149-1716 | | Click Here For English |
| P-753 | HAGLUND, Dr. William | Forensic Investigation of Four Graves in the Area of Nova Kasaba | 15-Jun-98 | | 0149-2649-0149-2903 | | Click Here For English |
| P-754 | HAGLUND, Dr. William | Forensic Investigation of the Pilica (Branjevo Farm) Grave Site Volume 1 | 15-Jun-98 | | 0149-2904-0149-2989 | | Click Here For English |

T-02-54-T

## Exhibits for Witness Dean MANNING

| | | | | | | |
|---|---|---|---|---|---|---|
| P-563 | KLOOSTERMAN, A.D. (Netherlands Forensic Institute) | Report on blood and tissue found at Grbavci School, Kravica Warehouse and Pilica Dom from samples taken by the US Navy Intelligence Service. | 20-Dec-99 | 0091-2231-0091-2250 | 0090-8077-0090-8097 | Click Here For BCS | Click Here For English |
| P-756 | de KOEIJER, J.A. (Netherlands Forensic Institute) | Forensic report on Zvornik files Military Police Coy Attendance Roster, Jul-95 (J A de KOEIJER). | 15-Nov-99 | 0090-2699-0090-2703 | 0090-2058-0090-2062 | Click Here For BCS | Click Here For English |
| P-756 | de KOEIJER, J.A. (Netherlands Forensic Institute) | Attached copy of original Zvornik files Military Police Coy Attendance Roster. | | 0069-6608-0069-6615 | | Click Here For BCS | |
| P-757 | LAWRENCE, Dr. Christopher | Curriculum Vitae (CV) of Dr Christopher LAWRENCE. | 1999 | | 0184-5722-0184-5727 | | Click Here For English |
| P-758 | LAWRENCE, Dr. Christopher | Autopsy reports from 1998 on the following sites: Kozluk Trench. | 17-Jun-99 | 0091-1588-0091-1588 | X003-7940-X003-7940 | Click Here For BCS | Click Here For English |
| P-759 | LAWRENCE, Dr. Christopher | Autopsy reports from 1998 on the following sites: DAM | 17-Jun-99 | 0092-1689-0092-1721 | X003-7941-X003-7966 | Click Here For BCS | Click Here For English |
| P-760 | LAWRENCE, Dr. Christopher | Autopsy reports from 1998 on the following sites: CR12 | 17-Jun-99 | 0092-0426-0092-0479 | X003-8185-X003-8238 | Click Here For BCS | Click Here For English |
| P-761 | LAWRENCE, Dr. Christopher | Autopsy reports from 1998 on the following sites: CR03 | 17-Jun-99 | 0092-0597-0092-0652 | X003-8135-X003-8184 | Click Here For BCS | Click Here For English |
| P-762 | LAWRENCE, Dr. Christopher | Autopsy reports from 1998 on the following sites: HZ03 | 17-Jun-99 | 0092-4122-0092-4145 | X003-8011-X003-8034 | Click Here For BCS | Click Here For English |
| P-763 | LAWRENCE, Dr. Christopher | Autopsy reports from 1998 on the following sites: HZ04 | 17-Jun-99 | 0092-2932-0092-2961 | X003-8035-X003-8064 | Click Here For BCS | Click Here For English |
| P-764 | LAWRENCE, Dr. Christopher | Autopsy reports from 1998 on the following sites: HZ05 | 17-Jun-99 | 0092-3855-0092-3880 | X003-8065-X003-8093 | Click Here For BCS | Click Here For English |

