```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
          V.                )    Criminal No. 04-10298-DPW
                            )
MARKO BOSKIC                )
```

                         JOINT STATUS REPORT

   Pursuant to the Court's Order of June 10, 2005, the parties have conferred and file this Joint Status Report:

   1.   The defendant has filed a motion to suppress his statements; a motion to dismiss; and has sought reconsideration of a ruling by the Magistrate Judge on a motion for a bill of particulars.  The government anticipates filing a motion for a protective order that would restrict release of non-public discovery.

   2.   The parties request that the Court schedule a hearing on defendant's motion to dismiss and request for particulars.  The parties request that a further pretrial conference be scheduled in September and suggest that a hearing on the motion to suppress may be scheduled at that time.

   3.   At this time, it is anticipated that there will be a trial in this case.

   4.   The defendant Marko Boskic requests that a Serbo-Croatian interpreter be available for the defendant at each hearing where he is present.

5.   The defendant Marko Boskic is being detained pending trial in this case.

6.   This is a one-defendant case; no defendants are fugitives.

7.   The defendant requests the opportunity to discuss matters with the Court in a chambers conference.

|  |  |
|---|---|
|  | Respectfully submitted, |
| For the Defendant: | For the United States: |
| MARKO BOSKIC<br>Defendant | MICHAEL J. SULLIVAN<br>United States Attorney |
| /s/ Max D. Stern<br>MAX STERN, Esq.<br>Counsel for Marko Boskic | By:  /s Jeffrey Auerhahn<br>JEFFREY AUERHAHN<br>Assistant U.S. Attorney |
| Dated:   July 14, 2005 | Dated:   July 14, 2005 |