**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 04-CR-10298-DPW |
| v. ) | |
| MARKO BOSKIC ) | |

**DEFENDANT'S MOTION TO PRESENT AN INTERIM BILL**

Defendant moves for leave for his counsel to present an interim bill. In support thereof, he states as follows:

1. His counsel was appointed on August 26, 2004;

2. The case has required a substantial amount of time and effort:

3. The case is not yet ready to be tried.

                                                         Respectfully submitted,

                                                         /s/ Max D. Stern
                                                         Max D. Stern
                                                         BBO No. 479560
                                                         Lillian Hirales
                                                         BBO No. 652698
                                                         Stern, Shapiro, Weissberg
                                                          & Garin, LLP
                                                         90 Canal Street, Suite 500
                                                         Boston, MA 02114-2022
                                                         (617) 742-5800

Dated: July 20, 2005

G:\SSWG\Boskic\Motion to present interim bill.wpd