UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Cr. No. 04–10298-DPW |
| ) | |
| **MARKO BOSKIC** ) | |
| ) | |

## STATUS REPORT

The United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and Kimberly P. West and Jeffrey Auerhahn, Assistant U.S. Attorneys, report that it is not the government's intention to seek a superseding indictment in this matter.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                  United States Attorney

By:   /s/ Kimberly P. West
        KIMBERLY P. WEST
        JEFFREY AUERHAHN
        Assistant U.S. Attorneys

Dated: January 10, 2006

CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served upon the attorney for defendant Marko Boskic, Max Stern, Esq., 90 Canal Street, Boston, MA 02114-2002 by first class mail and electronic mail on this day, January 10, 2006.

      /s/ Kimberly P. West
      Kimberly P. West
      Assistant U.S. Attorney