UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | Case No. 04-CR-10298-DPW |
| v. | ) ) ) |  |
| MARKO BOSKIC | ) ) |  |

**DEFENDANT'S MOTION TO FILE ALL MOTIONS FOR FUNDS EX PARTE**

Defendant Marko Boskic hereby moves that the Court allow him to file all motions for funds ex parte.

Respectfully submitted,

/s/ Max D. Stern
Max D. Stern
BBO No. 479560
Lillian Hirales
BBO No. 652698
Stern, Shapiro, Weissberg
 & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022
(617) 742-5800

Dated: February 2, 2006

G:\SSWG\BOSKIC\Motion to file exparte.wpd