UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | Case No. 04-CR-10298-DPW |
| v. | ) ) ) |  |
| MARKO BOSKIC | ) ) |  |

**DEFENDANTS ASSENTED-TO MOTION TO CONTINUE
DATE FOR SUPPLEMENTARY SUBMISSION**

The defendant Marko Boskic hereby moves to continue the date to file a supplementary submission in support of his motion to suppress until Friday, February 17, 2006. In support thereof defendant says as follows:

1. His counsel was unable to produce a supplementary filing, as anticipated, by February 7, because of the press of other obligations.

2. The hearing on this matter is scheduled for April 10.

3. This motion is assented to by the government.

Respectfully submitted,

/s/ Max D. Stern
Max D. Stern
BBO NO. 479560
Stern, Shapiro, Weissberg
   & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022
(617) 742-5800

Assented to: /s/ Kimberly West
         Kimberly West

Dated: February 10, 2006