# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) Case No. 04-CR-10298-DPW ) ) ) |
| MARKO BOSKIC | ) ) |

## CERTIFICATE OF SERVICE

I, Max D. Stern, hereby certify that I have this day, served copies of the Defendants Assented-to Motion to Continue Date for Supplementary Submission upon counsel for the United States, by mailing copies of same, postage prepaid to both Kimberly West and Jeffrey Auerhahn, Assistant U.S. Attorney, Department of Justice, One Courthouse Way, Suite 9200, Boston, MA 02210:

/s/ Max D. Stern
Max D. Stern

Dated: February 10, 2006

G:\SSWG\BOSKIC\cofs