# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 04-CR-10298-DPW |
| v. | ) | |
| MARKO BOSKIC | ) | |

## DEFENDANT'S MOTION TO FILE SUPPLEMENTARY MEMORANDUM THIS DATE

Defendant Marko Boskic moves for leave to file his Supplementary Memorandum this date, which is one business day late. In support thereof, he states that his counsel was unable to complete the memorandum by Friday, February 17 and that the government assents to this motion.

Respectfully submitted,

Assented to:

/s/ Kimberly West
Kimberly West
Assistant United States
    Attorney

/s/ Max D. Stern
Max D. Stern
BBO No. 652698
Stern, Shapiro, Weissberg
    & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022
(617) 742-5800

Dated: February 21, 2006.

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on  2/21/06 .

/s/ Max D. Stern

G:\SSWG\BOSKIC\Motion to file this date.wpd