Attachment A

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br>Case No. 04-CR-10298-DPW<br><br>v.<br><br>MARKO BOSKIC | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF NANCY KELLY

I, Nancy Kelly, hereby state under the penalties of perjury:

1.      I am an attorney licensed in the Commonwealth of Massachusetts.  I am employed by Greater Boston Legal Services.  I practice exclusively in the area of immigration law with an emphasis on asylum cases.  I have practiced immigration law for approximately twenty years.

2.      I have presented numerous applications for refugee travel documents for clients over the years. A refugee travel document is a document which is provided by the United States Citizenship and Immigration Services to individuals who have been granted asylum or refugee status so that they may travel out of the United States without relying on a passport issued by the country from which they obtained protection.

3.      Refugee travel documents are normally processed on paper applications alone at the Nebraska Service Center of the United States Citizenship and Immigration Services.  On the numerous occasions on which I have applied for these documents, I have never had an occasion on which my client has been asked to be interviewed regarding the application.

___2 | 18 | 06___
Date

___Nancy Kelly___
Nancy Kelly