## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) ) ) ) ) | Case No. 04-CR-10298-DPW |
| v. |  |  |
| MARKO BOSKIC |  |  |

### DEFENDANT'S PARTIAL OPPOSITION
### TO MOTION FOR PROTECTIVE ORDER

The defendant objects to the government's Motion for A Protective Order, in part. The proposed order would prohibit the defendant, or defendant's investigator, from disclosing the name of any witness, unless defense counsel makes a written record of the name and contact information of every person to whom disclosure is made. This means that if defendant's investigator, in Bosnia, asks anyone about a name which has been mentioned in a disclosed document, this inquiry would have to be included in defense counsel's record. It would be totally impracticable to accomplish this.

          Respectfully submitted,

          Max D. Stern
          BBO No. 479560
          Stern, Shapiro, Weissberg
           & Garin, LLP
          90 Canal Street, Suite 500
          Boston, MA 02114-2022
          (617) 742-5800

Dated:   March 24, 2006
G:\SSWG\BOSKIC\Protective Order opposition.wpd