```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| V. | )  Criminal No. 04-10298-DPW |
| | ) |
| | ) |
| MARKO BOSKIC | ) |

**PROTECTIVE ORDER**

Motion having been made by the government pursuant to Fed.R.Crim.P. 16 and Local Rule 116 for a protective order which prohibits the disclosure of documents, and information contained therein, except for the purpose of the legal defense of the case captioned above, it is hereby ORDERED as follows:

1.  The defendant and his counsel, and any other persons who are acting pursuant to their instructions or on their behalf, may not disclose to the public, media, defense counsel in other cases, or to anyone else, the names or identifying data of victims or witnesses, which has not been publicly disclosed in proceedings in this case or before the International Criminal Tribunal for the Former Yugoslavia, the contents of witness statements, copies or the contents of any other document disclosed to the defense which contains information that might identify a witness or victim, except to the limited extent such disclosure of the contents of witness statements or names of witnesses is necessary to investigate adequately and prepare for a defense of this case, or as the Court otherwise orders.

2.  The defendant and his counsel, and any other persons who are acting pursuant to their instructions or on their behalf, may not disclose to the public, media, defense counsel in other cases, or to anyone else, copies or contents of any non-public document, video or audio tape, or photograph, that is disclosed to the defense and that the government identifies as "CONFIDENTIAL," except to the limited extent such disclosure is necessary to investigate adequately and prepare for a defense of this case, or as the Court otherwise orders.

3.  The defendant and his counsel, and any other persons who are acting pursuant to their instructions or on their behalf, must instruct anyone to whom limited disclosure is made pursuant to this Order, that they may not further disclose the information. Such person receiving disclosed material may not reproduce such material and must return it after it is no longer needed. Defense counsel must keep records indicating the name and contact information of each person who receives disclosure of information or documents covered by this Order, and what materials are received by said person. A copy of such information shall be kept and maintained by defense counsel for three years after termination of all proceedings in this case, unless modified by further order of the Court.

4.  The defendant and his counsel and anyone else receiving material covered by this Order, must, at the conclusion of all

proceedings in this case, return to the government all disclosed material and copies therof, which have not become part of the public record.

5.  The defendant and his counsel, and anyone, such as co-counsel, investigators and other employees and associates of defense counsel, who will receive regular disclosure of material covered by this protective order, must sign and acknowledge a copy of this Order and their agreement to comply with its terms, and file the signed copy with the Court.  Such endorsed copies may be filed *ex parte* and under seal.

SO ORDERED,

/s/ Douglas P. Woodlock
DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE
April 10, 2006

I have read the above Order and acknowledge and understand my obligation to refrain from disclosing non-public material disclosed to me by the government in connection with this case. I agree to receive such non-public material pursuant to the restrictions set forth herein.

Name: _____

Address: _____

Date: _____