# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | Case No. 04-CR-10298-DPW |
| v. | ) ) |  |
| MARKO BOSKIC | ) ) |  |

## ASSENTED-TO MOTION TO EXTEND THE TIME FOR PRE-TRIAL FILINGS

Defendant moves to extend the time for pre-trial filings, as follows: government filings by June 8, 2006; defendant's filings by June 12, 2006. In support, defendant says as follows:

1. Pursuant to the Notice of March 30, 2006, the date for pre-trial filings by both sides is now June 6, 2006.

2. The pre-trial conference is now scheduled for June 15, 2006.

3. The trial is scheduled for June 26, 2006.

4. Both sides need somewhat more time to complete their pre-trial filings. The government needs until June 8. The defendant needs until June 12, in order to complete his preparation and because he needs the government's trial brief in order to decide on in limine motions and to decide what issues need to be discussed in his trial brief.

5.  The government assents to this motion.

>Respectfully submitted,
>
>/s/ Max D. Stern
>Max D. Stern
>BBO No. 479560
>Stern, Shapiro, Weissberg
> & Garin, LLP
>90 Canal Street, Suite 500
>Boston, MA 02114-2022
>(617) 742-5800

Dated: June 1, 2006.

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on  6/1/06 .

/s/ Max D. Stern

G:\SSWG\BOSKIC\extend mot pre-tiral filings.wpd