## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | Case No. 04-CR-10298-DPW |
| v. | ) ) ) |  |
| MARKO BOSKIC | ) ) |  |

### NOTICE OF APPEARANCE

Please notice my appearance to appear on behalf of defendant Marko Boskic in the above captioned matter.

Respectfully submitted,

/s/ *Patricia Garin*

Patricia Garin
BBO NO. 544770
Stern, Shapiro, Weissberg
 & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022
(617) 742-5800

Dated: June 6, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on  6/6/06 .

/s/ *Patricia Garin*

G:\SSWG\BOSKIC\Notice of Appearance. Patricia Garin.wpd