# András J. Riedlmayer

*50 Norris Street, Cambridge, MA 02140 USA*
*tel. 617-491-7529 / fax 617-496-4889*

## Current Position

Bibliographer in Islamic Art, Documentation Center of the Aga Khan Program for Islamic Architecture, Fine Arts Library, Harvard University. Since 1985, I have directed the unit of Harvard University's library charged with developing, managing and providing reference and access to North America's largest and most comprehensive collection of textual and visual documentation in the fields of Islamic art, architecture, and archaeology.

## Education

Simmons College, Boston, Mass. M.S. 1988 (Library and Information Science)
Princeton University, Princeton, N.J. M.A. 1972 (Near Eastern Studies);
    PhD candidate
University of Tehran, Tehran, Iran 1970 (Intensive summer language program
    in Persian)
University of Pennsylvania, Philadelphia, Pa. 1969 (Intensive summer language
    program in modern Turkish)
University of Chicago, Chicago, Ill. A.B. 1969 (History)
    Senior Thesis: "Bosnia-Herzegovina and the 1878 Congress of Berlin."

## Service to the Profession, Grants, Fellowships and Honors

2006-2008 President, The Turkish Studies Association.
2006    Expert witness before the International Court of Justice (ICJ) in the case brought by Bosnia and Herzegovina, charging Serbia and Montenegro with genocide.
    http://www.sense-agency.com/en/stream.php?sta=3&pid=7753&kat=11
2005    Expert witness in the war crimes trial of Mom~ilo Kraji/nik at the International Criminal Tribunal for the former Yugoslavia (ICTY), testifying on destruction of cultural heritage.during the 1992-1996 armed conflict in Bosnia-Herzegovina.
    www.cij.org/index.cfm?fuseaction=viewReport&reportID=680&tribunalID=1
2003    Expert witness in the war crimes trial of Slobodan Milo/evi/ at the International Criminal Tribunal for the former Yugoslavia (ICTY), testifying on destruction of cultural heritage.during the 1992-1996 armed conflict in Bosnia-Herzegovina.
    www.cij.org/index.cfm?fuseaction=viewReport&reportID=353&tribunalID=1
2003–    Chair, The Middle East Librarians' Association Committee on Iraqi Libraries,
    http://www-oi.uchicago.edu/OI/IRAQ/mela/melairaq.html
2002    Expert witness in the war crimes trial of Slobodan Milo/evi/ at the International Criminal Tribunal for the former Yugoslavia (ICTY), testifying on destruction of cultural heritage.during the 1998-1999 armed conflict in Kosovo.
    http://www.iwpr.net/index.pl?archive/tri/tri_261_2_eng.txt
2001    Independent consultant to the Department of Culture, United Nations Mission in Kosovo (UNMIK) conducting an assessment.of the state of books in Serbian and other languages in the Mitrovica City Library.
    http://www.ifla.org/faife/news/miassrel.htm
1999-2006 Co-founder and director, Kosovo Cultural Heritage Project, an NGO formed to document and help restore cultural monuments in Kosovo damaged in the 1998-99 war.
1999-2001 Member of the Executive Board, The Turkish Studies Association.
1998–    Editor, H-TURK: The H-Net/TSA List for Ottoman and Turkish Studies.
    http://www.h-net.org/~turk
1998–    Co-founder and Editor, International Justice Watch (JUSTWATCH-L), an

