JUROR'S LAST NAME_____

JUROR'S NUMBER _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>UNITED STATES V. MARKO BOSKIC</u>

**JUROR QUESTIONNAIRE**

TO THE PROSPECTIVE JUROR:

    The information given in this questionnaire will be used only by the court and the parties (prosecution and defense) to select a qualified jury.  Once a jury is selected, all copies of this document will be returned to the court and maintained under seal, not accessible to the public or to the media.  The attorneys are under orders to maintain the confidentiality of all information contained in the questionnaires.

    Please answer the questions as completely and accurately as you can.  Your complete written answers will save a great deal of time for everyone.  <u>There are no right or wrong answers to the questions</u>.  Please keep in mind the following:

- A.   Do not consult with or talk to any other person in filling out the questionnaire.

- B.   If you cannot answer a question because you do not understand it, write "Do not understand" in the space after the question.  Do not ask court personnel for clarification.

- C.   If you cannot answer a question because you do not know the answer, write "Do not know" in the space after the question.

- D.   If you would prefer not to answer a question because of the private nature of your response, write "Private" after the question.  At a later date, the court may inquire about the topic privately.

E. <u>Please do not write on the back of any page</u>. Use the blank pages at the end of the form (front side only), where there is insufficient room on the form for your answer. When using the blank pages, please include the number of the question you are answering. If there is insufficient space even on the front of the blank pages to provide a complete answer, write as much as you can, then indicate "Need More Space" and stop. You may be given an opportunity to add to your response later.

F. Please print or write legibly. Use the pen you have been given.

G. Please do not discuss anything about this case with anyone, and do not read, listen to, or watch anything relating to this case. Until you are excused as a potential juror, or until the trial is over if you are selected as a juror, you are not to discuss this case, or allow yourself to be exposed to any discussion of this case in any format.

At the end of the questionnaire, please sign it, affirming the truth of your answers and the fact that you have given them without assistance. Thank you for giving your time to support this essential component of our democracy.

1. Name _____    Juror Number: _____

2. Age: _____

   Country/State and City of Birth: _____

   Sex: M _____    F _____    Race: _____

   Ethnic background _____

3. Address: _____
              (City)          (State)          (Zip Code)

   No. of Years at current residence: _____

   If you have lived in any other countries, states, cities or towns during the past five years please provide the names of those countries, states, cities and towns. _____

   _____

   Do you currently: own _____ rent _____

   Live in someone else's home? _____

List first names and age of members of your household and their relationship to you.

_____

_____

_____

4.   Trial of this case is expected to last approximately two weeks. Do you have any of the following problems? (Please check all that apply to you)

   _____   Regular medical appointments

   _____   Someone sick to care for

   _____   Small children to care for

   _____   An elderly family member to care for

   _____   A long planned vacation that cannot be rescheduled

   _____   Some other problem which will make it difficult for you to serve as a juror for several weeks (please explain)

   _____

   _____

   _____

5.   Do you have any physical or medical problems which would make jury duty difficult for you?

   Yes _____     No _____

   If yes, please explain: _____

   _____

6.   How long have you lived in Massachusetts? _____

7.   a.   How much education do you have?

      Grade school or less _____

      Some high school _____

      High school graduate _____

3

   Technical or business school _____

   Some college _____

   Graduated from college with a degree in _____

   Major areas of study in college included: _____

   _____

   Postgraduate degree _____

   Post graduate degree held in _____

 b. Are you presently a student?

   Yes _____  No _____

   If yes, describe course of study and anticipated date of completion: _____

   _____

8. Have you earned any professional or vocational licenses or certificate?

 Yes _____  No _____

 If yes, please state the type of license and year earned.

 _____

 _____

9. Do you have any special training or skills?

 Yes _____  No _____

 If yes, please list that special training or those skills below.

 _____

 _____

10. What is your occupation? _____

 Name of your employer: _____

 Address of employer: _____
        (City)   (State)

4

      Length of employment: _____

      Present job description: _____

      _____

11. If you are not currently employed outside the home, please check the category below that applies to your employment status.

