UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA       )
                               )     Case No. 04-CR-10298-DPW
                               )
        v.                     )
                               )
    MARKO BOSKIC                )
_____)
```

**DEFENDANT'S PROPOSED PRELIMINARY STATEMENT TO THE JURY**

The defendant Marko Boskic is an immigrant from the former Yugoslavia. He is from the area of the former Yugoslavia known as Croatia.

The government has charged Mr. Boskic with four counts of making false statements on immigration forms. Specifically, the government alleges that Mr. Boskic made two false statements on his Application for Refugee Status in January, 2000 and two false statements on his Application for Permanent Residence in April, 2001. The government also alleges that Mr. Boskic made a false statement during an interview conducted by government officials in 2004.

Mr. Boskic denies these charges and maintains that his answers were truthful.

It is the government's position that the allegedly false statements relate to the conflict in Bosnia in 1995 and to Mr. Boskic's involvement in that conflict.

During the course of this trial, you will hear testimony

concerning the mass execution of hundreds of Muslim men and boys in Bosnia in July of 1995. Much of this evidence will be graphic and it may be disturbing to you. You will also hear evidence that Mr. Boskic told investigators that he was involved in the mass executions in July of 1995, but that he had been forced to participate on threat of death.

It is very important that you remember that this is not a war crimes trial. Mr. Boskic is not charged with murder or with any other crimes in Bosnia. Rather, he is only charged with having made certain false statements concerning his military service and his involvement in the events in Bosnia. Again, Mr. Boskic asserts that his answers on the immigration forms are true.

Respectfully submitted,

/s/ Patricia Garin
Max D. Stern
BBO NO. 479560
Patricia Garin
BBO No. 544770
Stern, Shapiro, Weissberg
 & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022
(617) 742-5800

Dated: June 12, 2006

G:\SSWG\BOSKIC\Trial Docs\preliminary statement.wpd