**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

```
_____
                              )
UNITED STATES OF AMERICA      )
                              )    Case No. 04-CR-10298-DPW
                              )
        v.                    )
                              )
    MARKO BOSKIC               )
_____)
```

**DEFENDANT MARKO BOSKIC'S MOTION IN LIMINE**
**TO EXCLUDE EXPERT TESTIMONY**

Defendant hereby moves to exclude the proferred testimony of two historians offered by the government as expert witnesses on the conflict in the former Yugoslavia on the grounds that such testimony would be in violation of Fed.R.Evid. 702 and Fed.R.Evid. 403. In support thereof, defendant files herewith and incorporates herein his Memorandum of Law in Support of Defendant's Motion in Limine to Exclude Expert Testimony.

                                   Respectfully submitted,

                                   /s/ Patricia Garin
                                   Max D. Stern
                                   BBO NO. 479560
                                   Patricia Garin
                                   BBO No. 544770
                                   Stern, Shapiro, Weissberg
                                    & Garin, LLP
                                   90 Canal Street, Suite 500
                                   Boston, MA 02114-2022
                                   (617) 742-5800

Dated: June 12, 2006