UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                              )
UNITED STATES OF AMERICA       )
                              )   Case No. 04-CR-10298-DPW
                              )
        v.                     )
                              )
    MARKO BOSKIC                )
_____)

**DEFENDANT MARKO BOSKIC'S MOTION IN LIMINE
TO PRECLUDE USE OF THE TERM
"ETHNIC CLEANSING"**

Defendant Marko Boskic hereby moves for an order precluding the government and its witnesses from using the term "ethnic cleansing" during the trial of the case.  Use of the term will evoke a highly emotional response from jurors and is likely to prejudice jurors against defendant.  Because the government has no evidence that defendant believed in or was motivated by "ethnic cleansing," the term should not be used.

                                    Respectfully submitted,

                                    /s/ Patricia Garin
                                    Max D. Stern
                                    BBO NO. 479560
                                    Patricia Garin
                                    BBO No. 544770
                                    Stern, Shapiro, Weissberg
                                     & Garin, LLP
                                    90 Canal Street, Suite 500
                                    Boston, MA 02114-2022
                                    (617) 742-5800

Dated: June 12, 2006

G:\SSWG\BOSKIC\Trial Docs\ethnic cleansing motion.wpd