# ATTACHMENT A

OFFICIAL USE ONLY

```
 EPARTMENT OF HOMELAND SECURITY    |1. TECS ACCESS CODE 3
           ICE                     |
                                   |2. PAGE    1
 REPORT OF INVESTIGATION           |
                                   |3. CASE NUMBER BO21IR04BO0004
```

| 4. TITLE: MARKO BOSKIC |
|---|

| 5. CASE STATUS: | INTERIM RPT |
|---|---|

| 6. REPORT DATE | 7. DATE ASSIGNED | 8. CLASS | 9. PROGRAM CODE | 10. REPORT NO. |
|---|---|---|---|---|
| 071105 | 010804 | T | 6K1 | 025 |

| 11. RELATED CASE NUMBERS: |
|---|

| 12. COLLATERAL REQ: |
|---|

| 13. TYPE OF REPORT: INVESTIGATIVE FINDINGS |
|---|

| TOPIC: BOSNIAN SITES TOURED AND PHOTOGRAPHED THAT RELATE TO EXECUTIONS |
|---|

14. SYNOPSIS:
In December 2003, The SAC/Boston, MA, National Security Group initiated an investigation of Marko BOSKIC predicated upon information that he had participated in the execution of 1,200 Muslim men and boys in Bosnia in 1995. On August 25, 2004 BOSKIC was indicted in the USDC-MA for violations relating to 18 USC 1546 (Fraud and Misuse of Visas and Permits), and 18 USC 1001 (False Statements). The U.S Attorney's Office in Boston, MA has informed SAC/Boston that a superseding indictment is under advisement by DOJ regarding violations relating to: 18 USC 2340 (Torture). This is a joint investigation with the FBI.

On June 5, 2005 ICE SrSA Thomas Carroll, FBI SA Gregory Hughes, FBI SA David Habich and AUSA Jeffrey Auerhahn traveled to The Hague, Netherlands to gather evidence at the International Criminal Tribunal for the former Yugoslavia (ICTY) for the U.S. government's case against BOSKIC. These same individuals then traveled to Bosnia/Herzegovina on June 12, 2005 to interview two

| 15. DISTRIBUTION: SACBO CAVN CANL CASZ | 16. SIGNATURE: CARROLL   THOMAS   SENIOR SPEC AGENT |
|---|---|
| | 17. APPROVED: DEASY   RICHARD   OI GRP SUPERVISOR |
| | 18. ORIGIN OFFICE: BO BOSTON, MA - SAC | 19. TELEPHONE: 617 565 3100 |
| | | 20. TYPIST: CARROLL |

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

O F F I C I A L   U S E   O N L Y

```
       DEPARTMENT OF HOMELAND SECURITY      | 1. PAGE    2
                   ICE                      |
                                            | 2. CASE NUMBER BO21IR04BO0004
  R E P O R T   O F   I N V E S T I G A T I O N |
        C O N T I N U A T I O N             | 3. REPORT NUMBER: 025
```

witnesses in Banja Luka, one witness/survivor in Tuzla and to tour the sites of the sequence of events that took place in Bosnia between July 11, 1995 and July 16, 1995. The background regarding the genocide and mass executions was obtained by reviewing numerous ICTY reports, witness testimonies, and interviews, as well as information received from ICTY Investigators. The following report is specific to the Bosnian sites visited that relate to the BOSKIC case.

DETAILS OF INVESTIGATION:

1. On June 15, 2005 ICE SrSA Carroll, FBI SA Hughes, FBI SA Habich and AUSA Auerhahn met with United Nations ICTY Investigator Tomasz Blaszczyk in Bosnia to tour the sites of the sequence of events that took place between July 11, 1995 and July 16, 1995. The sites visited relate to the route taken by captured prisoners from Srebrenica to the execution site of the Branjevo Farm in Pilica, as well as locations related to the actions of the 10th Sabotage Detachment. All of the sites visited were located in the Republika Srpska (RS) region of Bosnia where alleged torture/genocide took place. Photographs were taken by FBI SA Habich.

2. The first location visited was the town of Srebrenica. On July 11, 1995 Srebrenica fell to the Army of the Republika Srpska (VRS) forces. Srebrenica is a small Muslim town situated in a valley within the RS region (photographs B01 to B14). VRS forces marched the residents of Srebrenica to the town of Potocari where men and boys were separated from their families.

3. Potocari photographs B15 and B16 show the battery factory and the white house where families were separated. Photograph B17 looks back towards Shrebrenica and photograph B18 shows the road where buses where lined up. Photographs B19 and B20 show the Dutch base which is located across from the white house. Sporadic executions allegedly took place behind the white house (photograph B16) on July 12, 1995. Photos B21 and B22 show the first Serbian checkpoint or last Dutch checkpoint which was known as "Zuti Most" aka the yellow bridge photograph B22 shows the small yellow bridge behind the bicyclist which was taken from the location of photograph B21. Women were sent from Potocari to the Bosnian Federation (Claden) and men were bused to the town of Bratunac.

