# ATTACHMENT A

# NOTICE OF ENTRY OF APPEARANCE AS ATTORNEY OR REPRESENTATIVE

In re: I-485

DATE: 04/05/01

FILE No. A-77686625

I hereby enter my appearance as attorney for (or representative of), and at the request of, the following named person(s):

NAME: Marko Boskic
ADDRESS (Apt. No.): 10 Beaver St #1R (Number & Street)    (City) Salem    (State) MA    (ZIP Code) 01970
☒ Applicant

NAME:
ADDRESS (Apt. No.):    (Number & Street)    (City)    (State)    (ZIP Code)

Check Applicable Item(s) below:

☐ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia _____ (Name of Court) and am not under a court or administrative agency order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☒ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:
INTERNATIONAL RESCUE COMMITTEE (IRC)

☐ 3. I am associated with _____ the attorney of record who previously filed a notice of appearance in this case and my appearance is at his request. (If you check this item, also check item 1 or 2 whichever is appropriate.)

☐ 4. Others (Explain fully.)

SIGNATURE: [signature]
NAME (Type or Print): GIAO HENGLIN

COMPLETE ADDRESS: IRC
162 Boylston St., Suite 50,
BOSTON, MA 02116
TELEPHONE NUMBER: (617) 482-1154

PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS: GIAO HENGLIN
(Name of Attorney or Representative)
THE ABOVE CONSENT TO DISCLOSE IS IN CONNECTION WITH THE FOLLOWING MATTER:

NAME OF PERSON CONSENTING: Marko Boskic
SIGNATURE OF PERSON CONSENTING: [signature]
DATE: 4/05/01

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

Form G-28
(Rev. 10-25-79)N    (OVER)    UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0053

# Form I-485, Application to Register Permanent Resident or Adjust Status

**START HERE - Please Type or Print**

## Part 1. Information About You.

Family Name: Boskic
Given Name: Marko
Middle Initial: —

Address - C/O:

Street Number and Name: 10 Beaver St.
Apt. #: 1R
City: Salem
State: MA
Zip Code: 01970
Date of Birth (month/day/year): 07/09/64
Country of Birth: Bosnia
Social Security #: 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
A # (if any): A-77686625
Date of Last Arrival (month/day/year): 04/26/00
I-94 #: 3362410 07 05
Current INS Status: Refugee
Expires on (month/day/year): N/A

## Part 2. Application Type. (check one)

I am applying for an adjustment to permanent resident status because:

a. ☐ an immigrant petition giving me an immediately available immigrant visa number has been approved. (Attach a copy of the approval notice-- or a relative, special immigrant juvenile or special immigrant military visa petition filed with this application that will give you an immediately available visa number, if approved.)

b. ☐ my spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category that allows derivative status for spouses and children.

c. ☐ I entered as a K-1 fiance(e) of a U.S. citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiance(e). [Attach a copy of the fiance(e) petition approval notice and the marriage certificate.]

d. ☐ I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. ☐ I am a native or citizen of Cuba admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

f. ☐ I am the husband, wife or minor unmarried child of a Cuban described in (e) and am residing with that person, and was admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

g. ☐ I have continuously resided in the U.S. since before January 1, 1972.

h. ☒ Other basis of eligibility. Explain. (If additional space is needed, use a separate piece of paper.)
Refugee

I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the U.S. as a nonimmigrant or parolee, or as of May 2, 1964, whichever date is later, and: (Check one)

i. ☐ I am a native or citizen of Cuba and meet the description in (e), above.

j. ☐ I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f), above.

