**CERTIFICATE OF SERVICE**

    I hereby certify that documents with docket No. 110-122 were filed through ECF system on 6/12/06 and were sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on  6/12/06 .

/s/ Patricia Garin