UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA       )
                               )
                               )
        V.                     )    Criminal No. 04-10298-DPW
                               )
                               )
MARKO BOSKIC                   )

    MOTION FOR LEAVE TO FILE OFFER OF PROOF CONCERNING ANTICIPATED
           TESTIMONY OF ANDRAS RIEDLMAYER ONE DAY LATE

    During the pre-trial conference in this case on Friday, June 16, 2006, the undersigned stated that the government would provide to the Court an offer of proof concerning the anticipated testimony of Andras Riedlmayer, on Monday, June 19, 2006.  The undersigned completed drafting the document over the weekend, but wanted to give Mr. Riedlmayer an opportunity to review the offer of proof before it was filed in order to insure its accuracy.  Therefore, the draft was e-mailed to Mr. Riedlmayer.  However, Mr. Riedlmayer was unable to check his e-mail messages and review the document until Monday evening June 19.  Wherefore, the United States moves for leave to file the offer of proof one day late.

                               Respectfully submitted,

                               For the United States:

                               MICHAEL J. SULLIVAN
                               United States Attorney

                         By:   /s/ Jeffrey Auerhahn
                               JEFFREY AUERHAHN
                               KIMBERLY P. WEST
                               Assistant U.S. Attorneys
Dated:    June 20, 2006

CERTIFICATE OF SERVICE

I hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

                                  /s/ Jeffrey Auerhahn
                                  Jeffrey Auerhahn
                                  Assistant U.S. Attorney