```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
                            )
          V.                )    Criminal No. 04-10298-DPW
                            )
                            )
MARKO BOSKIC                )
```

                    GOVERNMENT'S WITNESS LIST

The government anticipates calling the following witnesses in its case-in-chief[1]:

1.  Becir Salihovic, Bosnia and now Wisconsin

2.  Ahmo Hasic, Bosnia

3.  Andras Riedlmayer, Harvard University, Cambridge, MA

4.  Richard J. Butler, Retired Army, now Department of Homeland Security, Atlanta, GA

5.  Earl J. Chidester, Department of Defense, Maryland

6.  Alistair Graham, formerly ICTY, now Lancashire Constabulary, United Kingdom

7.  Joanne Sassone, Immigration and Customs Enforcement, Boston

8.  Francis Monin, Retired Immigration and Customs Enforcement; resides in Virginia

9.  Arti Gehani, medical resident in Pennsylvania

10. Giao Henglin, International Rescue Committee, Boston

---

[1] The government anticipates that the parties will be able to reach agreement on the interpretation of the Serbo-Croatian answers and statements in the relevant immigration documents, the defendant's written statement of August 2004, and the transcript of the speeches from the 1995 video of the anniversary and awards ceremony of the 10th Sabotage Detachment.  Therefore, the government may not call a Serbo-Croatian interpreter to testify.

11. Thomas Carroll, Special Agent, Immigration and Customs Enforcement, Boston

12. Gregory Hughes, Special Agent, Federal Bureau of Investigation, Boston

Agents Carroll and Hughes were the co-case agents from the two agencies that were involved in this investigation. The government would designate Agent Hughes to sit at counsel table and request that Agent Carroll be allowed to sit in the public section of the courtroom.

>Respectfully submitted,
>
>For the United States:
>
>MICHAEL J. SULLIVAN
>United States Attorney
>
>By:  /s/ Jeffrey Auerhahn
>JEFFREY AUERHAHN
>KIMBERLY P. WEST
>Assistant U.S. Attorneys

Dated:    June 25, 2006

## CERTIFICATE OF SERVICE

I hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

> /s/ Jeffrey Auerhahn
>Jeffrey Auerhahn
>Assistant U.S. Attorney