UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA       )
                               )    Case No. 04-CR-10298-DPW
                               )
     v.                        )
                               )
     MARKO BOSKIC               )
_____)
```

**DEFENDANT'S SECOND SET OF PROPOSED VOIR DIRE QUESTIONS**

Defendant requests that the following questions be included in this Court's voir dire questions to prospective jurors.

1. Have you read or heard anything about this defendant or this case from any source, including newspapers, magazines, television, conversations with friends or family members, or conversations in the courthouse today?

2. Does the fact that Mr. Boskic is sitting here charged with a crime make you think he must have done something wrong?

3. You are going to hear evidence about hundreds of Muslim men and boys being executed in Bosnia in 1995. You will hear about bodies being buried in mass graves. Will the nature of this evidence affect your ability to be a fair and impartial juror in this case?

4. Have you or any family members or close friends immigrated from the former Yugoslavia or have any other connection to the former Yugoslavia?

5. The defendant in this case is an immigrant from the former Yugoslavia. You have no obligation to like or feel comfortable with immigrants or persons of Slavic background, but you do have a legal obligation to inform the Court if you have any feelings or opinions about immigrants or persons of Slavic background that might affect your ability to be a fair and impartial juror in this case. Do you have any feelings or opinions about immigrants or persons of Slavic background that might affect your ability to be a fair and impartial juror in this case?

6. The defendant is alleged to have lied on an immigration form to gain entrance into this country. Is there anything about the nature of these charges that might affect your ability to be a fair and impartial juror in this case?

7. Would you be inclined to give more credit or weight to the testimony of a law enforcement officer than to the testimony of a non-law enforcement witness, simply because the witness is a law enforcement officer?

8. Have you ever been in a situation where you feared being seriously injured or killed as a result of violence?

9. Do you have any religious, moral, philosophical or other beliefs that would make it difficult for you to be a fair and impartial juror in this case?

10. Are you aware of any information, bias or prejudice you

may have which may affect your ability to consider the evidence in this case fairly and impartially?

    Respectfully submitted,

    /s/ Patricia Garin
    Max D. Stern
    BBO NO. 479560
    Patricia Garin
    BBO No. 544770
    Stern, Shapiro, Weissberg
     & Garin, LLP
    90 Canal Street, Suite 500
    Boston, MA 02114-2022
    (617) 742-5800

Dated: June 26, 2006

**CERTIFICATE OF SERVICE**

    I hereby certify that this document(s) filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on  6/26/06 .

/s/ Patricia Garin

G:\SSWG\BOSKIC\Trial Docs\voir dire questions(2).wpd