(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** PRIORITY  **Date:** 08/22/2004

**To:** Counterterrorism  **Attn:** ITOS II / GOU
SSA Brad Deardorff
IA Kara Saab

   Detroit  **Attn:** SSA Paul George, CT-1
A/SSA Mike Thomas, CT-1

**From:** Boston
   CT-1
   **Contact:** SA Gregory T. Hughes, 617-223-6062

**Approved By:** Lange Teresa A

**Drafted By:** Hughes Gregory T:gth

**Case ID #:** 309C-BS-92039   (Pending)

**Title:** MARKO BOSKIC
HUMAN RIGHTS OFFENSES - WAR CRIMES

**Synopsis:** Update of investigation and proposed action plan.

**Details:** A joint FBI/Immigration and Customs Enforcement (ICE) investigation of MARKO BOSKIC was initiated based upon information he had participated in the execution of over 1,200 Muslim prisoners at the Branjevo Military Farm in Bosnia in 1995.

   The following is a summary of investigative actions taken over the past six months and a proposed action plan:

## I. Investigative Summary

### A. DRAZEN ERDEMOVIC

   ERDEMOVIC was a member of the 10th Sabotage Detachment (BOSKIC's unit) and also participated in the Branjevo Farm executions. ERDEMOVIC, who is under a United Nations-administered witness protection program because of past testimony against high ranking VRS officers, was interviewed twice in the Hague, Netherlands, and identified BOSKIC. Although initially willing to testify, ERDEMOVIC later rescinded, citing past threats against family members still residing in Bosnia as his reason for refusal.

   Most recently, ERDEMOVIC turned down an offer to travel to the United States to be re-interviewed. As a result, Boston considers it unlikely ERDEMOVIC's testimony can be used in court.

To: Counterterrorism  From: Boston
Re: 309C-BS-92039, 08/22/2004

**B. Cooperating Witness**

As an alternative to ERDEMOVIC, Boston recruited a cooperating witness to engage BOSKIC in consensually-monitored conversations. While the majority of of the conversations have been non-pertinent and BOSKIC has not made any postive admissions regarding military service during the 1990's, his conversations with the cooperating witness have been useful in generating leads and preparing for BOSKIC's interview at arrest.

**C. Overseas Witnesses**

A significant piece of evidence provided by the UN's International Criminal Court for the Former Yugoslavia (ICTY) is a video of BOSKIC and other members of the 10th Sabotage Detachment at an awards ceremony in Vlasenica, Bosnia-Herzegovina on or about October 10, 1995. The video features several members of both the Vlasenica and Bijeljina Platoons, the two units that comprised the 10th Sabotage Detachment. (BOSKIC was a member of the Bijeljina Platoon).

With ERDEMOVIC's refusal to testify, the focus of the investigation has shifted to locating individuals who are featured in the video and are willing to authenticate it.

In late July 2004, UN Investigator Alistair Graham located and individual named (First Name Unknown) OBRENEVIC, a former member of BOSKIC's unit, who was willing to testify as to the video's authenticity.

Subsequent to meeting with OBRENEVIC, Graham was telephonically contacted by Lieutenant MILORAD PELEMIS, the former commanding officer of the Bijeljina Platoon. PELEMIS had been notified by OBRENEVIC that the UN was interested in BOSKIC, and PELEMIS told Graham that he, too, had information regarding BOSKIC.

During his brief conversation with Graham, PELEMIS, who spoke broken English, passed the telephone to DARKO TRIFUNOVIC. Identifying himself as a member of an anti-terrorism group (NFI), TRIFUNOVIC indicated to Graham that he had information connecting BOSKIC to mujahadeen fighters in Bosnia. TRIFUNOVIC also hinted at a possible Al-Qaeda connection. While TRIFUNOVIC was hesitant to go into details over a cellular telephone, he and PELEMIS were willing to meet with Graham and US Government representatives later in the month.

