UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10298-DPW |
| | ) | |
| MARKO BOSKIC | ) | |
| | ) | |

NOTICE OF APPEARANCE

Now comes the undersigned Assistant United States Attorney and hereby notices his appearance in the above-captioned matter.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:   /s/ James B. Farmer
       JAMES B. FARMER
       Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

        /s/ James B. Farmer
        James B. Farmer

Dated: June 30, 2006