UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) ) ) ) ) | Case No. 04-CR-10298-DPW |
| v. |  |  |
| MARKO BOSKIC |  |  |

**DEFENDANT'S OFFER OF PROOF REGARDING PROFFERED TESTIMONY OF EXPERT WITNESS SUSAN BERK-SELIGSON**

Defendant Marko Boskic hereby offers the Report of Susan Berk-Seligson (Attachment A, hereto) and the curriculum vitae of Susan Berk-Seligson (Attachment B, hereto) as an offer of proof of her proposed testimony. Dr. Berk-Seligson is a linguist who specializes in interpreting/translating issues.

Respectfully submitted,

/s/ Patricia Garin
Max D. Stern
BBO NO. 479560
Patricia Garin
BBO No. 544770
Stern, Shapiro, Weissberg
 & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022
(617) 742-5800

Dated: July 6, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on N/A.
/s/ Patricia Garin