# ATTACHMENT  B

## Curriculum Vitae

### Susan Berk-Seligson

**Personal Information:**

Mailing address: 42 Green View, Nashville, TN  37205

Office address: Center for Latin American and Iberian Studies, VU Station B #351806, Vanderbilt University, Nashville, Tennessee 37235-1806

Telephone: office (615)343-2480 ; home: (615)292-1428.
E-mail: Susan.Berk-Seligson@vanderbilt.edu ;  Fax: (615)292-1422

**Education:**

B.A. (*cum laude*), Brooklyn College, C.U.N.Y., major in Spanish, minor in Modern Languages (French, German, Latin).  Graduated with honors in Spanish, 1967.

M.A., University of Pittsburgh, Linguistics, 1971.

Ph.D., University of Arizona, Linguistics (major in Sociolinguistics, minor in Phonology).
Dissertation: "Phonological Variation in a Synchronic/Diachronic Sociolinguistic Context:  The Case of Costa Rican Spanish," 1978.

**Certificates and Licenses:**

Certificate in Teaching English to Speakers of Other Languages (T.E.S.O.L.), University of Pittsburgh, 1971.

New York State High School Spanish teaching license, 1971.

**Employment:**

Current:
Associate Professor, Center for Latin American and Iberian Studies, Vanderbilt University, 2004 to present.
Associate Professor, Department of Spanish and Portuguese, Vanderbilt University, 2004 to present.

Previous:
Associate Professor of Spanish, Department of Hispanic Languages and Literatures, University of Pittsburgh,1989 to 2004.

Associate Professor (secondary appointment), Department of Linguistics, University of Pittsburgh, 1999 to 2004.

Assistant Professor of Spanish, Department of Hispanic Languages and Literatures, University of Pittsburgh, 1985 to 1989.

Assistant Professor of Spanish Linguistics and Coordinator of Second Year Spanish Language Program, Department of Foreign Languages and Literatures, Purdue University, 1982 to 1985.

Adjunct lecturer, Center for English as a Second Language, University of Arizona, 1978-82.

Translator/interpreter, Berlitz School of Languages, Pittsburgh, 1974.
High School Spanish instructor, Our Lady of Mercy Academy, Monroeville, Pennsylvania, 1971-72.

U.S. Peace Corps, volunteer, Costa Rica, 1968-70.

Project Headstart, educational assistant, New York City Public Schools, 1967.

### Administrative Positions Held:

Coordinator of Spanish language instruction and Teaching Assistant Supervisor (third and fourth year Spanish), Department of Modern Languages and Literatures, Purdue University, 1983-1985.

Coordinator of language instruction and Teaching Assistant Supervisor (all levels), Department of Hispanic Languages and Literatures, University of Pittsburgh, Spring 1998 and Fall 2000.

Coordinator of the Hispanic Linguistics MA/Ph.D. Program, Department of Linguistics, 2002-present.

Director of Graduate Studies, Department of Hispanic Languages and Literatures, University of Pittsburgh, 1994-1996 and 1999-2002.

### Fields of Specialization:

Sociolinguistics (variation theory, ethnography of speaking, sociology of language, language policy)

Research and Field Methods in Sociolinguistics

Pragmatics and Discourse Analysis

Language, and the Law (particularly Forensic Linguistics)

Spanish of the Americas (Latin American Spanish and U.S. Latino Spanish).

Languages in Contact

Language and Gender

Phonetics

### Courses Taught at the University of Pittsburgh

3

Undergraduate courses:
Structure of Modern Spanish (an introduction to linguistics focusing on Spanish language substance);
Spanish Phonetics/Phonemics; Language and the Law; Applied Sociopragmatics (a course in intercultural communication); Spanish Grammar and Composition; Spanish Advanced Grammar.

Graduate courses:
Sociolinguistics; Pragmatics; Research and Field Methods in Sociolinguistics and Applied Linguistics; Applied Sociopragmatics; Language and the Law; Structure of Modern Spanish; Research and Funded Grant Proposal Writing.

**Grants, Fellowships, and Awards:**

<u>Grants (Principal Investigator):</u>

(Grants from the National Science Foundation):
NSF NATO Postdoctoral Fellowship in Science ($19,000), for research on "Linguistic Constraints on Spanish/Hebrew Code-switching," 1980-81.

NSF grant # SES 8114617 and SES 8341766 ($39,700), for research on "The Bilingual Courtroom and Blame Avoidance/Attribution Techniques: Speech Act Theory in Judicial Proceedings," 1982-84.

NSF grant # RII-8516746 ($56,615), for research on "The Bilingual Courtroom: The Impact of the Court Interpreter on Jurors' Perceptions of Witnesses and Attorneys," 1986-87.

NSF grant # SBR-9700038 (doctoral dissertation research, with Shonna L. Trinch), for research on "Mexican-American Survivors of Rape and Domestic Violence: Narrating Violence to Socio-Legal Authorities," 1997-1998.

(Other grants):
University of Arizona Foundation, for research on Judeo-Spanish/Hebrew code-switching, 1979-80.

Grant from the U.S. Agency for International Development, Title XII, Women-in-Development program, for research on "The Role of Women in Costa Rican Development,"1980.

Tinker Foundation summer grant, for research on "Costa Rican Women's Verbal Participation in Rural Meetings," 1982.

Purdue University Summer XL Grant, for research on "The Role of the Interpreter in Spanish/English Bilingual Judicial Proceedings,"1984.

University of Pittsburgh Central Research Development Fund grant, for research on "The Bilingual Courtroom: The Impact of the Court Interpreter on Witness Testimony," 1986.

University of Pittsburgh, Center for Latin American Studies, faculty grant for research on "The Verbal Role of Men and Women in Task-oriented Meetings," 1990.

4

University of Pittsburgh, Faculty of Arts and Sciences faculty summer research grant, "The Verbal Role of Men and Women in Task-oriented Meetings," 1990.

University of Pittsburgh, Center for Latin American Studies, faculty grant for research on "The Verbal Role of Men and Women in Decision-making Settings: The Case of El Salvador," 1993.

Howard Heinz Social Policy Research Grant, faculty grant from the Center for Latin American Studies, University of Pittsburgh, for "Language, Power, and Influence in Congressional Committee Hearings: The Impact of Gender on the Verbal Participation of Lawmakers in the Costa Rican Legislative Assembly," 1995.

