UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | Case No. 04-CR-10298-DPW |
| v. | ) ) ) |  |
| MARKO BOSKIC | ) ) |  |

**DEFENDANT MARKO BOSKIC'S MOTION FOR ENTRY OF JUDGMENT OF ACQUITTAL ON COUNTS ONE AND TWO**

Defendant, by his attorney, hereby moves this Court, pursuant to Fed.R.Crim.P. 29(c), to enter judgments of acquittal on Counts One and Two of the above indictment. In support of this motion, defendant states that the evidence presented at trial was insufficient as a matter of law to sustain a conviction on these counts.

Defendant requests seven (7) days – until Wednesday, July 19, 2006 – to file a supporting memorandum of law. Defendant also requests that a date for a hearing on the motion be set.

Respectfully submitted,

/s/ Patricia Garin
Max D. Stern
BBO No. 479560
Patricia Garin
BBO. No 554770
Stern, Shapiro, Weissberg
 & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022
(617) 742-5800

Dated: July 13, 2006
**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on 7/13/06.

/s/ Patricia Garin

g:\SSWG\BOSKIC\Trial Docs\judgment of acquittal3.wpd