UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>MARKO BOSKIC,<br>    Defendant. | )<br>)  CRIMINAL NO. 04-10298-DPW<br>)<br>)<br>)<br>)<br>) |

## VERDICT

AS TO COUNT ONE

    We, the jury, find the Defendant Marko Boskic  *GUILTY*.

AS TO COUNT TWO

    We, the jury, find the Defendant Marko Boskic  *GUILTY*.

AS TO COUNT THREE

    We, the jury, find the Defendant Marko Boskic  *NOT GUILTY*.

AS TO COUNT FOUR

    We, the jury, find the Defendant Marko Boskic  *NOT GUILTY*.

AS TO COUNT FIVE

    We, the jury, find the Defendant Marko Boskic  *NOT GUILTY*.

July 12, 2006
DATE

John F. Douglas
FOREPERSON