UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 04-10298-DPW |
| ) | |
| MARKO BOSKIC ) | |
| ) | |

**GOVERNMENT'S ASSENTED TO MOTION FOR ENLARGEMENT OF TIME TO FILE STATEMENT OF RELEVANT FACTS**

The United States of America moves this court to enlarge the period of time in which it must file a statement of relevant facts and other documents to August 1, 2006.

As grounds for this request, the government states the following. The verdict in this matter was returned on July 12, 2006. AUSA West was on annual leave on July 13th and July 14th and AUSA Auerhahn is presently on annual leave through July 23, 2006. Additionally, AUSA West will be out of the country on business from July 22 through July 26, 2006. Moreover, where the statement of relevant facts may include material that was not part of the trial, the government will need additional time to gather it.

The defendant and United States Probation Officer Susan Walls assent to this request.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Kimberly P. West
KIMBERLY P. WEST
JEFFREY AUERHAHN
Assistant U.S. Attorneys

Dated: July 18, 2006

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Kimberly P. West
Kimberly P. West

Dated: July 18, 2006