UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.       ) | Cr. No.  04-10298-DPW |
| ) | |
| MARKO BOSKIC      ) | |
| ) | |

## GOVERNMENT'S SECOND ASSENTED TO MOTION FOR ENLARGEMENT OF TIME TO FILE STATEMENT OF RELEVANT FACTS

The United States of America moves this court to enlarge the period of time in which it must file a statement of relevant facts and other documents to August 4, 2006.

As grounds for this request, the government states the following. The government requested and was granted additional time to file its statement of relevant conduct until today, August 1, 2006.  The material that the government may use in its submission regards statements made by witnesses who have been used and may be used in upcoming trials of the International Criminal Tribunal of the Former Yugoslavia ("ICTY").  Before deciding whether to use these statements, the government must coordinate with the ICTY and has been unable to do so thus far.

The defendant and United States Probation Officer Gregory Wollaston assent to this request.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:    /s/ Kimberly P. West
       KIMBERLY P. WEST
       JEFFREY AUERHAHN
       Assistant U.S. Attorneys

Dated: August 1, 2006

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                        /s/ Kimberly P. West
                                        Kimberly P. West

Dated: August 1, 2006