UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 04-CR-10298-DPW |
| v. ) | |
| MARKO BOSKIC ) | |

**DEFENDANT'S NOTICE REGARDING SENTENCING HEARING**

Defendant Marko Boskic, in response to the Court's Amended Procedural Order Re: Sentencing Hearing (Docket #147), states as follows:

1. Defendant will not move for a departure from the applicable guideline range, nor will he move for a non guideline sentence.

2. The legal issues of which defendant is aware are addressed in the Sentencing Memorandum, filed herewith.

3. Defendant does not request an evidentiary hearing on any issues addressed in the Pre-Sentence Report. Defendant reserves the right to request an evidentiary hearing after reviewing the government's submission, particularly if the government is relying on hearsay statements in support of any requests it make may make for guideline departures or a sentence outside of the guidelines.

4.  Defendant requests leave to file a memorandum in response to the government's submission.

        Respectfully submitted,

        /s/ Patricia Garin
        Max D. Stern
        BBO No. 479560
        Patricia Garin
        BBO. No 554770
        Jeffrey Wiesner
        BBO. No. 655814
        Stern, Shapiro, Weissberg & Garin, LLP
        90 Canal Street, Suite 500
        Boston, MA 02114-2022
        (617) 742-5800

Dated:  October 19, 2006

**CERTIFICATE OF SERVICE**

      I hereby certify that this document(s) filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on 10/19/06.

G:\SSWG\BOSKIC\notice re hearing.wpd