UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| V. | ) | Criminal No. 04-10298-DPW |
| | ) | |
| | ) | |
| **MARKO BOSKIC** | ) | |

**GOVERNMENT'S REQUEST FOR LEAVE TO FILE SENTENCING MEMORANDUM
IN EXCESS OF TWENTY PAGES**

Pursuant to Local Rule 7.1(B)(4), the government requests leave of the Court to file its Sentencing Memorandum, in excess of twenty (20) pages. In support of the request, the government states the issues presented in this sentencing are unusual and complex. In order to file a meaningful memorandum which might reasonably assist the Court, the government requests leave to file in excess of twenty (20) pages.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By: /s/ Kimberly P. West
    KIMBERLY P. WEST
    JEFFREY AUERHAHN
    Assistant U.S. Attorneys

DATE:    October 19, 2006

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                              <u>/s/ Kimberly P. West</u>
                                              Kimberly P. West
                                              Assistant U.S. Attorney