**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | Case No. 04-CR-10298-DPW |
| v. | ) ) ) |  |
| MARKO BOSKIC | ) ) |  |

**DEFENDANT'S NOTICE OF APPEAL**

Notice is hereby given that Marko Boskic, defendant in the above-captioned case, appeals to the United States Court of Appeals for the First Circuit from the final judgment entered in this matter on November 20, 2006.

                                               Respectfully submitted,

                                               /s/ Max D. Stern
                                               Max D. Stern
                                               BBO No. 479560
                                               Stern, Shapiro, Weissberg
                                                & Garin, LLP
                                               90 Canal Street, Suite 500
                                               Boston, MA 02114-2022
                                               (617) 742-5800

Dated: November 27, 2006.

**CERTIFICATE OF SERVICE**

    I hereby certify that this document(s) filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on 2/27/06 .

/s/ Max D. Stern

G:\SSWG\BOSKIC\Notice of Appeal.wpd