T-02-54-T

## Exhibits for Witness Dean MANNING

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| P-765 | LAWRENCE, Dr. Christopher | Autopsy reports from 1998 on the following sites: ZJ05. | 17-Jun-99 | 0092-3784-0092-3827 | X003-7967-X003-8010 | | Click Here For English |
| P-766 | LAWRENCE, Dr. Christopher | Autopsy reports from 1998 on the following sites: LP02 | 17-Jun-99 | 0092-1321-0092-1361 | X003-8094-X003-8134 | Click Here For BCS | Click Here For English |
| P-565 | MALONEY, Michael BROWN, Michael E. (U.S. Naval Criminal Investigative Service) | US Naval Criminal Investigative Service report Kravica Warehouse 30-Sep-96. | | 0306-1624-0306-1634 | 0136-2570-0136-2725 | Click Here For BCS | Click Here For English |
| P-565 | MALONEY, Michael BROWN, Michael E. (U.S. Naval Criminal Investigative Service) | Report of Investigation by the United States Naval Criminal Investigative Service Volume I to Volume IV. | | | 0136-2726-0136-3191 | | Click Here For English |
| P-565 | MALONEY, Michael BROWN, Michael E. (U.S. Naval Criminal Investigative Service) | Index and hyperlinks to photographs from the US Naval Criminal Investigative Service reports (0136-2570-0136-2725 and 0136-2726-0136-3191) | | | | | Click Here For Index |
| P-564 | MALJAARS, S.E. (Netherlands Forensic Institute) | Report on examination of blindfolds and the relationship of those found at one location to other locations. | 11-Feb-00 | 0092-0149-0092-0191 | 0091-6650-0091-6692 | Click Here For BCS | Click Here For English |
| P-551 | MANNING, Dean | Curriculum Vitae (CV) of Dean MANNING. | 25-Jun-05 | | 0343-8852-0343-8854 | | Click Here For English |
| P-552 | MANNING, Dean | Srebrenica Investigation. Summary of Forensic Evidence – Execution Points and Mass Graves | 16-May-00 | 0096-7377-0096-7520 | 0095-0901-0095-1041 | Click Here For BCS | Click Here For English |

IT-02-54-T

## Exhibits for Witness Dean MANNING

| | | | | | | |
|---|---|---|---|---|---|---|
| P-553 | MANNING, Dean | Srebrenica Investigation. Summary of Forensic Evidence – Mass Grages Exhumed in 2000, Lazete 1, Lazete 2C, Ravnice, Glogova 1 | 1-Feb-01 | 0300-5503-0300-5531 | X006-5658-X006-5684 | Click Here For BCS | Click Here For English |
| P-554 | MANNING, Dean | Srebrenica Investigation. Summary of Forensic Evidence – Execution Points and Mass Graves 2001 | 24-Aug-03 | 0308-8545-0308-8566 | X016-7708-X016-7721 | Click Here For BCS | Click Here For English |
| P-769 | PECCERELLI, Fredy | Lazete 1, Bosnia and Herzegovina, Excavation and Exhumation report. | 2-Feb-01 | 0190-8959-0190-8998 | X006-4000-X006-4032 | Click Here For BCS | Click Here For English |
| P-770 | WRIGHT, Prof. Richard | Curriculum Vitae (CV) of Professor Richard WRIGHT. | 25-Nov-99 | | 0103-8588-0103-8592 | | Click Here For English |
| P-771 | WRIGHT, Prof. Richard | Report on the exhumations of 1998, including: DAM; CR01-CR12; HZ01-HZ07; LP01-LP04; ZJ01-ZJ06. | 12-May-99 | 0306-1624-0306-1634 | 0084-8214-0084-8395 | Click Here For BCS | Click Here For English |
| P-772 | WRIGHT, Prof. Richard | Report on 1999 exhumations – Kozluk and trenching of KP01. | 2-Feb-00 | | 0091-2156-0091-2188 | | Click Here For English |
| P-773 | WRIGHT, Prof. Richard | Report on Excavations and Exhumations at the Glogova 1 Mass Grave in 2000. | 9-Feb-01 | | X006-4480-X006-4521 | | Click Here For English |
| P-773 | WRIGHT, Prof. Richard | Index and hyperlinks to photographs from the Report on Excavations and Exhumations at the Glogova 1 Mass Grave in 2000. | | | | | Click Here For Index |