|         | Internet forum on international humanitarian law and human rights issues. |
|---------|---|
| 1997    | Alumni Achievement Award, Graduate School of Library and Information Science, Simmons College, for leading international efforts to restore libraries in Bosnia-Herzegovina in the aftermath of war. |
| 1996-97 | Member of the Executive Board, Historians of Islamic Art. |
| 1996    | Honored by First Lady Hillary Rodham Clinton at a White House ceremony in recognition of efforts to restore libraries and manuscript collections in Bosnia-Herzegovina. |
| 1996    | Program Committee, Middle East Studies Association of North America. |
| 1995    | Expert witness testifying at a hearing on genocide in Bosnia-Herzegovina, held by the Commission on Security and Cooperation in Europe, US Congress. |
| 1995-96 | Member of an expert team charged with revising and expanding the section on Islam for the 21st edition of the Dewey Decimal Classification (American Library Association / Library of Congress). |
| 1995–   | Member of Editorial Board, *Studies in Ottoman Documents Pertaining to Ukraine and the Black Sea Countries* (Harvard Ukrainian Research Institute). |
| 1994–   | Editorial Consultant, *Muqarnas: An Annual on the Visual Culture of the Islamic World.* |
| 1994    | Nominating Committee, Historians of Islamic Art. |
| 1994–   | Co-founder, Bosnian Manuscript Ingathering Project. http://www.openbook.ba/bmss/ |
| 1993–   | Member of the Board, The Community of Bosnia Foundation. |
| 1992-95 | Secretary-Treasurer, Middle East Librarians' Association. |
| 1991-98 | Member of the Editorial Board, *Archivum Ottomanicum.* |
| 1990–   | Research Associate, Center for Middle Eastern Studies, Harvard University. |
| 1990-99 | Contributor (Art, Architecture, Archaeology), *Turkologischer Anzeiger.* |
| 1989–   | Contributor (Art, Architecture, Archaeology), *Index Islamicus.* |
| 1989-90 | Douglas W. Bryant Fellowship (Harvard University); project: "A Checklist of Islamic Manuscripts in the Department of Islamic and Later Indian Art, Harvard University Art Museums." |
| 1982-85 | Research Fellow, Ukrainian Research Institute, Harvard University. |
| 1979-80 | Research Associate, Center for Middle Eastern Studies, Univ. of Chicago. |
| 1972-73 | Fulbright-Hays Fellowship (Turkey); project: "The Eastern Expedition: Ottoman Society and Government in the Wake of the Celâlî Rebellions." |
| 1969-72, 1973-74 | NDEA Foreign Language Fellowship (Turkish) |

## Publications

"Inshâ: Ottoman Copybooks of Correspondence as a Historical Source," *Archivum Ottomanicum* [in press].

"The Bosnian Manuscript Ingathering Project," In: *Ottoman Bosnia: A History in Peril*, ed. by Markus Koller and Kemal H. Karpat (Madison: Univ. of Wisconsin Press, 2004), pp. 27-38; also reprinted in: *International Journal of Turkish Studies* 10 (2004), pp. 27-38.

"Srebrenica: The Destruction of Cultural Heritage" [On-line exhibition, 2004]
http://www.domovina.net/srebrenica/page_012.php
http://www.domovina.net/srebrenica/page_012f.php

"Violence in Kosovo: Can the Cycle Be Broken?" *Sacred Sites*, vol. 15, no. 1 (Fall 2004), pp. 1-3 [with Nancy Becker and Leonard Becker].

"Damages to Churches and Other Cultural/Religious Properties during the Recent Riots 17-18 March 2004 in Kosovo," Cultural Heritage Without Borders, 9 May 2004. [Contributor] http://www.chwb.org/kosovo/english/newschurches.htm

"Bosnian Realities: Glamoc Abandoned," *Bosnia Report* (London) n.s. no. 36
(Oct.-Dec. 2003), pp. 10-11.

"*Convivencia* sotto il fuoco: genocidio e roghi di libri in Bosnia," In: *Il libro nella Shoah.
Distruzione e conservazione.* Ed. Jonathan Rose (Milano: Edizioni Sylvestre
Bonnard, 2003), pp. 271-299.

"Su`ivot pod vatrom: genocid i paljenje knjiga u Bosni," *Bosniaca: ~asopis
Nacionalne i univerzitetske biblioteke Bosne i Hercegovine* 8 (2003), 55-73.

"International Librarianship in the Public Interest: Documenting Cultural Destruction,"
*Harvard Library Bulletin*, n.s. vol. 14 no. 2 (Summer 2003), pp. 11-12.