    \_\_\_\_\_      Homemaker

    \_\_\_\_\_      Stay at home parent

    \_\_\_\_\_      Retired

    \_\_\_\_\_      Unemployed-currently looking for work

    \_\_\_\_\_      Unemployed-not currently looking for work

    \_\_\_\_\_      Student

    \_\_\_\_\_      Disabled

    \_\_\_\_\_      Other: Please explain _____

                        _____

12. Are you: Married \_\_\_\_\_     Single \_\_\_\_\_

    Living with significant other \_\_\_\_\_     Separated \_\_\_\_\_

    Divorced \_\_\_\_\_     Widowed \_\_\_\_\_

13. Spouse's or significant other's:

    First name: _____

    Place of birth: _____

    Occupation: _____

    Prior Occupations: _____

14. Do you have children?    Yes _____    No _____

    If you have children, please list the sex, age and place of birth of each child. If the child is over 18 years of age, please also list his/her current occupation.

    <u>Male/Female</u>          <u>Age</u>          <u>Place of birth</u>          <u>Occupation</u>

    _____

    _____

    _____

15. Have you ever lived abroad? _____  If yes, please provide the cities and countries outside the United States where you lived and the dates you lived there. _____

    _____

16. What are your hobbies and favorite recreational activities?

    _____

    _____

    _____

17. To what societies, unions, professional associations, civic clubs, or other organizations do you belong? _____

    _____

18. Do you read books or listen to books on tape? _____

19. What authors and types of books do you tend to read or listen to?

    _____

    _____

    What was the last book you read/listened to? _____

20. Do you watch television? _____

    What television shows do you watch regularly? _____

    _____

6

21. Do you regularly watch BBC, Frontline or the Discovery Channel?

   _____

22. What is your primary source of news (for example, newspapers, Internet, TV, radio)?

   _____

   _____

   _____

23. What newspapers and magazines do you read?

   _____

   _____

   _____

24. Do you read any international newspapers? _____   If so, what paper? _____   Do you read Newsday? _____

25. Have you ever read any books about the former Yugoslavia, the Balkans, Ustace, Kosovo, Milosevic, or anything relating to Yugoslavia, Serbia and Montenegro, Croatia, Bosnia and Herzegovina and/or Srebrenica?  If so what did you read?

   _____

   _____

26. In a political sense, which of the following best describes you?

   _____   Liberal
   _____   Moderate
   _____   Conservative
   _____   Other (Please explain):  _____

7

27. The defendant in this case is an immigrant from the former Yugoslavia.  You have no obligation to like or feel comfortable with immigrants or persons of Slavic background, but you do have a legal obligation to answer this question honestly and candidly: Do you have any feelings or opinions about immigrants or persons of Slavic background that might affect your ability to be a fair and impartial juror in this case?

    Yes\_\_\_\_\_                              No\_\_\_\_\_

    If yes, please explain:_____
    _____
    _____

28. Do you believe that immigrants or persons of Slavic background are more likely than citizens of this country to commit crime or to commit any particular kind of crime?

    Yes\_\_\_\_\_                              No\_\_\_\_\_

    If yes, please explain:_____
    _____
    _____
    _____

29. What are your feelings about the possibility of being a juror in a case where the defendant is alleged to have lied on an immigration form to gain entrance into this country?

    _____
    _____
    _____

30. Have you, any family members or any close friends ever been employed in the mental health field?

    Yes \_\_\_\_\_        No \_\_\_\_\_

    If yes, please give details: _____
    _____
    _____

31. Do you attend church, mosque, temple or any kind of a religious institution? _____ If so where do you attend?

    _____

    _____

32. How often do you attend? _____

    _____

33. What is your religious or ethnic/religious background?

    _____

34. What is your parents' religious or ethnic/religious background? _____

    _____

35. Do you have any religious, moral or philosophical beliefs that would make it difficult for you to sit in judgment on another person in a court of law?  If so, please explain.