4. Bratunac photographs B23 and B24 show the Vuk Karadzic School, which has since been remodeled. This school was used as a collection point for prisoners on July 12 and 13, 1995. The Bratunac barracks was located behind the school but is presently no longer there. Buses were parked on the road facing the school, which is shown in photograph B25. After the school was full, buses dropped prisoners at the soccer field near the school photographs B26 and B27. Approximately 40 prisoners were allegedly executed at this field.

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY | 1. PAGE  3 |
| ICE | |
| REPORT OF INVESTIGATION | 2. CASE NUMBER BO21IR04BO0004 |
| CONTINUATION | 3. REPORT NUMBER: 025 |

eanwhile, according to Investigator Blaszczyk, a column of Muslims trying to scape, were going through the woods toward Tuzla.

. Passing through Kravica on the way to Zvornik, the Kravica Warehouse is ery close to the road on the left. Photographs B28 to B35 show the Kravica arehouse where 700 prisoners were killed on the night of July 13, 1995. Some f the executed men were from the column and some were from the Sandici meadow ocated near the warehouse (photograph B36) another gathering point of risoners. Footage was shown on Serbian television of the Kravica warehouse nd the Sandici meadow.

. Zvornik photographs B37 and B38 show the Zvornik Brigade Headquarters. This s the location where the 10th Sabotage Detachment stopped on their way to ilica on July 16, 1995. An unidentified Lt. Colonel came out of this building nd the 10th Sabotage Detachment followed him to the Branjevo Farm in Pilica.

. Photographs B39 to B42 show the next location - the Pilica School in ilica. Prisoners were held here before they were taken to the Branjevo Farm nd executed. A survivor of the Branjevo Farm execution who was held at the ilica School recalled getting water behind the school for the prisoners. The ocation described is shown in photograph B43.

. Prisoners held at the Pilica School were bused to the Branjevo Farm on the orning of July 16, 1995. Prisoner's hands were tied behind their backs at the chool prior to getting on the bus. The bus ride to the execution site is less han 5 minutes and is reached by small dirt roads. Photographs B44 to B63 show he Branjevo Farm as of June 15, 2005. The structure of the original barn is hown in photograph B45. The apple tree adjacent to the barn structure, which s also recognizable in the satellite photographs taken in July 1995, can be een in photographs B57, B60 and B61. The brush into which survivors escaped s shown in photographs B52, B53 and B54. It should be noted that the field ow has buildings and houses that were, according to ICTY Investigator laszczyk, nonexistent in July 1995 therefore giving the location a different iew.

   After the executions at the Branjevo Farm on July 16, 1995, the 10th abotage Detachment proceeded to a meeting at a nearby caf in Pilica hotographs B64 and B65. Directly across the street, in plain view from the af, is the Pilica Dom (Cultural Center) shown in photographs B66 to B68. pproximately 500 prisoners were executed inside the Pilica Dom on the fternoon of July 16, 1995.

. Other points of interest visited on June 15, 2005 were in nearby towns of va Kasaba and Dragasevic. When driving from Shrebrenica to Pilica, a 3-way ntersection named Konjevic Pociye (photograph B69) is encountered between the

OFFICIAL USE ONLY

IS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY  THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR SCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED  ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

| DEPARTMENT OF HOMELAND SECURITY<br>ICE | 1. PAGE   4 |
|---|---|
| REPORT OF INVESTIGATION<br>CONTINUATION | 2. CASE NUMBER BO21IR04BO0004 |
| | 3. REPORT NUMBER: 025 |

towns of Kravica and Zvornik. Nova Kasaba and Dragasevic are not on the Srebrenica to Polica route - a left or western direction is taken at the Konjevic Pociye intersection. Photographs B70 to B72 show a soccer field in Nova Kasaba that acted a prisoner collection point for captured wood walkers on the 12th and 13th of July 1995. Photographs B73 to B75 were taken in the town of Dragasevic and show the living quarters of the 10th Sabotage Detachment during the time of the July 1995 events. This same location is viewed in a video of the 1 Year Anniversary of the 10th Sabotage Detachment ceremony dated October 14, 1995. Note: Marko BOSKIC and other members of the 10th Sabotage Detachment are on video at this same location.

11. United Nations ICTY Investigator Tomasz Blaszczyk accompanied ICE SrSA Carroll, FBI SA Hughes, FBI SA Habich, and AUSA Auerhahn to all sites mentioned.

INVESTIGATION CONTINUES:

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.