**FOR INS USE ONLY**

Returned:

Receipt: LIN-01-153-52388  04/18/2001

Resubmitted:

Reloc Sent:

Reloc Rec'd:

Applicant Interviewed:

**Section of Law**
☐ Sec. 209(b), INA
☐ Sec. 13, Act of 9/11/57
☐ Sec. 245, INA
☐ Sec. 249, INA
☐ Sec. 2 Act of 11/2/66
☐ Sec. 2 Act of 11/2/66
☐ Other

**Country Chargeable**

**Eligibility Under Sec. 245**
☐ Approved Visa Petition
☐ Dependent of Principal Alien
☐ Special Immigrant
☐ Other

**Preference**

Action Block: IBIS NO RESPONSE  BJL130  JUN 28 2002  NSC

**To be Completed by Attorney or Representative, if any**
☐ Fill in box if G-28 is attached to represent the applicant.
VOLAG #:
ATTY State License #:

Continued on back

Form I-485 (Rev. 02/07/00)N Page 1

**Part 3. Processing Information.**

A. City/Town/Village of Birth: Tuzla, Bosnia
Current Occupation: Cashier - Kmart
Mother's First Name: Janja
Your Father's First Name: Jakov

Give your name exactly how it appears on your Arrival /Departure Record (Form I-94): Boskic, Marko

Place of Last Entry Into the U.S. (City/State): NYC, NY

In what status did you last enter? (Visitor, student, exchange alien, crewman, temporary worker, without inspection, etc.): Refugee

Were you inspected by a U.S. Immigration Officer? ☒ Yes ☐ No

Nonimmigrant Visa Number: 336241007 05

Consulate Where Visa Was Issued: Frankfurt, Germany

Date Visa Was Issued (month/day/year): 4/26/00

Sex: ☒ Male ☐ Female

Marital Status: ☒ Married ☐ Single ☐ Divorced ☐ Widowed

Have you ever before applied for permanent resident status in the U.S.? ☒ No ☐ Yes If you checked "Yes," give date and place of filing and final disposition.

B. List your present husband/wife and all your sons and daughters. (If you have none, write "none." If additional space is needed, use a separate piece of paper.)

| Family Name | Given Name | Middle Initial | Date of Birth | Country of Birth | Relationship | A # | Applying with You? |
|---|---|---|---|---|---|---|---|
| Boskic | Slavica | — | 10/27/69 | Yugoslavia | Wife | N/A | ☐ Yes ☒ No |
| | | | | | | | ☐ Yes ☐ No |
| | | | | | | | ☐ Yes ☐ No |
| | | | | | | | ☐ Yes ☐ No |
| | | | | | | | ☐ Yes ☐ No |

C. List your present and past membership in or affiliation with every political organization, association, fund, foundation, party, club, society or similar group in the United States or in other places since your 16th birthday. Include any foreign military service in this part. If none, write "none." Include the name(s) of the organization(s), location(s), dates of membership from and to, and the nature of the organization (s). If additional space is needed, use a separate piece of paper.

1983-1985 Yugoslavia military.

Form I-485 (Rev. 02/07/00)N Page 2

## P  3.  Processing Information. (Continued)

...e answer the following questions. (If your answer is "Yes" to any one of these questions, explain on a separate piece of paper. Answering "Yes" does not necessarily mean that you are not entitled to adjust your status or register for permanent residence.)

1. Have you ever, in or outside the U. S.:
   a. knowingly committed any crime of moral turpitude or a drug-related offense for which you have not been arrested? ☐ Yes ☒ No
   b. been arrested, cited, charged, indicted, fined or imprisoned for breaking or violating any law or ordinance, excluding traffic violations? ☐ Yes ☒ No
   c. been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action? ☐ Yes ☒ No
   d. exercised diplomatic immunity to avoid prosecution for a criminal offense in the U. S.? ☐ Yes ☒ No

2. Have you received public assistance in the U.S. from any source, including the U.S. government or any state, county, city or municipality (other than emergency medical treatment), or are you likely to receive public assistance in the future? ☒ Yes ☐ No