To: Counterterrorism   From: Boston
Re: 309C-BS-92039, 08/22/2004

**D. BOSKIC's State Charges**

While two of his previous Assault and Battery charges were dismissed (victims failed to appear in court), BOSKIC has two Assault and Battery with a Dangerous Weapon cases pending. Where the previous instances of assault were weaker cases (police reports were filed after the fact and the victim was the only witness), the pending cases appear stronger. In the latter cases, police responded to the scene and actually observed the weapon used and the victims' wounds.

Convictions on these charges (even without subsequent incarceration) are considered crimes of violence and would place BOSKIC in the aggravated felon category (for immigration purposes). In addition, the convictions would allow the US Attorney's Office to enter ERDEMOVIC's prior testimony to the ICTY regarding BOSKIC's involvement at Branjevo Farm, thereby facilitating BOSKIC's detention following arrest.

**II. Proposed Action Plan**

**A. Subject Arrest**

Boston FBI/ICE will seek a criminal complaint charging BOSKIC with violating 18 USC 1546 (Fraud and Misuse of Visa, Permits, and Other Documents) and arrest BOSKIC on or about 08/25/2004.

**B.  Witness Interviews**

Concurrent with BOSKIC's arrest, Boston FBI/ICE will conduct the following interviews:

ANDELKO MITROVIC: BOSKIC's close friend;

NADZIRA HADZIRI (phonetic): BOSKIC's current girlfriend;

JUSTINO KOKUO: BOSKIC's close friend and former roommate;

ANICA KALIC: BOSKIC's friend;

ZLATKO SILAJDZIC: BOSKIC's friend;

LUIS DOLOU: one of BOSKIC's former roommates;

JOHNETTA KELLEY: one of BOSKIC's former girlfriends and also the victim of most of BOSKIC's Assault and Battery charges;

3

To: Counterterrorism  From: Boston
Re: 309C-BS-92039, 08/22/2004

> LIBAN EGAL: JOHNETTA KELLEY's current boyfriend and also a victim of one of BOSKIC's pending assault and battery charges.

Concurrent with BOSKIC's arrest, Detroit FBI/ICE will conduct the following interviews:

<u>SLAVICA PETROVIC, a/k/a SLAVICA BOSKIC</u>: PETROVIC, date/place of birth, 10/27/1969, Yugoslavia, is BOSKIC's estranged wife. PETROVIC moved from Massachusetts to Michigan in February 2003.

<u>JASMINA SINANVOVIC</u>: SINANVOVIC, date/place of birth 06/22/1972, Bosnia, lived with BOSKIC in Peabody, MA for approximately six months before returning to Michigan earlier this year. She is either a close friend or his former girlfriend.

On 09/08/2004, Boston FBI/ICE agents will travel to Sarajevo, Bosnia to meet with UN Investigator Alistair Graham and interview OBRENEVIC, PELEMIS, and TRIFUNOVIC.

4

To: Counterterrorism  From: Boston
Re: 309C-BS-92039, 08/22/2004

**LEAD(s):**

**Set Lead 1:   (Info)**

COUNTERTERRORISM

AT WASHINGTON, DC

Read and clear.

**Set Lead 2:   (Action)**

DETROIT

AT HAMTRAMCK, MICHIGAN

1. Locate and interview SLAVICA PETROVIC, a/k/a SLAVICA BOSKIC, date/place of birth, 10/27/1969, Yugoslavia, social security account number 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. PETROVIC's last known address is 3464 Holbrook Street, Hamtramck, Michigan.

2. Locate and interview JASMINA SINANVOVIC, date/place of birth 06/22/1972, Bosnia, social security account number 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. SINANVOVIC's last known address was 2959 Roosevelt Street, Hamtramck, Michigan, telephone number 313-485-7015.

3. Due to the anticipated timing of BOSKIC's arrest (late afternoon), Detroit is requested to conduct the above interviews after 3:30 pm, EDT on 08/25/2004.

4. As it is a joint investigation, Detroit is requested to coordinate interviews with the local ICE office, point of contact SSA Brian Slonac, ICE JTTF Supervisor, 602-650-3067 (w), 602-725-8344 (c).

♦♦