University of Pittsburgh, Center for Latin American Studies, faculty research grant for "Male versus Female Interruptions: Who Interrupts More in Decision-making Contexts?" 1997.

University of Pittsburgh, Central Research and Development Fund, faculty research grant, "Male versus Female Interruptions," 1997.

University of Pittsburgh, William and Flora Hewlett Foundation Visiting Scholars Program grant (through the Center for Latin American Studies), 1999.

Federal Court Interpreters Exam ($1.8 million contract awarded to the National Center for State Courts). This five-year project is responsible for producing the exam that will certify all Spanish-language interpreters at the federal court level for the period 2001-2006.  I will serve as one of three linguistic experts on this project.

University of Pittsburgh, UCIS, Hewlett International Faculty Small Grant, for "Coerced Confessions: Police Interpreters and the Limited English Proficient Detainee," Spring 2003.

U.S. Agency for International Development research grant, awarded through Vanderbilt University, for "Access to Justice for Indigenous Ecuadorians," 2005-2006.

Recognition for Excellence in the Area of Teaching:
Chancellor's Undergraduate Teaching Fellowship, to Cynthia Pérez Callen to work with me to develop and teach the new course "Pragmatics," 1988.

Undergraduate Teaching Fellowship in Latin American Studies, to Karina Vega Fuentes, to work with me to develop and teach the new course, "Applied Sociopragmatics," 1995.

Commendation from the Vice Chancellor for Student Affairs for "positive interaction with students," and for being identified as one of the individuals at the University of Pittsburgh "who had made a significant and positive impact on their lives," 2000.

Undergraduate Awards:
New York State Regents Scholarship, 1963-67.

Dean's Honor List, Brooklyn College, Spring-Fall, 1966.

5

Award for Excellence in German, Brooklyn College, 1966.

Doris Mandell Memorial Award for Overall Excellence in Modern Languages, Brooklyn College, 1967.

Graduate Awards and Fellowships:
Awardee NDEA Fellowship in Spanish from the University of Syracuse, and from the University of Louisiana, 1967.

Awardee University Graduate Fellowship to study Spanish, Washington University, St. Louis, 1970.

Sigma Xi Scholarship, University of Arizona, 1978.

Doctoral Candidate Award, University of Arizona, 1978.

**Publications:**

Books:

*The Bilingual Courtroom: Court Interpreters in the Judicial Process.* 1990.  Chicago: The University of Chicago Press, 323 pages.
—Winner of the 1991 British Association for Applied Linguistics award for "The Outstanding Book in the Field of Applied Linguistics."
—Nominated for the Scribes Book Award at the 1991 annual meeting of the American Bar Association.

Revised, expanded edition, *The Bilingual Courtroom: Court Interpreters in the Judicial Process.* 2002. Chicago: The University of Chicago Press.

Books in Progress:

*Women in Power: Language and Gender in Decision-making Settings.* This work deals with the discourse of women and men in institutional settings, specifically in decision-making speech events. Whereas much of prior research has revealed a number of differences between women's and men's conversational behavior, the findings of this study indicate that when women are in power, in many ways they behave in a manner similar to that of men, although some discourse styles nevertheless distinguish the two genders. The data are drawn from meetings tape-recorded in three Latin American countries: Costa Rica, El Salvador and Chile.  The meetings are of non-governmental and governmental institutions, many of them congressional committee hearings.

*Coerced Confessions: The Discourse of Bilingual Police Interrogations.* This work deals with the discourse features of forced confessions, specifically in the context of police interrogations.  It also demonstrates how suspects can at times resist coercive questioning strategies, despite the imbalance of power between themselves and their interrogators.  The case studies examined deal with accusations and confessions related to charges of murder and rape.  In each instance the ambiguous role played by bilingual police officers, acting at times as interpreters, facilitated the coercion of the confession from Spanish-speaking detainees.

6

<u>Articles:</u>

"Language and Political Behavior: A Methodology for Utilizing the Linguistic Component of Socio-economic Status" (co-authored), *American Journal of Political Science*, 1978, 22(3)712-41.

"The Phonological Correlates of Social Stratification in Costa Rican Spanish (co-authored), *Lingua*, 1978, 46:1-28.

Summary of "A Sociolinguistic View of the Mexican-American Speech Community," *ABC Newsletter*, 1978.

"A Sociolinguistic View of the Mexican-American Speech Community," *Latin American Research Review,* 1980, 15(2):65-110.

"The Structure of Economic Opportunity for Women in Costa Rica," in Richard Bath, ed., *Proceedings of the Rocky Mountain Council on Latin American Studies*, 1982, El Paso: University of Texas at El Paso, pp. 215-241.

"Sources of Variation in Spanish Verb Construction Usage: The Active, the Dative, and the Reflexive Passive," *The Journal of Pragmatics*, 1983, 7(2):145-68.

"Subjective Reactions to Phonological Variation in Costa Rican Spanish," *The Journal of Psycholinguistic Research*, 1984, 13(6):415-42.

"Linguistic Constraints on Intra-sentential Code-switching: A Study of Spanish/Hebrew Bilingualism," *Language in Society*, 1986, 15:313-48.

"The Intersection of Testimony Styles in Interpreted Judicial Proceedings: Pragmatic Alterations in Spanish Testimony," *Linguistics*, 1987, 25:1087-1125.

"The Need for Quality Interpreting Services in the Courtroom," *The Court Manager*, 1988, 3(2):10-17.

"The Impact of Politeness in Witness Testimony: The Influence of the Court Interpreter," *Multilingua*, 1988, 7(4):411-439.

"The Role of Linguistic Pragmatics in Court Interpreting," *La Raza Law Journal* (University of California, Berkeley Campus), 1988, 2 (1):14-48.

"The Role of Register in the Bilingual Courtroom: Evaluative Reactions to Interpreted Testimony," in Irene Wherritt and Ofelia García (eds.), *U.S. Spanish: The Language of Latinos*, special issue of the *International Journal of the Sociology of Language*, 1989, 79:79-91.

"Bilingual Court Proceedings: The Role of the Court Interpreter," in Judith N. Levi and Anne Graffam Walker (eds.), *Language in the Judicial Process*, 1990. New York: Plenum Press.

"The Bilingual Courtroom," *Osamayor*, 5, 1991.

"Court Interpreting from a Linguist's Point Vantage Point: The State of the Art in Theory and Practice," in Annelie Lotriet (ed.), *Colloquium Gerechtstolken: Theory, Practice and Training. Acta Varia* (1), 1998. Bloemfontein: University of the Orange Free State.