"What Can Be Done to Recover Iraq's Art? The Next Big Thing: Virtual Manuscripts,"
*The Washington Post,* 27 April 2003, p. B03.

*Destruction of Cultural Heritage in Bosnia-Herzegovina, 1992-1996: A Post-war
Survey of Selected Municipalities.* Expert report for the International Criminal
Tribunal for the former Yugoslavia (ICTY). Cambridge, 2002; online at
archnet.org/library/documents/one-document.tcl?document_id=9281

"From the Ashes: The Past and Future of Bosnia's Cultural Heritage," In:
*Islam and Bosnia: Conflict Resolution and Foreign Policy in Multi-Ethnic
States.* Ed. Maya Shatzmiller (Montreal: McGill-Queens University Press, 2002),
pp. 98-135, available online at:
https://www.aad.harvard.edu/alumni/images/from_the_ashes.pdf

"*Convivencia* under Fire: Genocide and Book-burning in Bosnia," In: *The Holocaust
and the Book: Destruction and Preservation.* Ed. J. Rose. Studies in Print
Culture and the History of the Book (Amherst: University of Massachusetts
Press, 2001), pp. 266-291.

*Destruction of Cultural Heritage in Kosovo, 1998-1999: A Post-war Survey.* Expert
report for the International Criminal Tribunal for the former Yugoslavia.
Cambridge, Mass., 2001. [with Andrew Herscher]; available online at
http://hague.bard.edu/icty_info.html

*650 Jahre Roma-Kultur in Kosovo und ihre Vernichtung.* [Ed.]. Kurt Holl.
Köln: Rom eV, 2000. [Contributor.]

"Kosova'nın mimarî mirası: savas sonrasında durum," *Mimarlık* vol. 37 no, 295
(Sept.-Oct. 2000), pp. 61-63 [with Andrew Herscher].

"Monument and Crime: The Destruction of Historic Architecture in Kosovo,"
*Grey Room* 1  (Autumn 2000), pp. 108-122 [with Andrew Herscher]; online at
http://mitpress.mit.edu/catalog/item/default.asp?tid=2958&ttype=6

"Kosovo: Burned Books and Blasted Shrines," *UNESCO Courier* (September 2000), p. 40.
http://www.unesco.org/courier/2000_09/uk/signe.htm

"Architectural Heritage in Kosovo: An Assessment of Wartime Destruction and
Post-War Reconstruction," *US/ICOMOS Newsletter* 4 (July-August 2000),
pp. 1, 4-7;  [with Andrew Herscher];  reprinted in: *Heritage at Risk:
ICOMOS World Report 2000 on Monuments and Sites in Danger,* ed. by
Dinu Bumbaru [et al.] (Munich: K.G. Saur, 2000), pp. 203-206; an edited
version appears in: *Bosnia Report* (London) n.s. 19/20 (Oct.-Dec. 2000),
pp. 38-41. Also available on line at
http://www.haverford.edu/relg/sells/Kosovo/herscherriedlmayer.htm

"Kosovo: Burned Books and Blasted Shrines" [On-line exhibition] (April-August 2000)
http://archnet.org/calendar/item.tcl?calendar_id=2658

"Museums in Kosovo: A First Post-War Assessment," *Bosnia Report* (London)
n.s. 15/16 (March-June 2000), pp. 27-30; also online at
http://www.bosnia.org.uk/bosrep/marjune00/museums.cfm

"Libraries and Archives in Kosovo: A Postwar Report," *Bosnia Report* (London)