    _____

    _____

    _____

36. Did your parents or grandparents immigrate to this country from another country?  If so, please state the person's relationship to you and the country he or she emigrated from.

    _____

    _____

    _____

37. Do you speak another language besides English?  If so what language?

    _____

    _____

9

38. Does any other member of your family (siblings, spouse, partner, parents, aunts or uncles, grandparents, children or in-laws) speak another language besides English?

   _____

   _____

39. If so, identify their relationship to you, the language that he or she speaks and if it is the person's primary language.

   _____

   _____

40. Have you or any member of your family ever provided interpretation services to another individual?  Please include any time you assisted someone who does not speak English as their primary language.

   _____

   _____

41. Have you ever worked with, volunteered for or been associated with Amnesty International, the United Nations, International Red Cross or any human rights organizations? If so name the organization and your membership or association with them?

   _____

   _____

42. Have you ever worked with any refugee organization?  If so what organization and what did you do?

   _____

   _____

43. Are you, your spouse, or anyone close to you presently or ever been employed in law enforcement?  This includes, but is not limited to employment as a police officer, state trooper, sheriff, correctional officer, probation and parole officer, federal agent, and security guard.

   Yes _____     No _____

   If yes, name relationship to person, agency or position:

   _____

   _____

44. Have you ever served in the military? (including military reserves, National Guard, ROTC, foreign military, foreign militia, foreign paramilitary). If so, what branch did you serve in? What was your rank, dates, and place of service?

   _____

   _____

   _____

45. Did you serve in combat? _____

46. Has any member of your family served in the military? (including military reserves, National Guard, ROTC, foreign military, foreign militia, foreign paramilitary). If so, what branch did the person serve in? What was the person's rank, dates of service and place of service?

   _____

   _____

   Did the family member serve in combat? _____

47. Do you believe that a law enforcement officer is more or less likely to tell the truth than an ordinary citizen? Check one.

   [ ] More likely

   [ ] Less likely

   [ ] Just as likely

48. Have you had prior jury trial service?
   Yes _____    No _____

   If your answer is yes, please answer the following:

   a.   Which type of jury service was it?

        Criminal _____    Civil _____    Both _____

11

b. What Court?

   Federal _____    State _____    Both _____

c. If you have been a juror in a criminal case, for each such case, please indicate the kind of case it was (murder, stealing, assault, etc.), the place where the case was tried, and the approximate date when the trial occurred.

   <u>Kind of Case</u>      <u>Where</u>     <u>Date</u>

   _____

   _____

c. Did the jury reach a verdict in each case above?

   Yes _____     No _____

d. Is there anything about your prior jury service that might affect your ability to be fair and impartial in this case?

   Yes _____     No _____

   If yes, please explain: _____

   _____

   _____

49. Have you ever filed a lawsuit or been named in a lawsuit as a defendant?

    Yes _____     No _____

    If your answer is yes, how many times have you done so?

    _____

    Please list what each lawsuit was about, and what was the result of the lawsuit.

    <u>What Lawsuit Was About</u>              <u>Result of Lawsuit</u>

    _____

    _____

12

50. Do you have any legal training or have you taken any law courses?

    Yes _____     No _____

    If your answer is yes, please list each training or course you have taken, and when you had that training, or took those courses.

    <u>Title of Class/Training</u>                    <u>Date</u>

    _____

    _____

    _____

51. Do you have any family members or close friends who work for a United States Attorney's Office or a State Prosecutor's Office?

    Yes _____     No _____

    If your answer is yes, for each such person, please list in what office the person works, and what your relationship is to that person.

    <u>Office Worked In</u>              <u>Relationship</u>

    _____

    _____

52. Do you have any family members or close friends who work for a criminal defense attorney or public defender?

    Yes _____     No _____

    If your answer is yes, for each such person, please list in what office the person works, and what your relationship is to that person.