3. Have you ever:
   a. within the past ten years been a prostitute or procured anyone for prostitution, or intend to engage in such activities in the future?
   b. engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling? ☐ Yes ☒ No
   c. knowingly encouraged, induced, assisted, abetted or aided any alien to try to enter the U.S. illegally? ☐ Yes ☒ No
   d. illicitly trafficked in any controlled substance, or knowingly assisted, abetted or colluded in the illicit trafficking of any controlled substance? ☐ Yes ☒ No

4. Have you ever engaged in, conspired to engage in, or do you intend to engage in, or have you ever solicited membership or funds for, or have you through any means ever assisted or provided any type of material support to, any person or organization that has ever engaged or conspired to engage, in sabotage, kidnapping, political assassination, hijacking or any other form of ...rist activity? ☐ Yes ☒ No

5. Do you intend to engage in the U.S. in:
   a. espionage?
   b. any activity a purpose of which is opposition to, or the control or overthrow of, the government of the United States, by force, violence or other unlawful means? ☐ Yes ☒ No
   c. any activity to violate or evade any law prohibiting the export from the United States of goods, technology or sensitive information? ☐ Yes ☒ No

6. Have you ever been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party? ☐ Yes ☒ No

7. Did you, during the period from March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany or any organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist or otherwise participate in the persecution of any person because of race, religion, national origin or political opinion? ☐ Yes ☒ No

8. Have you ever engaged in genocide, or otherwise ordered, incited, assisted or otherwise participated in the killing of any person because of race, religion, nationality, ethnic origin or political opinion? ☐ Yes ☒ No

9. Have you ever been deported from the U.S., or removed from the U.S. at government expense, excluded within the past year, or are you now in exclusion or deportation proceedings? ☐ Yes ☒ No

10. Are you under a final order of civil penalty for violating section 274C of the Immigration and Nationality Act for use of fradulent documents or have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other documentation, entry into the U.S. or any immigration benefit? ☐ Yes ☒ No

11. Have you ever left the U.S. to avoid being drafted into the U.S. Armed Forces? ☐ Yes ☒ No

12. H... you ever been a J nonimmigrant exchange visitor who was subject to the two-year foreign residence requirement and not ...mplied with that requirement or obtained a waiver? ☐ Yes ☒ No

13. Are you now withholding custody of a U.S. citizen child outside the U.S. from a person granted custody of the child? ☐ Yes ☒ No

14. Do you plan to practice polygamy in the U.S.? ☐ Yes ☒ No

Continued on back

## Part 4. Signature.
*(Read the information on penalties in the instructions before completing this section. You must file this application while in the United States.)*

..ry, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it is all true and correct. I authorize the ..ase of any information from my records which the INS needs to determine eligibility for the benefit I am seeking.

**Selective Service Registration.** The following applies to you if you are a man at least 18 years old, but not yet 26 years old, who is required to register with the Selective Service System: I understand that my filing this adjustment of status application with the Immigration and Naturalization Service authorizes the INS to provide certain registration information to the Selective Service System in accordance with the Military Selective Service Act. Upon INS acceptance of my application, I authorize INS to transmit to the Selective Service System my name, current address, Social Security number, date of birth and the date I filed the application for the purpose of recording my Selective Service registration as of the filing date. If, however, the INS does not accept my application, I further understand that, if so required, I am responsible for registering with the Selective Service by other means, provided I have not yet reached age 26.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| X [signature] | Marko Boskic | 4/5/01 | 978-744-8767 |

**Please Note:** *If you do not completely fill out this form or fail to submit required documents listed in the instructions, you may not be found eligible for the requested benefit and this application may be denied.*

## Part 5. Signature of Person Preparing Form, If Other Than Above. *(Sign Below)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| Arti Gehani | Arti Gehani | 4/25/01 | 617-482-1154 |

Firm Name and Address: IRC Boston 162 Boylston Ste. 52 Boston, MA

U.S. GOVERNMENT PRINTING OFFICE: 2001-476-615

Form I-485 (Rev. 02/07/00)N Page 4