"Court Interpreting in the U.S.A.: Recent Developments," in Annelie Lotriet (ed.), *Colloquium Gerechtstolken: Theory, Practice and Training. Acta Varia* (1), 1998. Bloemfontein: University of the Orange Free State.

"The Role of Register in the Bilingual Courtroom: Evaluative Reactions to Interpreted Testimony," in Dallin D. Oaks (ed.), 1998, *Linguistics at Work: A Reader of Applications*. Fort Worth: Harcourt Brace College Publishers. Reprinted from Irene Wherritt and Ofelia García (eds.), *U.S. Spanish: The Language of Latinos*, special issue of the *International Journal of the Sociology of Language*, 1989, 79:79-81.

"The Impact of Court Interpreting on the Coerciveness of Leading Questions," *Forensic Linguistics: The International Journal of Speech, Language and the Law*, 1999, 6(1):30-56.

"Seen but not Heard," *American Language Review*, 2000, 4(4):14-16.

"Interpreting for the Police: Issues in Pre-trial Phases of the Judicial Process," *Forensic Linguistics: The International Journal of Speech, Language and the Law*, 2000, 7(2):213-38.

"Las advertencias Miranda y la coerción lingüística: cuando la policía alterna entre intérprete e interrogador," *Revista Iberoamericana de Discurso y Sociedad* 2001, 3(2):7-45.

"The Impact of Politeness in Witness Testimony: the Influence of the Court Interpreter," in Franz Poechhacker and Miriam Shlesinger (eds.), *The Interpreting Studies Reader*. Routledge: London/New York, pgs. 279-292, 2002 (reprinted from *Multilingua* 1988, 7(4):411-439).

"Narrating in Protective Order Interviews: A Source of Interactional Trouble," *Language in Society*, co-authored with Shonna L. Trinch, 2002, 31(3):383-418.

"The Miranda Warnings and Linguistic Coercion: The Role of Footing in the Interrogation of a Limited-English Speaking Murder Suspect," in Janet Cotterill (ed.), *Language in the Legal Process*, London: Palgrave (formerly St. Martin's Press/McMillans), 2002, pages 127-146.

"Interpreting for the Police: Issues in Pretrial Phases of the Judicial Process," *Habeas Corpus Resource Center: Spring Conference Series 2003*, CD Rom format. Habeas Corpus Resource Center: San Francisco, CA, 2003. Reprinted from *Forensic Linguistics: The International Journal of Speech, Language and the Law*, 2000, 7(2):213-38.

"Language and the Law: Court Interpretation," in Dennis Kurzon and John Gibbons (eds.), issue on Language and the Law, in the *Encyclopedia of Language and Linguistics 2nd Edition*, Oxford, UK: Elsevier Limited, forthcoming 2005.

Reviews:

8

Review of Virginia Zúñiga Tristán, 1976, *El anglicismo en el habla costarricense*, in *Language Problems and Language Planning*, 1983, 7(1):113-15.

Review of Basil Hatim and Ian Mason, 1997, *The Translator as Communicator*, in the *Journal of Linguistic Anthropology*, 1998.

Review of Francesca Gaiba, 1998, *The Origins of Simultaneous Interpretation: The Nuremberg Trial*, in *Forensic Linguistics: The International Journal of Speech, Language and the Law*, December, 1999, 6(2):320-29.

Review of Constance Emerson Crooker, 1996, *The Art of Legal Interpretation: A Guide for Court Interpreters*, Portland State University, Continuing Education Press, reviewed in *Forensic Linguistics: The International Journal of Speech, Language and the Law*, forthcoming 2002.

Reports:

"The Current Status of Women in the Development of Costa Rica" (July, 1982), Report to U.S.A.I.D.

"A Linguistic Analysis of Selected Proceedings in the Courts of California" (February, 1994). Williamsburg, Virginia: National Center for State Courts.

**Papers Delivered at Conferences:**

"A Sociolinguistic View of the Mexican-American Speech Community," Arizona Bilingual Council semi-annual meeting (October, 1978), Flagstaff, Arizona.

"Costa Rican Listener Response to Phonological Variation: A Subjective Reaction Test," annual meeting of the Linguistic Society of America (December, 1978), Boston, Massachusetts.

"Rural/Urban Sociolinguistic Differentiation in Latin America," seminar on "Peasants in Latin America: Their Participation in the Development Process" (March, 1979), the Unit of Modernization and Development, the Hebrew University of Jerusalem, Jerusalem, Israel.

"The Costa Rican Peasant Wedding Reception: An Ethnolinguistic Analysis," meeting of the Rocky Mountain Modern Language Association (October 1979), Albuquerque, New Mexico.

"Female Enterprises and Enterprising Females: Women in the Development of Costa Rica," meeting of the Rocky Mountain Council for Latin American Studies (February, 1982), Glendale, Arizona.

"Linguistic Constraints on Intra-sentential Code-switching: The Case of Spanish/Hebrew Bilingualism," annual meeting of the Linguistic Society of America (December, 1982), San Diego, California.

"The Problematical Role of the Court Interpreter," Translators and Interpreters Educational Society Symposium (April, 1983), Provo, Utah.

9

"A Unique Case of Ethnic Minority Tongue Maintenance: Judeo-Spanish," Seventh Annual Institute on Bilingualism in the United States (June, 1983), Tucson, Arizona.

"The Role of the Court Interpreter in Spanish/English Judicial Proceedings," annual meeting of the American Association for Applied Linguistics (December, 1984), Baltimore, Maryland.

"Fallacies in Judicial Assumptions about Bilingual Court Proceedings: The Role of the Court Interpreter," Conference on Language in the Judicial Process (July, 1985), Georgetown University, Washington, D.C.

"The Intersection of Testimony Styles in Interpreted Judicial Proceedings: Alterations in Spanish Testimony," annual meeting of the Eastern States Conference on Linguistics (October, 1986), Pittsburgh, Pennsylvania.

"The Role of Pragmatics in Court Interpretation," Colloquium on Issues in Court Interpretation (July, 1987), Montclair State College, Montclair, New Jersey.

"Politeness, Hedging, and other Components of 'Powerless' Court Talk: How the Court Interpreter Causes the Intersection of Testimony Styles in Spanish/English Interpreted Proceedings," 1987 International Pragmatics Conference (August, 1987), University of Antwerp, Belgium.