n.s. 13/14 (Dec. 1999-Feb. 2000), pp. 19-21; an edited version, with illustrations,
   published in *International Leads* 14 i (March 2000), pp. 1-2, 7-8, and 14 ii (June
   2000), p. 6
   `http://www.bosnia.org.uk/bosrep/decfeb00/libraries.cfm`
*Ottoman Lyric Poetry: An Anthology.* Ed. and transl. Walter G. Andrews, Najaat
   Black, Mehmet Kalpaklı. (Review) *MELA Notes: Journal of Middle Eastern
   Librarianship,* no. 67 (Fall 1998-Spring 1999), pp. 33-36; available online at:
   `http://www.lib.umich.edu/area/Near.East/melarev67.pdf`
" 'Ghost Cataloging' and Other Tales of Degraded Access," *Art Documentation:
   Bulletin of the Art Libraries Society of North America*, vol. 18 no. 1 (1999),
   pp. 29-35.
"@itomislic} (1566-1992): Meaning, History and Tragic End," [Website] 1997.
   `www.haverford.edu/relg/sells/zitomislici/zitomislici.html`
"Islamic Archaeology at the National Museum of Bosnia-Herzegovina," *Historians
   of Islamic Art Newsletter,* vol. 7 no. 1 (Fall 1997), pp. 2-3.
"The St. Petersburg *Muraqqa'* in Facsimile," (Review) *DOMES: Digest of
   Middle East Studies*, 6 (1997), pp. 90-91.
Joan and David Peterson, *Eat Smart in Turkey.* (Review) *Turkish Studies Association
   Bulletin* 20 ii (1996), pp. 46-47.
Gilles Peress (ed), *Bosnia: Uncertain Paths to Peace* [Website] (Review). *Middle East
   Studies Association Bulletin* 30 ii (July 1996), p. 126.
"Libraries Are Not for Burning: International Librarianship and the Recovery of the
   Destroyed Heritage of Bosnia-Herzegovina," *Art Libraries Journal* vol. 21 no. 2
   (May 1996), pp. 19-23; reprt. in *Inspel: International Journal of Special Libraries*
   vol.30, no.1 (1996), pp. 82-94, and in *MELA Notes: Journal of Middle Eastern
   Librarianship,* no. 63 (Spring 1996), pp. 36-45.
"Bosnia-Herzegovina and Its Islamic Heritage," *AMC Report* vol. 5 no. 6 (Sept. 1995),
   pp. 8-10.
"Maziyi silmek: Bosna-Hersek'teki kütüphanelerin ve arsivlerin tahribi,"
   *Türk Kütüphaneciligi = Turkish Librarianship: Journal of the Turkish
   Librarians' Association*, 9 iii (Sept.1995), pp. 337-41.
"Erasing the Past: The Destruction of Libraries and Archives in Bosnia-Herzegovina."
   *Middle East Studies Association Bulletin* vol. 29 no. 1 (July 1995), pp. 7-11.
   `http://fp.arizona.edu/mesassoc/Bulletin/bosnia.htm`
"Nabudi-i khatirat ba hadafgiri-yi kitabkhanah'ha va arshivha dar Busni va Hirziguvin,"
   *Faslnamah-i Kitab: Nashriyah-i Kitabkhanah-i Milli-i Jumhuri-i Islami-i Iran*,
   6 iii (Spring 1374/1995), pp. 69-78
Stanford Shaw, "Building an Ottoman and Turkish library collection at Harvard:
   Memories of Book Buying Adventures in the Istanbul Bazaar," (introd. & ed.
   by András Riedlmayer) *MELA Notes: Journal of Middle Eastern Librarianship*
   62 (1995), pp. 38-45.
*Resources for the Study of Islamic Architecture: Historical Section* (Cambridge,
   Mass,: Aga Khan Program for Islamic Architecture, 1994) [with Sabri Jarrar
   and Jeff Spurr]; available online at
   `archnet.org/library/documents/one-document.tcl?document_id=1812`
"Killing Memory: The Targeting of Libraries and Archives in Bosnia-Herzegovina."
   *MELA Notes: Journal of Middle Eastern Librarianship* no. 61 (Fall 1994), pp. 1-6.
"Killing Memory: Bosnia's Cultural Heritage and Its Destruction" [Educational video,
   VHS 42 min.] (Haverford, Pa.: The Community of Bosnia Foundation, 1994).
"The War against People and the War against Culture." *The New Combat: A Journal
   of Reason and Resistance* no. 3 (Autumn 1994), pp. 16-19.
"Restorations of Jerusalem and the Dome of the Rock and Their Political Significance,

1537-1928." In: *Essays in Honor of Oleg Grabar = Muqarnas: An Annual of Islamic Art and Architecture* 10 (1993), pp. 76-84. [with Beatrice St. Laurent].
archnet.org/library/documents/one-document.tcl?document_id=3610

"Documenting Islamic Art and Architecture," *Actes MELCOM 10$^e$ = Proceedings of the 10th Annual Conference of the Middle East Libraries Committee.* (Paris:  Institut du Monde Arabe, 1989), pp. 45-49.