    <u>Office Worked In</u>              <u>Relationship</u>

    _____

    _____

    _____

53. Have you ever pleaded guilty to or been convicted of a crime other than a simple traffic violation?

    Yes _____      No _____

    a. If yes, what was the crime? _____

    b. Was it a felony or misdemeanor? _____

    c. What punishment did you receive (including probation)?

    _____

    _____

54. Do you know personally or have you ever known personally anyone who has been convicted of or pleaded guilty to a crime?

    Yes _____      No _____

    If yes, for each person, state that person's relationship to you and the name of the crime and sentence imposed, including probation: _____

    _____

55. Have you, your spouse, your significant other, a relative or a close friend ever been the victim of a crime?

    Yes _____      No _____

    If your answer was yes, please describe each such incident, giving the date, who was involved (your or relative/friend), and what kind of crime was involved.

    <u>Date</u>      <u>Who Involved</u>           <u>Kind of Crime</u>

    _____

    _____

56. Have you ever experienced any kind of serious trauma? _____
    If yes, please explain what happened to you.

    _____

    _____

    _____

14

57. Have you ever heard the name Marko Boskic before today? \_\_\_\_
    If so, where?

    _____

    _____

58. Have you seen or read anything regarding Marko Boskic or any individual from the former Yugoslavia who was living in Peabody and was arrested in 2004?

    _____

    _____

59. Do you have any knowledge regarding the former Yugoslavia? _____ If so, what do you know about it?

    _____

    _____

60. Do you have any connection to the former Yugoslavia such as friends or family members who are from there, have worked there, or visited there?

    _____

    _____

61. Have you ever been to the former Yugoslavia or any countries in the Balkans? _____ If so, when were you there, why were you there, and what was your impression?

    _____

    _____

62. Have you ever heard of a place called Srebrenica? _____
    If so, in what context?

    _____

    _____

63. Do you have any knowledge of any events that took place in Srebrenica in 1995? _____ If so, what is that knowledge?

   _____

   _____

64. Do you have any knowledge of the Balkan war that took place in the 1990s? _____ If so, what is your knowledge?

   _____

   _____

65. Do you have any knowledge of any of the following groups? If so what is your knowledge?

   VRS (Army of the Republika Srpska)

   _____

   HVO (Croat Defense Council)

   _____

   AbiH (Armija of Bosnian Muslims)

   _____

   JNA (Yugoslav People's Army)

   _____

   Bosniaks

   _____

   Bosnian Muslims

   _____

   Croatian Catholics

   _____

   Orthodox Serbs

   _____

66. Do you have any knowledge about the International Tribunal of the Former Yugoslavia (ICTY) located in the Hague? _____ If yes, what do you know about ICTY?

   _____

   _____

67. Do you have any opinion on the cases that have been held at the ICTY?

   _____

   _____

68. Do you think the ICTY has effectively prosecuted individuals accused of war crimes in the former Yugoslavia?

   _____

   _____

69. Do you know who Slobadan Milosevic is? _____ If yes, do you know what ethnic/religious group that he was the leader of? _____ What else do you know about him?

   _____

   _____

70. Do you know who Drazen Erdemovic is? _____ If so, what do you know about him?

   _____

   _____

71. Drazen Erdemovic has plead guilty to participating in the killing of hundreds of Muslim boys and men. He was sentenced to 5 years imprisonment by the ICTY for his participation in part because he was forced to participate and was given the option to shoot or be shot. Do you feel that this was an adequate sentence given that he was forced to participate?
   _____ Why or why not?

   _____

72. Have you ever heard of the Batkovic prison camp? What do you know about it?

_____

_____

73. Have you ever seen or read any media about the "Scorpion Video" from the former Yugoslavia?

_____

_____

74. Have you, anyone you know, or any member of your immediate or extended family ever been a prisoner of war or imprisoned in any military or prison camp? _____ If so what was their relationship to you and where?

_____

_____

    I do hereby certify that the answers which I have given in this questionnaire are true and complete to the best of my knowledge and belief.

```
                    _____
                         (Print Name)

                    _____
                         (Signature)

                    _____
                           (Date)
```