"The Social/Psychological Evaluation of Interpreter-assisted Spanish-speaking Witnesses in U.S. Courtrooms," eighth conference on Spanish in the United States (October, 1987), University of Iowa, Iowa City.

"Evaluative Reactions to Interpreted Spanish Testimony: Social/Psychological Correlates of Hyperformal Speech Style," Conference on Sociolinguistic Research on Spanish in Europe, Latin America, and the United States (March, 1988), University of Minnesota, Minneapolis.

"The Bilingual Courtroom," Annual Meeting of the Law and Society Association (June, 1989), Madison, Wisconsin.

"The Impact of Hedging, Using Passive Voice, and Interrupting, Prodding, or Mimicking a Testifying Witness: When Do Court Interpreter Alterations Count?" tenth national conference on Spanish in the United States (October, 1989), Tucson, Arizona.

"The Social/Psychological Impact of Pragmatics in a Bilingual Discourse Setting," Annual Meeting of the Linguistics Society of America (December, 1989), Washington, D.C.

"The Potential Impact of the Interpreter on Jurors," Biennial Workshop for Federal Court Interpreters (January, 1990), Houston, Texas.

"The Impact of the Court Interpreter on Mock Juror Impressions of Witnesses," annual meeting of the California Court Interpreters Association (October, 1990), Santa Clara, California.

"The Influence of the Court Interpreter on the Wording of Lawyers' Questions," annual meeting of the American Association of Applied Linguistics (March, 1991), New York City.

10

"When Leading Questions No Longer Lead: The Impact of the Court Interpreter on Attorneys' Questions," 12th Annual Conference on Spanish in the United States (November, 1991), University of Southern California, Los Angeles.

"Language and Gender Differentiation in Latin America: The Verbal Participation of Women and Men in Costa Rican and Chilean Decision-Making Settings," annual meeting of the Law and Society Association (May, 1993), Chicago.

"Language and Gender Differentiation in Task-Oriented Settings," annual meeting of the American Association for Applied Linguistics (March, 1995), Los Angeles.

"Gender, Language, Power and Influence: Lawmakers in the Costa Rican Legislative Assembly," annual meeting of the Law and Society Association (July, 1996), Glasgow, Scotland.

"Conversational Support Work: Marker of Gender Identity?"  Symposium on Discourse as Mosaic: Language and Ideology (October, 1996), Georgetown University, Washington, D.C.

"How Lawyers' Questions Can Be Made Less Coercive or More So: It's All Up to the Court Interpreter," biennial meeting of the International Association of Forensic Linguists (September, 1997), Duke University, Durham, North Carolina.

"Narrating Violence: Chicana Accounts of Domestic Violence and Marital Rape to Sociolegal Authorities," co-authored with Shonna L. Trinch, annual meeting of the Law and Society Association (June, 1998), Aspen, Colorado.

"Narrating Violence: Chicana Accounts of Domestic Violence and Marital Rape to Sociolegal Authorities," co-authored with Shonna L. Trinch, biennial meeting of the International Pragmatics Association (July, 1998), Reims, France.

"Male versus Female Interruptions: Who Interrupts More in Latin American Task-Oriented Contexts?" biennial meeting of the International Pragmatics Association (July, 1998), Reims, France.

"The Transformation of Domestic Violence Narratives in Pre-Trial Interviews: The Unanticipated Shifting of Roles by the Court Interpreter" (co-authored with Shonna L. Trinch), annual meeting of the American Association of Applied Linguistics (March, 1999), Stamford, Connecticut.

"The Transformation of Domestic Violence Narratives in Pre-Trial Interviews: The Unanticipated Shifting of Roles by the Court Interpreter" (co-authored with Shonna L. Trinch), XVII National Conference on Spanish in the United States (March, 1999), Coral Gables, Florida.

"Off-the-Record Legal Interpreting: Court Interpreters in an Advocacy Setting," plenary talk given at the 4th biennial conference of the International Association of Forensic Linguists (June, 1999), Birmingham, United Kingdom.

"Law Makers at Work: The Written Representation of Verbal Interaction in Costa Rican Congressional Committee Hearings" (co-authored with Jorge Porcel), 24th annual meeting of the Semiotic Society of America (October, 1999), Pittsburgh, Pennsylvania.

11

"Police Interpreters: The Overlap between Court Interpreters, Legal Interpreters and Community Interpreters," annual conference of the American Association for Applied Linguistics (March, 2000), Vancouver, Canada.

"Law Makers at Work: The Written Representation of Verbal Interaction in Costa Rican Congressional Committee Hearings" (co-authored with Jorge Porcel), Georgetown University Round Table on Languages and Linguistics (GURT) 2000 (May, 2000), Georgetown.

"Adversario o defensor: los roles no imparciales del intérprete judicial," 8th meeting of the Sociedad Argentina de Lingüística (September, 2000), Mar del Plata, Argentina.

"Roles in Conflict: Police as Interpreters," 5th Colloquium on Interpretation Theory, University of Saarlandes (October, 2000), Saarbrücken, Germany.

"The Miranda Warnings and Linguistic Coercion: The Role of Footing in the Interrogation of a Limited-English Speaking Murder Suspect," annual meeting of the American Association of Applied Linguistics (February, 2001), St. Louis, Missouri.

"The Elicitation of a Confession: Confession to Murder but not to Attempted Rape," biennial meeting of the International Association of Forensic Linguists (July, 2001), Malta.

"The Elicitation of a Confession: Confession to Murder but not to Attempted Rape," annual meeting of the Law and Society Association (July, 2001), Budapest, Hungary.

"Problematic Aspects of Police Interpreting," plenary talk, meeting of the National Association of Judiciary Interpreters (February 2002), New York City.

"Does Every *yeah* Mean 'yes' in a Police Interrogation," annual meeting of the American Association of Applied Linguistics (April, 2002), Salt Lake City, Utah.

"Coerced confessions: Interpreting for the police in criminal investigations," paper presented to the Colloquium of the Department of Translating/Interpreting (December, 2002), Bar-Ilan University, Ramat Gan, Israel.

"Coerced Confessions: Police Interpreters and the Limited-English Proficient Detainee," annual meeting of the American Association of Applied Linguistics (March, 2003), Arlington, Virginia.

"Coerced Confessions: Police Interpreters and the Limited-English Proficient Detainee," annual meeting of the Law and Society Association (June, 2003), Pittsburgh, Pennsylvania.