"Bohdan Xmel'nyc'kyj and the Porte: A Document from the Ottoman Archives." *Harvard Ukrainian Studies*  8 (1984), pp. 173-92. [with Victor Ostapchuk].

Christine Woodhead, *Ta'likî-zâde's* Sehnâme-i hümâyûn: *A History of the Ottoman Campaign into Hungary, 1593-94*  (Review). *Middle East Studies Association Bulletin* 18 (1984), pp. 53-55.

"Ottoman-Safavid Relations and the Anatolian Trade Routes, 1603-1618." *Turkish Studies Association Bulletin* 5 (1981), pp. 7-11.

## Selected Scholarly Papers and Public Lectures

Apr. 2006   "'Bigger, Better and More Islamic': Saudi Money, Wahhabi Da'wa, and the Threat to Islam's Cultural Heritage." Princeton University (New Jersey)

Oct. 2005   "Crimes of War Crimes of Peace: Destruction of Libraries during and after the Balkan Wars of the 1990s."  Library History Seminar XI: Libraries in Times of War, Revolution & Social Change (Urbana, Illinois).

Aug. 2005   "Destruction and Preservation of Archives in Wartime: The Balkan Wars of the 1990s and Iraq," Society of American Archivists, 69th Annual Meeting (New Orleans, Lousiana).

Mar. 2005   "Crimes against Culture: The Laws of War and Destruction of Heritage." Inaugural Address, The Lawyers' Committee for Cultural Heritage Preservation, Georgetown University Law Center (Washington, D.C.).

Dec. 2004   "Art in the Islamic World and the Cultural Implications of War." Alumni College. Harvard University Art Museums (Cambridge, Mass.).

Aug. 2004   "Archives and Cultural Memory in the Balkan Wars of the 1990s: Destruction and Preservation." 15th International Congress on Archives: Archives, Memory and Knowledge (Vienna, Austria).

June 2004   "Preserving the Past to Write It: Collaboration between Artist and Historian." Symposium: Maintaining Purpose: Creating and Preserving Art and Culture in the 21st Century, New York University (New York).

Apr. 2004   "Art Documentation and War Crimes Trials: Documenting the Destruction of Cultural Heritage in the Balkan Wars of the 1990s." Art Libraries Society of North America, 32nd Annual Conference (New York).

Nov. 2003   "Doctors and Scientists across Borders: Transference of Knowledge and Technologies in the Ottoman Empire," Middle East Studies Association Of North America, Annual Conference (Anchorage, Alaska)

Oct. 2003   "War Crimes against Cultural Property in the Balkan Wars of the 1990s.," Center for Russian and East European Studies, University of Michigan.

Mar. 2003   "Sacred Spaces at the Intersection of Cultures: Coexistence and Conflict in Bosnia-Herzegovina," Exploring Cultural Boundaries of Islam in Interaction, Trinity College, University of Toronto (Toronto, Canada).

Oct. 2002   "Cultural Memory under Fire in the Balkan Wars of the 1990s," Archives Week 2002: Archives under Attack.  Society of American Archivists, University of Texas (Austin, Texas).

July 2002  "Obnova mozaika: proslost i buducnost bosanskog kulturnog naslijedja
[Restoring the mosaic: the past and future of cultural heritage in Bosnia]."
Centre for Historical Research, International Forum Bosnia (Sarajevo).