"Coerced Confessions: Police Interpreters and the Limited-English Proficient Detainee," Sixth International Conference on Language and Law, the biennial meeting of the International Association of Forensic Linguists (July 2003), Sydney, Australia.

"Interpreting for Limited English Proficient Clients in Clinical Legal Contexts," annual meeting of the Association of American Law Schools (January 2005), San Francisco, California.

12

"False Confession: Linguistic and Extralinguistic Evidence of Coercion in a Police Interrogation," biennial meeting of the International Association of Forensic Linguists (July 2005), Cardiff, Wales.

"False Confession: Linguistic and Extralinguistic Evidence of Coercion in a Police Interrogation," biennial meeting of the International Pragmatics Association (July 2005), Riva del Garda, Italy.

### Other Official Conference Roles

Organizer of panels on Language and Gender, biennial meeting of the International Pragmatics Association (July 1998), Reims, France.

Chair of panel, American Association of Applied Linguistics (March, 2000), Vancouver, Canada.

Chair of panel, American Association of Applied Linguistics (March, 2001), St. Louis, Missouri.

Chair of panel, "Linguistic Analysis in Multiple Legal Arenas," Law and Society Association (July 2001), Budapest, Hungary.

Chair of panel and co-organizer of colloquium on "Language and the Law: International Perspectives on Forensic Linguistics," American Association of Applied Linguistics (April 2002), Salt Lake City, Utah.

Chair of panel, International Association of Forensic Linguists (July, 2005), Cardiff, Wales.

Chair and organizer of panel, "Forensic Linguistics: Language and the Law," International Pragmatics Association (July, 2005), Riva del Garda, Italy.

### Invited Talks/Guest Lectures:

"Phonological Variation in Men's and Women's Speech," lecture given to the course on Language and Sex Differentiation (October 1979), University of Arizona, Tucson.

"Code-Switching: A Valuable Communicative Strategy Among Bilinguals," talk presented at the Third Annual Navajo Reservation-Wide Conference on Language (December, 1979), Tsaile, Arizona.

"Sources of Variation in Spanish Verb Construction Usage: The Active, the Dative, and the Reflexive Passive," presented at the Linguistics Colloquium (January, 1981), University of Essex, Colchester, England.

"A Sociolinguistic View of the Mexican-American Speech Community," presented to the Romance Language Department Seminar (February, 1981), University of Leeds, Leeds, England.

"Sources of Variation in Spanish Verb Construction Usage: The Active, the Dative, and the Reflexive Passive," presented to the Sociolinguistics Circle (March, 1981), University of Birmingham, Birmingham, England.

"The Current Status of Women in Development in Costa Rica," talk given at the meeting of the Rural Participation and Development Work Group (August, 1980), Cornell University, Ithaca.

13

"Female Enterprises and Enterprising Females: The Costa Rican Approach," lecture given at the Women-in-Development Lecture Series (September, 1981), University of Arizona, Tucson.

"Linguistic Constraints on Intra-sentential Code-Switching: The Case of Spanish/Hebrew Bilingualism," presented to the Linguistics Circle (February, 1983), University of Arizona, Tucson.

"Language Maintenance and Language Death: The Case of Judeo-Spanish," talk delivered to the Purdue University Jewish Studies lecture series (February, 1984), West Lafayette, Indiana.

"The Role of the Court Interpreter in Spanish/English Judicial Proceedings," talk delivered to the Charles Darwin Society, Purdue University (November, 1984), West Lafayette, Indiana.

"Alternation between Active and Passive Voice for Blame Avoidance," Indiana University (April, 1984), Bloomington, Indiana.

"Interpreter-induced Alternation in Grammatical Case in Spanish/English Judicial Proceedings," talk delivered to the Department of Spanish, Portuguese and Italian, University of Illinois at Chicago (June, 1984), Chicago.

"Sociolinguistic Methods," lecture given to the course in Critical Thinking, University of Illinois at Chicago (August, 1986), Chicago.

"Law and Language," lecture given to the course on Society and Law, University of Pittsburgh (September, 1986), Pittsburgh.

"Language and the Legal Process," lecture given to the course, Introduction to Legal Studies, University of Pittsburgh (September, 1986), University of Pittsburgh.

"Law and Language," lecture given to the course, Introduction to Criminology, University of Pittsburgh (September, 1986), Pittsburgh.

"The Intrusive Role of the Court Interpreter," talk delivered to the American Bar Foundation (November, 1986), Chicago.

"The Role of the Court Interpreter in Spanish/English Judicial Proceedings," talk delivered at the First Unitarian Church, Shadyside (November, 1986), Pittsburgh.

"Fallacies in Judicial Assumptions about Bilingual Courtroom Proceedings: the Role of the Court Interpreter," talk delivered to the Pre-law Society, Northwestern University (February, 1987), Evanston.

"Variation in Grammatical Case: The Role of the Spanish/English Court Interpreter," talk delivered to the Department of Linguistics, Northwestern University (February, 1987), Evanston.

"Sociolinguistic Aspects of Costa Rican Spanish," lecture given to the C.L.A.S. Fieldtrip Seminar on Costa Rica, University of Pittsburgh (March, 1987), Pittsburgh.

14

"Roles and Impact of the Court Interpreter," lecture given at the meeting of the New Jersey Legal Interpretation Project (October, 1987), Montclair State College, Upper Montclair, New Jersey.

"La lengua de los sefarditas," lecture given to the Club Cultural Español of Pittsburgh (January, 1988), Pittsburgh.

"A Sociolinguistic View of Ecuadorian Spanish," lecture given to the C.L.A.S. Fieldtrip Seminar on Ecuador, University of Pittsburgh (March, 1988), Pittsburgh.

"The Impact of Politeness in the Testimony of Spanish-speaking Witnesses," lecture given to the C.L.A.S. Lecture Series (April, 1988), University of Pittsburgh, Pittsburgh.

"El idioma español en los Estados Unidos: Una perspectiva sociolingüística," lecture given to the Seminario Latinoamericano (SEMLA) (June, 1988), University of Pittsburgh, Pittsburgh.

"The Bilingual Courtroom: The Role of the Court Interpreter," lecture given to the Club Cultural Español of Pittsburgh (November, 1988), Pittsburgh.

"What Court Interpreters Really Do," lecture given at the Conference on Court Interpreting, sponsored by the Administrative Office of the State of New Jersey Courts (November, 1988), Trenton.
"Bilingualism and the Courts," colloquium given to the Department of Linguistics and Legal Studies Program, University of Delaware (November, 1991), Newark, Delaware.