June 2002  "Ottoman Art and Literature," presented as part of the Teaching Resource Center
workshop "The Ottoman Empire and its Civilization," Center for Middle Eastern
Studies, Harvard University (Cambridge, Mass.).

Oct. 2001  "War on Memory: Cultural Heritage in Bosnia-Herzegovina and in Kosovo,"
Bosnian Institute Forum, University of Westminster (London).

June 2001  "Recovering the Text: The Bosnian Manuscript Ingathering Project,"
International Conference "Ottoman Bosnia: Texts, Materials, Interpretations,"
Saint Anthony's Monastery (Sarajevo).

Oct. 2000  "Architectural Heritage in War and Peace: Preservation, Destruction
and the Law," The Future of Kosovo's Past: An International Workshop
on the Reconstruction of Architectural Heritage, Faculty of Architecture,
University of Pristina (Kosovo).

July 2000  "The Ottoman Heritage in the Balkans at the End of the 20th Century,"
presented as part of the workshop "Muslim Europe: The Changing
Cultural Contours of the West," Kevorkian Center for Near Eastern Studies,
New York University (New York).

May 2000  "Burned Books and Blasted Shrines: Documenting the Destruction of Cultural
Heritage in Kosovo," Center for Middle Eastern Studies, Harvard University.

May 1999  "Bosnian Art, Architecture and Manuscripts," Islam and Bosnia: Conference on
the Historical and Cultural Paradigms for Conflict Resolution and
Foreign Policy Making, Centre for Nationalism and Ethnicity, University
of Western Ontario (London, Ont., Canada).

May 1999  "Recovering Lost Archives: The Bosnian Manuscripts Ingathering Project,"
International Symposium on the Rehabilitation of the Archive Service
in Bosnia-Herzegovina, Public Record Office (London, England).

Nov. 1998  "The Politics of Memory and Cultural Reconstruction in Bosnia,"
International Conference "The Bosnian Paradigm" (Sarajevo, Bosnia).

Sept. 1998  "Recovering the Text:  Convivencia, Genocide, and Cultural Memory,"
Art and Textuality: 7th International Forum on Contemporary Art Theory
(Guadalajara, Mexico).

Mar. 1998  "Serving Diverse Communities, Building Diverse Collections: Issues of
Cataloging and Intellectual Access," Art Libraries Society of North America,
26th Annual Conference (Philadelphia, Pa.).

July 1997  "Dangers and Threats to the Mediaeval Cultural Heritage," Teleconference of the
International Medieval Institute (Leeds, U.K.) and the Dept. of Medieval Studies,
Central European University (Budapest).

July 1997  "Protection of Cultural Property in Armed Conflict;" "Documenting the
Destruction of Cultural Heritage in Bosnia;" "Recovering Bosnia's
Destroyed Manuscripts;" a series of lectures and workshops presented at
Central European University (Budapest), as part of the summer institute
"Cultural Heritage in Danger."

Nov. 1996  "From the Ashes: The Past and Future of Bosnia's Cultural Heritage,"
Middle East Studies Association of North America, Annual Conference
(Providence, R.I.).

May 1996  "International Cooperation and Community: Helping Rebuild Libraries
in Bosnia," Alumni Day, Graduate School of Library and Information Science,
Simmons College (Boston, Mass.).

Feb. 1996 "Recording and Preserving Bosnia's Endangered Islamic Architectural Heritage," Historians of Islamic Art, Annual Meeting (Boston, Mass.).

Aug 1995 "Libraries Are Not for Burning: International Librarianship and the Recovery of the Destroyed Heritage of Bosnia-Herzegovina," 61st General Conference of the International Federation of Library Associations and Institutions (IFLA) (Istanbul, Turkey).

Mar. 1995 "Killing Memory: Genocide and the War on Culture in Bosnia-Herzegovina," McGill University (Montreal, Canada).

May 1994 "The Destruction of Cultural Property in Bosnia-Herzegovina," Symposium on the Destruction and Rebuilding of Architectural Treasures in Bosnia and Herzegovina, Carnegie Endowment for International Peace (Washington, D,C,).