"When Leading Questions Fail to Lead: Spanish-English Interpreted Judicial Proceedings," lecture given at the Kellogg Institute for International Studies, University of Notre Dame (September, 1992),South Bend, Indiana.

"Language and Gender Differentiation in Latin America: The Verbal Participation of Women and Men in Costa Rican and Chilean Decision-Making Settings." Lecture given to the Roggiano Lecture Series (April, 1993), University of Pittsburgh.

"Sociolinguistics and Field Research." Lecture given to the Center for Latin American Studies Fieldtrip Seminar on Argentina (February, 1995), University of Pittsburgh.

"Women as Decisionmakers: Patterns of Participation in Costa Rica, El Salvador and Chile." Lecture given at the conference on "Societies in Transition in Today's World," University of Pittsburgh (October 25, 1995).

"Language and Gender in Latin America." Lecture given to the Linguistics Department's graduate seminar on Language and Gender (January 23, 1996), University of Pittsburgh.

"Court Interpreting: A State of the Art of Theory and Practice." Lecture given at the Colloquium on Court Interpreting, Catholic Flemish College (Antwerp, Belgium), (November 19, 1996).

"Court Interpreting in the U.S.A." Lecture given at the Colloquium on Court Interpreting, Catholic Flemish College (Antwerp, Belgium), (November 20, 1996)

15

"Federal Legislation on Court Interpreting." Lecture given to the Dutch Association of Translators and Interpreters, The Hague--Peace Palace, Holland (November 25, 1996).

"Language and Culture in Costa Rica." Lecture given to group Fulbright Fellows, Juniata College, (Juniata, Pennsylvania) (June 13, 1997).

"Interpreting Leading Questions." Lecture given to Professor Barbara Johnstone's course on Sociolinguistics, Carnegie-Mellon University (April, 1998), Pittsburgh.

"Interpreting Leading Questions." Lecture given at the John F. Kennedy Institute for North American Studies, Freie Universitaet Berlin (July, 1998), Berlin, Germany.

"Sociolinguistics and Latin American Spanish." Lecture given to the Center for Latin American Studies Undergraduate Field Trip Seminar, University of Pittsburgh (March, 1999), Pittsburgh.

"Law Makers at Work: The Written Representation of Verbal Interaction in Costa Rican Congressional Committee Hearings." Lecture given to the Linguistics Department Colloquium series, University of Pittsburgh (October, 1999), Pittsburgh.

"Spanish Sociolinguistics." Lecture given to the Center for Latin American Studies Undergraduate Field Trip Seminar, University of Pittsburgh (March, 2000), Pittsburgh.

"The Miranda Warnings and Linguistic Coercion: When the Police Alternate between Interpreter and Interrogator." Paper presented to the Programa de Pre-formación Doctoral en Análisis de Discurso, Dentro de Investigaciones en Antropología Filosófica y Cultural (CIAFIC), del Consejo Nacional de Investigaciones Científicas y Técnicas (CONICET) (September, 2000), Buenos Aires, Argentina.

Review of "Elementos dominantes y residuales en los procesos de globalización: Esquemas ideológicos en la integración argentino-chilena." Presented at the Instituto de Desarrollo Económico y Social (IDES), at the roundtable introducing the new book, *Globalización y nuevas tecnologías*, by María Laura Pardo and Valentina Noblía (eds.) (September, 2000), Buenos Aires, Argentina.

"The Miranda Warnings and Linguistic Coercion: The Role of Footing in the Interrogation of a Limited-English Speaking Murder Suspect," talk given to the Linguistics Department Colloquium Series (January 2002), University of Pittsburgh.

"Interviewing in Fieldwork," talk given to the Latin American Undergraduate Fieldtrip Seminar (March, 2002), University of Pittsburgh.

"Gender, Language, Power and Influence: Lawmakers in the Costa Rican Legislative Assembly," paper delivered at the Workshop on Costa Rica, St. Anthony's College, Oxford University, Oxford, UK (May 17, 2002).

"Interpreting for the Police," talk given to the Colloquium series of the Department of Translating/Interpreting of Bar-Ilan University, Ramat Gan Israel (December 29, 2002).

16

"Interpreting for the Police," talk given at the Legal Sign Language Interpreters Conference (April 3-5, 20003), Atlanta, Georgia.

"Interpreting for the Police: A Cautionary Tale," talk given at the 4th International Conference on Interpreting in the Community (May 20-23, 2004), Stockholm, Sweden.

"Pragmatics and Court Interpreting," keynote address given at the second annual conference of the Tennessee Association of Professional Interpreters and Translators (September 10, 2004), Nashville, Tennessee.

"False Confession: Linguistic and Extralinguistic Evidence of Coercion in a Police Interrogation," paper presented at the 50th annual conference of the International Linguistics Association, on a featured panel, "Language and Criminal Law" (April 15-17, 2005), New York City.

"Police Interpreters and the Limited-English Proficient Detainee," paper presented at the Third Annual Continuing Education Conference of the California Federation of Interpreters (October 8-9, 2005), San Francisco.

"Problematic Aspects of Legal Interpreting," talk given to the California Appellate Project (October 8, 2005), San Francisco.

### Doctoral Dissertations Directed

Castro-Mitchell, Amanda. December, 1991. *"Usted porque no lo conozco o porque lo quiero mucho?"* The Semantic Functions of *usted* in Honduran Spanish." Appointment: Colorado State University, Boulder, Colorado.

Hurley, Joni. April, 1992. "A Cross-cultural Pragmatic Study of Spanish and Quichua request Strategies as Influenced by Language Contact in Otavalo, Ecuador." Appointment: Associate Professor, Clemson University, South Carolina.

Blackwell, Sarah. August, 1994. "A Neo-Gricean Pragmatic Approach to Spanish NP Anaphora." Appointment: Associate Professor, University of Georgia, Athens, Georgia.

Cabral, Ana Suelly. 1995. "Contact-Induced Change in the Western Amazon: The Non-Genetic Origin of the Kokama Language." Appointment: Assistant Professor, University of, Belen, Brazil.

Overfield, Denise. 1996. "A Study of the Teaching of Three Kinds of Speech Acts in the Foreign Language Classroom: Requests, Apologies, and Refusals." Co-directed with Herschel Frey. Visiting Assistant Professor, Chatham College, Pittsburgh.