Mar. 1994 "Culture and Genocide in Bosnia-Herzegovina," International Conference: Genocide 1944-1994, Duke University (Durham, N.C.).

Mar. 1994 "The War on Culture in Bosnia-Herzegovina," 10th EPIIC Symposium: "Ethnicity, Religion and Nationalism," Fletcher School of International Law and Diplomacy, Tufts University (Medford, Mass.).

Feb. 1994 "The Multicultural Heritage of Bosnia and its Destruction," The Margaret Gest Lecture in the Intercultural Study of Religion, Haverford College (Haverford PA).

Nov. 1993 "Destruction of Bosnia's Cultural Heritage," Middle East Studies Association of North America, Annual Conference (Research Triangle Park, N.C.).

Oct. 1991 "Ottoman and Crimean Narrative Sources of the Early 17th Century," International Conference on Ukraine and the Ottoman Empire (Kiev, Ukraine).

Nov. 1990 "Perspectives on Ottoman Tax-Farming," Middle East Studies Association of North America, Annual Conference (San Antonio, Tex.).

June 1989 "Ottoman Copybooks of Correspondence as a Historical Source," International Workshop on Ottoman Sources of the Period 1580-1650 (Balatonalmádi-Vörösberény, Hungary).

Nov. 1988 "Tools of the Trade: Research in Islamic Art and Architecture," Fogg Art Museum, Harvard University (Cambridge, Mass.).

May 1987 "Jewish Muqata'a-holders on the Lower Danube in the Sixteenth and Seventeenth Centuries," International Conference on Jews in the Ottoman Empire, Brandeis University (Waltham, Mass.).

Nov. 1986 "Bibliography of Muslim Minorities in Southeastern Europe," Middle East Librarians Association, Annual Meeting (Cambridge, Mass.).

**Employment History**

1999-2002 Independent consultant to the American University in Cairo on planning for its new rare books and special collections library

1987– Instructor (part-time), Department of Slavic Languages, Harvard University. Teaching Hungarian language courses to graduate and undergraduate students.

1982-85 Research Fellow, Harvard Ukrainian Research Institute, Cambridge, Mass. Part of a team editing and translating Ottoman Turkish, Hungarian and Venetian sources for the history of the Black Sea region in the 16th –17th centuries.

1980-85 Instructor (part-time), Dept. of History, Harvard University (1983-85), Tufts University (1983-84), Boston College (1980-83). Taught sections of undergraduate courses on the history of Europe and the Middle East.

| 1978-79 | Lecturer, Department of Near Eastern Languages and Civilizations, Univ. of Chicago, Chicago, Ill. Taught graduate level courses in Modern Turkish and Ottoman Turkish; organized and taught an intensive summer course in Ottoman Turkish. |
|---|---|
| 1976-78 | Research Assistant, Graduate School of Business, University of Chicago, Assisted in running a computer model for economic research. |
| 1972-75 | Instructor (part-time), Turkish-American University Association, Istanbul, Turkey.  Taught courses in English as a second language to Turkish adults. |
| 1972– | Translator/Interpreter (free-lance).  Since 1972 have provided translation services to and from Ottoman and Modern Turkish, Persian, Arabic, Hungarian, German, and English for private and government contracts. |

**Professional Affiliations**

Turkish Studies Association (Executive Board 1999-2001; President, 2006-2008), Historians of Islamic Art (Executive Board 1996-97),  Middle East Librarians' Association (Secretary-Treasurer 1993-95;  Chair, Committee on Iraqi Libraries, 2003– ),  Art Libraries Society of North America (Cultural Diversity Committee, 1996-99),  Society for Iranian Studies;  Middle East Studies Association of North America (Program Committee, 1996).

**Languages**

Fluent in:  Hungarian, English, German, Ottoman Turkish and Modern Turkish; Reading knowledge of:  French, Spanish, Italian, Dutch, Latin, Arabic, Persian, Azerbaijani, Chagatay, Uzbek, Ukrainian, Bosnian, Croatian, Serbian, Albanian.