De los Heros, Susana. 1997. "Language Variation: The Influence of Speakers' Attitudes and Gender on Phonological Variables in Andean Spanish." Appointment: Associate Professor, University of Rhode Island, Providence, Rhode Island.

Ruzickova, Elena. 1998. "Face and Face Threatening Acts in Cuban Spanish." Appointment: Assistant Professor, Miami University of Ohio, Oxford, Ohio.

17

Carduner, Jessie. 1998. "Politeness Strategies of Intermediate to Advanced Learners of Spanish." Co-directed with Herschel Frey. Appointment: Assistant Professor, Kent State University, Ohio.

Trinch, Shonna L. 1999. "The Co-Production and Transformation of Latinas' Narratives of Domestic Violence and Marital Rape in the Socio-Legal System: A Case Study of Context and Genre." Appointment: Assistant Professor, Florida State University, Tallahassee, Florida.

Delbene, Roxana. 2002. "Doctor/Patient Interactions in the Context of a Socially Stigmatized Disease: The Interplay of Gender and Sexual Orientation in Medical Interviews Involving HIV/AIDS-Infected Patients." Co-directed with Barbara Johnstone.

Valdez, María Luz. 2002. "Clitics in the Speech of Monolingual Andean Spanish Speakers." Appointment: Indiana University, Bloomington.

Porcel, Jorge. 2002. "Sistema tiempo-aspecto-modo del verbo español en la comunidad de habla cubana de Miami." Appointment: Assistant Professor, University of Wisconsin-Madison, Madison, Wisconsin.

Arbujas, Jorge. 2004. "Learning from Instructional Conversations in a University First Semester Spanish Class." Co-directed with Richard Donato. Appointment: Assistant Professor, Louisiana State University.

Feke, Marilyn. 2004. "Quechua to Spanish Cross-linguistic Influence among Cuzco Quechua-Spanish Bilinguals: the Case of Epistemology." Appointment: Assistant Professor: Rowan University.

Zambrano, Marjorie. 2005. "The Interpreter's Linguistic Power: A New Courtroom Reality in Immigration Hearings." Appointment: Assistant Professor: College of Charleston.

### Consulting:

Consulting on "Women-in-development in Costa Rica" for the U.S. Agency for International Development (June-August, 1980), San José, Costa Rica.

Linguistic Consultant to the Centro de Investigación para la Integración Social, Secretaría de Educación Pública de México: bilingual proficiency project (November, 1981).

Linguistic Consultant to two members of the faculty of Law of the University of Ottawa (Professors Joseph Magnet and Michel Bastarache), representing two language rights cases before the Supreme Court of Canada (November, 1986).

Consultant to the Administrative Office of the State of New Jersey courts (November, 1988).

Consultant to the National Immigration Law Center (formerly, National Center for Immigrants' Rights), on class-action lawsuit against the Executive Office of Immigration Review (el Rescate v. EOIR) (1989-1991).

Consultant in a trial involving multiple defendants, members of the Kurdish Workers Party (PKK), in a German federal court, Düsseldorf, Germany (October, 1990).

18

Consultant to the National Center for State Courts on the California Court Interpretation Project (August, 1993 - February, 1994).

Evaluator of the National Center for State Courts Consortium State Certification Exam in Spanish/English Court Interpreting (December, 1997).

Equal Employment Opportunity Commission (EEOC, Dallas regional office) (February 1999 - February 2000), on legal case involving the right of employees to speak a language other than English in the workplace (a challenge to "English-Only" regulations and statutes): EEOC v. Premier Operator Services, Inc. and Digital Network Services, Inc.

Equal Employment Opportunity Commission (EEOC, New York regional office) (April - May 2000), on legal case involving the right of employees to speak a language other than English in the workplace and the right not to be discriminated against because of their national origin: EEOC v. Diller-Quaile School of Music.

Expert witness in capital punishment case (November 2000 - January 2001): State of New Jersey v. Luis Cruz, Jr.

Cervantes *et al.* v. Sugar Creek Packing Company (June 2001 – October 2001): class action lawsuit involving the right of employees to speak a language other than English in the workplace and the right not to be discriminated against because of national origin.

Equal Employment Opportunity Commission (EEOC, Denver, Colorado regional office) (September 2001- 2003), EEOC, Debra Castillo v. Anchor Coin et al.: class action lawsuit involving the right of employees to speak a language other than English in the workplace and the right not to be discriminated against because of national origin.  $1.5 million awarded to plaintiffs represented by EEOC, July, 2003.

Garcia v. Viratec Thin Films, Inc., Minneapolis (June – October, 2002): class action lawsuit by employees involving the right to speak a language other than English in the workplace and the right not to be discriminated against because of national origin.

Equal Employment Opportunity Commission (EEOC, New York regional office) (September, 2004 through present).  EEOC et al. v. Sephora USA, LLC et al.: class action suit involving the right to speak a language other than English in the workplace and the right not to be discriminated against because of national origin.

José Pacheo v. New York Presbyterian Hospital (September through November, 2004).  A case involving the right to speak a language other than English in the workplace and the right not to be discriminated against because of national origin.

U.S. v. Hernandez Barba. (March through May, 2005).  U.S. District Court, Middle District of Tennessee.  A highway traffice stop case involving a Hispanic driver and passenger.

**National/International Boards:**

19

Invited by the National Academy of Sciences to serve as a member of the evaluation panel in Anthropology, Sociology, Linguistics for the National Science Foundation Graduate Fellowship Program (February, 1992; February, 1993; February, 1994; February, 1995).

Invited by the National Research Council to serve as a member of the evaluation panel in Anthropology, Sociology and Linguistics to review applications to the Ford Foundation Predoctoral Fellowships for Minorities program (March, 2000; March 2001; March 2002).

*Journal of Interpretation*, consulting editor.

*Forensic Linguistics: International Journal of Speech, Language and the Law*, member of editorial board (from 1999 to present).

*Journal of Interpreting: International Journal of Research and Practice in Interpreting*, member of Advisory Board (from 2003 to present).

Research affiliate, National Center for State Courts (1998 to present).

Advisory committee member, Federal Court Interpreter's Certification Exam (2001 to present).

National Advisory Board, Serving Limited English Proficient (LEP) Battered Women: A National Survey of the Courts' Capacity to Provide Protection Orders, National Center for State Courts (2004 to 2005).

Scientific Committee of Critical Links 5 (fifth conference of Critical Links, a conference devoted to translating and interpreting issues), (2005-2006).

## Visiting Appointments:

Visiting research professor, Department of Languages and Linguistics, University of Essex, Wivenhoe Park, Colchester, England (September, 1980 to March, 1981).

Visiting research professor, Communications Institute, Hebrew University of Jerusalem, Jerusalem, Israel (April, 1981 to July, 1981).

Visiting assistant professor, Department of Linguistics, Northwestern University (1986-87).

Guest Scholar, Kellogg Institute of International Studies, University of Notre Dame (September to December, 1992).

## Service at the University of Pittsburgh

Faculty of Arts and Sciences Dean'sTenure Council, University of Pittsburgh (member: Fall 1997 – Spring 1998; Fall 1999; Fall 2000 – Spring 2001)

Faculty of Arts and Sciences Dean's Tenure Appeals Committee (Fall 1991).

20

Faculty of Arts and Sciences Academic Integrity Review Board (by faculty-wide election in the Faculty of Arts and Sciences), University of Pittsburgh (Spring 1999 –Spring 2002).

Faculty of Arts and Sciences Faculty Grants Committee, University of Pittsburgh (chair, 2001; member, 1992, 1993, and 2002).

Faculty of Arts and Sciences Budget Policies Committee, University of Pittsburgh (Spring 1992).
Faculty of Arts and Sciences Planning and Budget Committee, University of Pittsburgh (Spring 2002).

Foreign Language and Area Studies (FLAS) Fellowship selection committee, University of Pittsburgh (Chair, Spring 1997; member, Spring 1995 and Spring 2002).

Foreign Language Departments Advisory Committee, University of Pittsburgh (Fall 2000).

Center for Latin American Studies Graduate Field Research Grants selection committee, University of Pittsburgh (Spring 1996).

Center for Latin American Studies Advisory Committee, University of Pittsburgh (Fall 1996 – Fall 1997).

Provost's Advisory Committee on Women's Concerns (1996 - 1998).

Roggiano Fund Committee, Department of Hispanic Languages and Literatures (Fall 1991 – Spring 1992).

Teaching Assistant Teaching Evaluation Committee, Department of Hispanic Languages and Literatures (Fall 1992 –Spring 1994; Fall 1994 – Spring 1995).

Teaching Assistant Selection Committee, Department of Hispanic Languages and Literatures (Spring 1992 – present, 2003).

Graduate Student Research Coordinator, Department of Hispanic Languages and Literatures (Fall 1993 – Spring 1994).

Nationality Rooms Study Abroad Scholarship selection committee, University of Pittsburgh (Spring 1996).

Grant Proposal Writing Workshop, Department of Hispanic Languages and Literatures (Spring 1994)

Transition committee, Department of Hispanic Languages and Literatures, to phase out graduate program in Hispanic Linguistics in the Department, as new program was being developed in the Linguistics Department (Fall 2001 – Spring 2002).

Undergraduate instruction committee, Department of Hispanic Languages and Literatures (2000 to present, 2003).

University Center for International Studies committee to select awardees of National Security Education Program (NSEP) fellowships (Fall 1994).

21

University Center for International Studies, Hewlett International Faculty Grants selection committee, University of Pittsburgh (Fall, 2003).

Job-hunting workshop (in preparation for Modern Language Association graduate student job interviews), Department of Hispanic Languages and Literatures (Fall, 2002).

Coordinator of new Hispanic Linguistics MA/PhD Program (as of Spring 2003, for a 3-year cycle, including such activities as preparing the Program proposal for approval by three University committees, developing the website for the Program and in other ways publicizing it, recruiting graduate students, helping graduate students apply for University funding).

Faculty recruitment committees, University of Pittsburgh:
Chair, search committee to hire Coordinator of Language Instruction, Department of Hispanic Languages and Literatures (Spring 1998).
Chair, search committee to hire Assistant Professor of Spanish Applied Linguistics, Department of Hispanic Languages and Literatures (Fall 1999 – Spring 2000).
Member, search Committee to hire Coordinator of Language Instruction, Department of Hispanic Languages and Literatures (Fall 2001 – Spring 2002).
Member, search committee to hire Spanish lecturer in applied linguistics, Department of Hispanic Languages and Literatures (Spring 2001).
Member, search committee to hire Visiting Professor of Spanish linguistics for the new Hispanic Linguistics MA/PhD Program, Department of Linguistics (Spring 2001).
Member, search Committee to hire tenure-stream Hispanic linguist for the new Hispanic Linguistics MA/PhD Program (Fall 2002 – Spring 2003).
Member, search Committee for tenure-stream general linguist, Department of Linguistics (Fall 2002 – Spring 2003).
Member, search Committee for non-tenure stream Hispanic linguist for the new Hispanic Linguistics MA/PhD Program (Spring 2003).

**Linguistic Field Experience:**

Conducted 250 interviews of Costa Rican peasants, focusing on phonological variation.

Designed and administered a matched-guise technique subjective reaction test to a sample (N=450) of Costa Rican elementary and high school students.

Designed and administered a sociolinguistic questionnaire aimed at determining relationships between phonological variation and socioeconomic status on the one hand, and between phonological variation and levels of contextual formality on the other.  Interviewed 48 men and 40 women.

Led the linguistic field training of a team of Costa Rican interviewers for a study of peasant demography in relation to land tenure status.

Designed and administered a test of the use of active versus passive voice among Costa Rican high school students.

22

Trained and supervised a team of Costa Rican interviewers in the administering of a linguistic questionnaire to a random sample of 140 urban Costa Ricans.

Trained a team of interviewers in the administering of a linguistic questionnaire to 260 Mexicans residing on the U.S./Mexico border.

Conducted an ethnolinguistic study of Spanish/English court interpreting in U.S. federal, state and municipal courts.

Designed and administered a psycholinguistic experiment involving the subjective evaluations of 551 subjects to Spanish interpreted judicial proceedings.

Carried out ethnolinguistic fieldwork on the verbal role of women in Latin American task-oriented settings (Chile, El Salvador, Costa Rica).

### Languages:

Spanish (fluent speaking, reading, writing).
Hungarian (fluent speaking, reading, writing).
French (speaking, reading, writing).
German (aural comprehension, reading).
Hebrew (aural comprehension, reading).

### Professional Memberships and Service:

Linguistic Society of America (member).
American Association for Applied Linguistics (member).
International Pragmatics Association (member).
Law and Society Association (member).
International Association of Forensic Linguists (secretary, 1999-2003)