CUSTAPP, INTERP, MAG

# United States District Court
# District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: 1:04-cr-10298-DPW-ALL

Case title: USA v. Boskic                                Date Filed: 09/28/2004
Magistrate judge case number: 1:04-mj-00037-LPC

Assigned to: Judge Douglas P.
Woodlock

### Defendant

**Marko Boskic** (1)                    represented by **Max D. Stern**
*TERMINATED: 11/20/2006*                Stern, Shapiro, Weissberg & Garin
                                        Suite 500
                                        90 Canal Street
                    Boston, MA 02114-2022
                                        617-742-5800
                                        Fax: 617-742-5858
                                        Email: mdstern@sswg.com
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*
                                        *Designation: CJA Appointment*

                                        **Patricia Garin**
                                        Stern, Shapiro, Weissberg & Garin
                                        90 Canal Street
                                        Boston, MA 02114-2022
                                        617-742-5800
                                        Fax: 617-742-5858
                                        Email: pgarin@sswg.com
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*
                                        *Designation: CJA Appointment*

### Pending Counts                      ### Disposition

18:1546(a) FRAUD AND MISUSE OF          Defendant sentenced to 63 months
VISAS/PERMITS                           incarceration, 3 years supevised release
(1-2)                                   with standard and special conditions,
                                        special assessment of $200.00.

### Highest Offense Level (Opening)

Felony

| Terminated Counts | Disposition |
|---|---|
| 18:1546(a) FRAUD AND MISUSE OF VISAS/PERMITS (3-4) | Acquitted |
| 18:1001 False Statements (5) | Acquitted |

### Highest Offense Level (Terminated)

Felony

| Complaints | Disposition |
|---|---|
| 18:1546.F Fraud and Misuse of Visas/Permits | |

---

### Plaintiff

USA                                         represented by **James B. Farmer**
United States Attorney's Office
John Joseph Moakley Federal
Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3150
Fax: 617-748-3953
Email: james.farmer@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Auerhahn**
United States Attorney's Office
John Joseph Moakley Federal
Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3100
Fax: 617-748-3963
Email: jeffrey.auerhahn@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kimberly P. West**
United States Attorney's Office
John Joseph Moakley Federal
Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3176
Fax: 617-748-3951
Email: kimberly.west@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 08/26/2004 | 1 | COMPLAINT as to Marko Boskic (1). (Simeone, Maria)[1:04-mj-00037-LPC] (Entered: 08/26/2004) |
| 08/26/2004 | 2 | MOTION to Seal complaint as to Marko Boskic by USA. (Simeone, Maria)[1:04-mj-00037-LPC] (Entered: 08/26/2004) |
| 08/26/2004 | | Arrest Warrant Issued as to Marko Boskic. (Simeone, Maria)[1:04-mj-00037-LPC] (Entered: 08/26/2004) |
| 08/26/2004 | | Arrest Warrant Returned Executed on 8/26/04. as to Marko Boskic. (Simeone, Maria)[1:04-mj-00037-LPC] (Entered: 08/26/2004) |
| 08/26/2004 | 3 | MOTION to Unseal Case as to Marko Boskic by USA. (Simeone, Maria)[1:04-mj-00037-LPC] (Entered: 08/26/2004) |
| 08/26/2004 | | Judge Lawrence P. Cohen : electronic ORDER entered granting 2 Motion to Seal as to Marko Boskic (1) (Simeone, Maria)[1:04-mj-00037-LPC] (Entered: 08/26/2004) |
| 08/26/2004 | | Judge Lawrence P. Cohen : electronic ORDER entered granting 3 Motion to Unseal Case as to Marko Boskic (1) (Simeone, Maria)[1:04-mj-00037-LPC] (Entered: 08/26/2004) |
| 08/26/2004 | | electronic Clerk's Notes for proceedings held before Judge Lawrence P. Cohen :Initial Appearance as to Marko Boskic held on 8/26/2004; Kim West for Govt; Max Stern for Deft; Croation Int present; Court advises deft fo charges and rights and rig[1:04hts to attys;deft sworn; defense consents to voluntary detention with out prejudice; preliminary examination/ Detention Hearing set for 9/23/2004 02:45 PM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Court Reporter digital.) (Simeone,[1:04 Maria)[1:04-mj-00037-LPC] (Entered: 08/26/2004) |
| 08/26/2004 | 4 | Judge Lawrence P. Cohen : ORDER entered ORDER OF DETENTION as to Marko Boskic (Cohen, Lawrence)[1:04-mj-00037-LPC] (Entered: 08/26/2004) |

| 08/26/2004 | 5 | CJA 23 Financial Affidavit by Marko Boskic (Simeone, Maria)[1:04-mj-00037-LPC] (Entered: 08/26/2004) |
|---|---|---|
| 08/26/2004 | 6 | Judge Lawrence P. Cohen : ORDER entered CJA 20 as to Marko Boskic : Appointment of Attorney Max D. Stern for Marko Boskic. (Simeone, Maria)[1:04-mj-00037-LPC] (Entered: 08/26/2004) |
| 08/26/2004 | 7 | Arrest Warrant Returned Executed on 8/26/04. as to Marko Boskic. (Simeone, Maria)[1:04-mj-00037-LPC] (Entered: 08/30/2004) |
| 09/20/2004 | 8 | MOTION to Continue probable cause hearing as to Marko Boskic by USA. (Simeone, Maria)[1:04-mj-00037-LPC] (Entered: 09/21/2004) |
| 09/21/2004 | ● | Reset Hearings as to Marko Boskic : Preliminary Examination set for 9/30/2004 02:15 PM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Simeone, Maria)[1:04-mj-00037-LPC] (Entered: 09/21/2004) |
| 09/21/2004 | ● | Judge Lawrence P. Cohen : electronic ORDER entered granting 8 Motion to Continue as to Marko Boskic (1) Hearing continued to 9/30/04 @ 2:15pm (Simeone, Maria)[1:04-mj-00037-LPC] (Entered: 09/21/2004) |
| 09/23/2004 | ● | Reset Probable Cause Hearing as to Marko Boskic : reset Probable Cause hearing for 10/1/2004 11:00 AM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Simeone, Maria)[1:04-mj-00037-LPC] (Entered: 09/23/2004) |
| 09/28/2004 | 9 | INDICTMENT as to Marko Boskic (1) count(s) 1-4, 5. (Gawlik, Cathy) (Entered: 09/29/2004) |
| 09/29/2004 | 10 | Judge Douglas P. Woodlock : ORDER entered ORDER REFERRING CASE to Magistrate Judge Lawrence P. Cohen Reason for referral: pretrial proceedings as to Marko Boskic (Gawlik, Cathy) (Entered: 09/29/2004) |
| 10/01/2004 | 11 | Judge Lawrence P. Cohen : ORDER entered INITIAL SCHEDULING ORDER as to Marko Boskic Initial Status Conference set for 11/12/2004 11:00 AM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Cohen, Lawrence) (Entered: 10/01/2004) |
| 10/01/2004 | 12 | Judge Lawrence P. Cohen : ORDER entered ORDER ON EXCLUDABLE DELAY as to Marko Boskic Time excluded from 10/1/04 until 10/29/04. (Cohen, Lawrence) (Entered: 10/01/2004) |
| 10/01/2004 | ● | electronic Clerk's Notes for proceedings held before Judge Lawrence P. Cohen :Arraignment as to Marko Boskic (1) Count 1-4,5 held on 10/1/2004; Kim West for Govt; Max Stern for deft; court arraignes deft; deft pleads not guilty; automatic discovery; Initial Status Conference set for 11/12/2004 11:00 AM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Court Reporter digital.) (Simeone, Maria) (Entered: 10/01/2004) |
| 10/01/2004 | ● | Plea entered before Judge Lawrence P. Cohen by Marko Boskic Not Guilty on all counts. (Simeone, Maria) (Entered: 10/01/2004) |

| 10/15/2004 | ◑13 | SEALED EX PARTE MOTION as to Marko Boskic . (Rynne, Michelle) (Entered: 10/18/2004) |
|---|---|---|
| 10/29/2004 | ◑14 | NOTICE re automatic disclosure as to Marko Boskic (West, Kimberly) (Entered: 10/29/2004) |
| 10/29/2004 | ◑15 | *Protective Order* Letter (non-motion) regarding protective order as to Marko Boskic (West, Kimberly) (Entered: 10/29/2004) |
| 11/01/2004 | | *SEALED*    Judge Douglas P. Woodlock : Endorsed ORDER entered granting [13] Sealed Motion as to Marko Boskic (1) (Rynne, Michelle) (Entered: 11/08/2004) |
| 11/03/2004 | ◑16 | Assented to MOTION for Protective Order as to Marko Boskic by USA. (West, Kimberly) (Entered: 11/03/2004) |
| 11/04/2004 | ◑ | Judge Lawrence P. Cohen : Electronic ORDER entered granting 16 Motion for Protective Order as to Marko Boskic (1) (Cohen, Lawrence) (Entered: 11/04/2004) |
| 11/10/2004 | ◑ | Reset Hearings as to Marko Boskic : Status Conference reset for 11/29/2004 11:00 AM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Simeone, Maria) (Entered: 11/10/2004) |
| 11/24/2004 | ◑17 | JOINT MEMORANDUM of the parties re initial status conference by Marko Boskic (Ricciuti, Michael) (Entered: 11/24/2004) |
| 11/29/2004 | ◑ | electronic Clerk's Notes for proceedings held before Judge Lawrence P. Cohen :Status Conference as to Marko Boskic held on 11/29/2004; Kim West for govt; Max Stern for deft; defense requests more time to complete disc and file motions; final status conference set; all Motions due by 1/7/2004. Final Status Conference set for 1/10/2005 02:15 PM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Court Reporter digital.) (Simeone, Maria) (Entered: 11/29/2004) |
| 11/29/2004 | ◑18 | Judge Lawrence P. Cohen : ELECTRONIC ORDER entered REPORT AND ORDER on Initial Status Conference as to Marko Boskic Motions due by 1/7/2005. Final Status Conference set for 1/10/2005 02:15 PM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Cohen, Lawrence) Modified on 11/29/2004 (Simeone, Maria). (Entered: 11/29/2004) |
| 11/29/2004 | ◑19 | Judge Lawrence P. Cohen : ORDER entered ORDER ON EXCLUDABLE DELAY as to Marko Boskic Time excluded from 11/29/04 until 1/10/05. (Cohen, Lawrence) Modified on 11/29/2004 (Simeone, Maria). (Entered: 11/29/2004) |
| 01/06/2005 | ◑20 | MOTION to Continue as to Marko Boskic. (Stern, Max) (Entered: 01/06/2005) |
| 01/06/2005 | ◑22 | MOTION for Funds as to Marko Boskic. (Nici, Richard) (Entered: 01/13/2005) |

| 01/07/2005 | ❷ | Magistrate Judge Lawrence P. Cohen : ElectronicORDER entered granting 20 Motion to Continue as to Marko Boskic (1). The final status conference will be held on 1/24/05 @ 1:30pm. (Simeone, Maria) Modified on 1/11/2005 (Simeone, Maria). (Entered: 01/07/2005) |
| 01/07/2005 | ❷ | Reset final status as to Marko Boskic: Final Status Conference reset for 1/24/2005 01:30 PM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Simeone, Maria) (Entered: 01/07/2005) |
| 01/10/2005 | ❷21 | Magistrate Judge Lawrence P. Cohen : ElectronicORDER entered. ORDER ON EXCLUDABLE DELAY as to Marko Boskic Time excluded from 1/10/05 until 1/24/05. (Simeone, Maria) (Entered: 01/10/2005) |
| 01/21/2005 | ❷23 | Assented to MOTION to Continue to February 17, 2005 to Final Status Hearing as to Marko Boskic. (Stern, Max) (Entered: 01/21/2005) |
| 01/21/2005 | ❷25 | NOTICE OF ATTORNEY APPEARANCE Jeffrey Auerhahn appearing for USA. (Nici, Richard) (Entered: 01/26/2005) |
| 01/24/2005 | ❷24 | Judge Lawrence P. Cohen : ORDER entered granting 23 Motion to Continue as to Marko Boskic (1) (Cohen, Lawrence) (Entered: 01/24/2005) |
| 01/24/2005 | ❷ | Case as to Marko Boskic no longer referred to Magistrate Judge Lawrence P. Cohen. (Cohen, Lawrence) (Entered: 01/24/2005) |
| 02/04/2005 | ❷ | Judge Douglas P. Woodlock : EndorsedORDER entered granting [22] EX PARTE Motion as to Marko Boskic (1) (Rynne, Michelle) (Entered: 02/07/2005) |
| 02/08/2005 | ❷26 | MOTION for Excludable Delay to *date of final status conference*, MOTION for Hearing *final status conference* as to Marko Boskicby Marko Boskic, USA. (Auerhahn, Jeffrey) (Entered: 02/08/2005) |
| 02/09/2005 | ❷27 | Judge Douglas P. Woodlock : ORDER entered. ORDER REFERRING CASE to Magistrate Judge Charles B. Swartwood as to Marko Boskic (Hurley, Virginia) (Entered: 02/09/2005) |
| 02/10/2005 | ❷ | NOTICE OF STATUS CONFERENCE as to Marko Boskic; Status Conference set for 2/17/2005 02:00 PM in Courtroom 1, in Worcester, before Magistrate Judge Charles B. Swartwood. COUNSEL TO NOTIFY CLERK IF THEY INTEND TO APPEAR BY TELEPHONE. cc/cl (Roland, Lisa) (Entered: 02/10/2005) |
| 02/17/2005 | ❷ | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Status Conference as to Marko Boskic held on 2/17/2005. Case called, Counsel (Auerhahn, Stern) appear by telephone, Counsel request additional time, Case continued, Time to be excluded. (1:14 P.) (Roland, Lisa) (Entered: 02/17/2005) |
| 02/23/2005 | ❷28 | Judge Charles B. Swartwood : STATUS REPORT as to Marko Boskic; Status Conference set for 3/25/2005 02:15 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood, cc/cl. (Roland, Lisa) (Entered: |

| | | 02/25/2005) |
|---|---|---|
| 02/23/2005 | 29 | Judge Charles B. Swartwood : ORDER ON EXCLUDABLE DELAY as to Marko Boskic; Time excluded from February 17, 2005 until March 21, 2005, cc/cl. (Roland, Lisa) (Entered: 02/25/2005) |
| 03/07/2005 | 30 | MOTION for Exculpatory Evidence as to Marko Boskic. (Stern, Max) (Entered: 03/07/2005) |
| 03/07/2005 | 31 | MEMORANDUM in Support by Marko Boskic re 30 MOTION for Exculpatory Evidence (Attachments: # 1 Exhibit Exhibit A# 2 Exhibit Exhibit B# 3 Exhibit Exhibit C# 4 Exhibit Exhibit D# 5 Exhibit Exhibit E# 6 Exhibit Exhibit F# 7 Exhibit Exhibit G)(Stern, Max) (Entered: 03/07/2005) |
| 03/07/2005 | 32 | MOTION to Suppress *Evidence* as to Marko Boskic. (Stern, Max) (Entered: 03/07/2005) |
| 03/07/2005 | 33 | MEMORANDUM in Support by Marko Boskic re 32 MOTION to Suppress *Evidence* (Attachments: # 1 Exhibit Exhibit A# 2 Exhibit Exhibit B# 3 Exhibit Exhibit C# 4 Exhibit Exhibit D)(Stern, Max) (Entered: 03/07/2005) |
| 03/07/2005 | 34 | MOTION for Discovery *Related to His Motion to Suppress Evidence* as to Marko Boskic. (Stern, Max) (Entered: 03/07/2005) |
| 03/18/2005 | 35 | MOTION for Bill of Particulars as to Marko Boskic. (Stern, Max) (Entered: 03/18/2005) |
| 03/18/2005 | 36 | MOTION to Dismiss *the Indictment* as to Marko Boskic. (Stern, Max) (Entered: 03/18/2005) |
| 03/18/2005 | 37 | MEMORANDUM in Support by Marko Boskic re 36 MOTION to Dismiss *the Indictment or, in the Alternative, for a Bill of Particulars* (Attachments: # 1 Exhibit Exhibit A)(Stern, Max) (Entered: 03/18/2005) |
| 03/21/2005 | 38 | MOTION to Dismiss the Indictment as to Marko Boskic. (Jones, Sherry) (Entered: 03/21/2005) |
| 03/21/2005 | 39 | MOTION for Bill of Particulars as to Marko Boskic. (Jones, Sherry) (Entered: 03/21/2005) |
| 03/21/2005 | 40 | MEMORANDUM in Support by Marko Boskic re 38 MOTION to Dismiss, 39 MOTION for Bill of Particulars. (Jones, Sherry) (Entered: 03/21/2005) |
| 03/21/2005 | 41 | NOTICE of Certificate of Service by Marko Boskic re 38 MOTION to Dismiss, 39 MOTION for Bill of Particulars, 40 Memorandum in Support. (Jones, Sherry) (Entered: 03/21/2005) |
| 03/21/2005 | 42 | MOTION for Leave to File Excess Pages *in Response to Defendant's Motion to Suppress Statements and for Discovery* as to Marko Boskicby USA. (Auerhahn, Jeffrey) (Entered: 03/21/2005) |

| 03/21/2005 | 43 | MEMORANDUM in Opposition by USA as to Marko Boskic re 32 MOTION to Suppress *Evidence*, 34 MOTION for Discovery *Related to His Motion to Suppress Evidence* (Auerhahn, Jeffrey) (Entered: 03/21/2005) |
|---|---|---|
| 03/21/2005 | 44 | AFFIDAVIT in Opposition by USA as to Marko Boskic re 32 MOTION to Suppress *Evidence* (Auerhahn, Jeffrey) (Entered: 03/21/2005) |
| 03/21/2005 | 45 | RESPONSE to Motion by USA as to Marko Boskic re 30 MOTION for Exculpatory Evidence (Auerhahn, Jeffrey) (Entered: 03/21/2005) |
| 03/21/2005 | 46 | Government's request MOTION for Leave to File opposition to defendant's motion to suppress statements and opposition to defendant's motion for discovery related to his motion to suppress in excess of twenty pages as to Marko Boskicby USA. (Nici, Richard) (Entered: 03/22/2005) |
| 03/21/2005 | 47 | MEMORANDUM in Opposition by USA as to Marko Boskic re 32 MOTION to Suppress *Evidence* (Attachments: # 1 Part 2)(Nici, Richard) (Entered: 03/22/2005) |
| 03/21/2005 | 48 | Government's RESPONSE to Defendant's Motion by USA as to Marko Boskic re 30 MOTION for Exculpatory Evidence (Nici, Richard) (Entered: 03/22/2005) |
| 03/25/2005 | 49 | MOTION to Continue *from March 25 to April 7, 2005* to conference, MOTION for Excludable Delay to April 7, 2005 as to Marko Boskicby Marko Boskic, USA. (Auerhahn, Jeffrey) (Entered: 03/25/2005) |
| 03/30/2005 | 50 | MEMORANDUM in Opposition by USA as to Marko Boskic re 35 MOTION for Bill of Particulars, 36 MOTION to Dismiss *the Indictment*, 38 MOTION to Dismiss, 39 MOTION for Bill of Particulars (Auerhahn, Jeffrey) (Entered: 03/30/2005) |
| 03/31/2005 | 51 | Government's Consolidated MEMORANDUM in Opposition by USA as to Marko Boskic re 38 MOTION to Dismiss, 39 MOTION for Bill of Particulars (Nici, Richard) (Entered: 04/01/2005) |
| 04/06/2005 | ● | Judge Charles B. Swartwood : Electronic ORDER entered granting 49 Motion to Continue as to Marko Boskic (1); granting 49 Motion to Exclude as to Marko Boskic (1). "ALLOWED. Status Conference re-scheduled to 4/7/2005 @ 2:15 pm." (Roland, Lisa) (Entered: 04/06/2005) |
| 04/06/2005 | ● | Reset Hearings as to Marko Boskic: Status Conference set for 4/7/2005 02:15 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood. (Roland, Lisa) (Entered: 04/06/2005) |
| 04/07/2005 | ● | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Status Conference as to Marko Boskic held on 4/7/2005. Case called, Counsel (Auerhahn, Stern-by telephone) appear, Case continued for Motion Hearing and Status Conference, set for 4/28/2005 02:00 PM, IN BOSTON, Courtroom 16 before Magistrate Judge Charles |

| | | B. Swartwood. (1:24 P.) (Roland, Lisa) (Entered: 04/07/2005) |
|---|---|---|
| 04/27/2005 | 52 | REPLY TO RESPONSE to Motion by Marko Boskic re 30 MOTION for Exculpatory Evidence (Attachments: # 1 Exhibit Edomovic Sentencing Judgment)(Stern, Max) (Entered: 04/27/2005) |
| 04/28/2005 | ● | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Motion Hearing as to Marko Boskic held on 4/28/2005 re 35 MOTION for Bill of Particulars filed by Marko Boskic,, 30 MOTION for Exculpatory Evidence filed by Marko Boskic, Case called, Counsel (Auerhahn, Stern) & Defendant appear, To extent Defendant is seeking additional information in his Reply brief, he should file a motion. Counsel argue motions for exculpatory evidence and for bill of particulars. Motions taken under advisement. Court to rule on motions and then return case to Judge Woodlock. Time excluded from March 21, 2005 until motions decided, Defendant remanded to the custody of the US Marshals. (2:06 P.) (Roland, Lisa) (Entered: 04/29/2005) |
| 05/03/2005 | 53 | Judge Charles B. Swartwood : ORDER entered Denying 30 Motion for Exculpatory Evidence as to Marko Boskic as provided in order but will remain under advisement until the Court has had the opportunity for further review; denying 35 Motion for Bill of Particulars as to Marko Boskic (1), cc/cl. (Roland, Lisa) (Entered: 05/03/2005) |
| 05/04/2005 | 54 | Judge Charles B. Swartwood : FINAL STATUS REPORT as to Marko Boskic, cc/cl. (Roland, Lisa) (Entered: 05/05/2005) |
| 05/04/2005 | 55 | Judge Charles B. Swartwood : ORDER ON EXCLUDABLE DELAY as to Marko Boskic; Time excluded from March 21, 2005 until April 3, 2005, cc/cl. (Roland, Lisa) (Entered: 05/05/2005) |
| 05/05/2005 | ● | Judge Charles B. Swartwood : Electronic ORDER entered granting 46 Motion for Leave to File in excess of twenty pages as to Marko Boskic (1). "ALLOWED." cc/cl (Roland, Lisa) (Entered: 05/05/2005) |
| 05/10/2005 | 56 | Letter (non-motion) regarding copy of transcript for hearing on 4/28/05 as to Marko Boskic (Hassett, Kathy) (Entered: 05/10/2005) |
| 05/10/2005 | 57 | Assented to MOTION for Extension of Time to May 27, 2005 to File Objections to the Order of the Magistrate-Judge of May 3, 2005, denying certain requests for discovery; A reply to Government's Opposition to defendant's Motion to Suppress; and A reply to Government's Opposition to defendant's Motion to Dismiss as to Marko Boskic. (Stern, Max) Modified on 5/11/2005 (Jones, Sherry). (Entered: 05/10/2005) |
| 05/26/2005 | 59 | Judge Charles B. Swartwood : ORDER entered granting in part and denying in part 30 Motion for Exculpatory Evidence as to Marko Boskic (1), cc/cl. (Roland, Lisa) (Entered: 05/26/2005) |
| 05/26/2005 | ● | Case as to Marko Boskic no longer referred to Magistrate Judge Charles B. Swartwood. (Roland, Lisa) (Entered: 05/26/2005) |

| 05/26/2005 | 61 | Discovery Letter as to Marko Boskic filed by USA. (Roland, Lisa) (Entered: 05/27/2005) |
|---|---|---|
| 05/27/2005 | 60 | Assented to MOTION for Extension of Time to June 20, 2005 to File Objection to the Order of the Magistrate-Judge of May 3, 2005, denying certain requests for discovery; A reply to the Government's Opposition to defendant's Motion to Suppress; and A reply to the Govenment's Opposition to defendant's Motion to Dismiss as to Marko Boskic. (Stern, Max) (Entered: 05/27/2005) |
| 06/03/2005 | 62 | NOTICE OF HEARING as to Marko Boskic: Pretrial Conference set for 6/9/2005 09:00 AM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 06/03/2005) |
| 06/10/2005 | 63 | Assented to MOTION to Continue *Pretrial Conference* to 07/21/2005 to conduct pretrial conference as to Marko Boskicby USA. (Moffatt, Gregory) (Entered: 06/10/2005) |
| 06/10/2005 | ❷ | Judge Douglas P. Woodlock : Electronic ORDER entered granting 63 Motion to Continue Initial Pretrial Confernce as to Marko Boskic (1). Continued to 7/21/05 at 2:30 pm (Rynne, Michelle) (Entered: 06/10/2005) |
| 06/10/2005 | ❷ | NOTICE OF RESCHEDULING as to Marko Boskic: Pretrial Conference set for 7/21/2005 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. By 7/14/05, the parties shall, ELECTRONICALLY, file a Status report indicating the current status of the case, including 1) proposed trial dates, suppression hearing dates, or Rule 11 dates; 2) whether there are any pending or contemplated motions; 3) whether all or any portion of the case will be resolved short of trial; 4) whether any defendant requests an interpreter (and state the language requested), 5) whether any defendant is in federal or state custody or on release, and 6) whether any defendant is a fugitive, and 7) any other matters which should be addressed at the conference.(Rynne, Michelle) (Entered: 06/10/2005) |
| 06/15/2005 | ❷ | Judge Douglas P. Woodlock : Electronic ORDER entered granting 42 Motion for Leave to File Excess Pages as to Marko Boskic (1); finding as moot 57 Motion for Extension of Time to File as to Marko Boskic (1); granting 60 Motion for Extension of Time to File as to Marko Boskic (1). Defendant's Objection to Magistrate Judge order of 5/3/05 and replies re: motion to suppress and motion to dismiss due by 6/20/05. (Rynne, Michelle) (Entered: 06/15/2005) |
| 06/20/2005 | 65 | Response as to Marko Boskic: 43 Memorandum in Opposition filed by USA,. (Stern, Max) (Entered: 06/20/2005) |
| 06/20/2005 | 66 | Response as to Marko Boskic: 51 Memorandum in Opposition filed by USA,. (Stern, Max) (Entered: 06/20/2005) |
| 06/20/2005 | 67 | Response as to Marko Boskic: 43 Memorandum in Opposition filed by USA,. (Stern, Max) (Entered: 06/20/2005) |

| 07/14/2005 | ⊘68 | STATUS REPORT by Marko Boskic, USA as to Marko Boskic (Auerhahn, Jeffrey) (Entered: 07/14/2005) |
|---|---|---|
| 07/20/2005 | ⊘69 | MOTION to Present an Interim Bill as to Marko Boskic. (Stern, Max) (Entered: 07/20/2005) |
| 07/21/2005 | ❍ | Motions terminated as to Marko Boskic: 38 MOTION to Dismiss filed by Marko Boskic. DUPLICATE OF 36. (Rynne, Michelle) (Entered: 07/21/2005) |
| 07/21/2005 | ❍ | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock :Pretrial Conference as to Marko Boskic held on 7/21/2005, Motions terminated as to Marko Boskic: 69 motion for interim payment - Allowed, defendant shall file first interim voucher as of September 1, 2005, and thereafter every 60 days, with projected budget for next 60 days. RE: 34 Motion for discovery - Court will rule on the papers; Defendant may file a supplemental brief by 7/29/05. Motion Hearing re: 34 Motion to Dismiss set for 9/14/2005 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. Status report due 9/12/05.(Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 07/21/2005) |
| 07/29/2005 | ⊘70 | MEMORANDUM in Support by Marko Boskic re 34 MOTION for Discovery *Related to His Motion to Suppress Evidence* (Stern, Max) (Entered: 07/29/2005) |
| 08/17/2005 | ❍71 | Letter (non-motion) regarding July 21, 2005 conference as to Marko Boskic (Nici, Richard). FILED UNDER SEAL (Entered: 08/17/2005) |
| 09/12/2005 | ❍72 | STATUS REPORT by USA as to Marko Boskic (Nici, Richard). FILED UNDER SEAL (Entered: 09/12/2005) |
| 09/14/2005 | ❍ | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock :Motion Hearing as to Marko Boskic held on 9/14/2005 re 36 MOTION to Dismiss *the Indictment* filed by Marko Boskic. Interpreter: Indira Haler sworn. Defendant may respond within 1 week to COA opinion in US v. Richardson. Motion taken under advisement. Hearing on Motion to suppress deferred until further status by goverment. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 09/14/2005) |
| 09/19/2005 | ⊘74 | TRANSCRIPT of Motion Hearing as to Marko Boskic held on April 28, 2005 before Judge Swartwood. Tape Transcribed by Maryann Young. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting Maryann Young at 508-384-2003 or the Clerk's Office. (Scalfani, Deborah) (Entered: 09/20/2005) |
| 11/22/2005 | ⊘75 | TRANSCRIPT of Motion Hearing as to Marko Boskic held on September 14, 2005 before Judge Woodlock. Court Reporter: Pamela R. Owens. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/443-0008 or the Clerk's Office. (Scalfani, Deborah) (Entered: 11/22/2005) |

| | | |
|---|---|---|
| 12/02/2005 | ✪ | NOTICE OF HEARING as to Marko Boskic: Status Conference set for 1/17/2006 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. Status report due 1/10/06. (Rynne, Michelle) (Entered: 12/02/2005) |
| 12/06/2005 | ✪76 | Letter (non-motion) regarding two ex parte motions as to Marko Boskic (Nici, Richard) (Entered: 12/07/2005) |
| 12/06/2005 | ✪77 | Ex Parte MOTION as to Marko Boskic. FILED UNDER SEAL AND NOT SCANNED.(Nici, Richard) (Entered: 12/07/2005) |
| 12/06/2005 | ✪78 | Third Ex Parte MOTION as to Marko Boskic. FILED UNDER SEAL AND NOT SCANNED.(Nici, Richard) (Entered: 12/07/2005) |
| 12/16/2005 | ✪ | Judge Douglas P. Woodlock : ORDER entered granting [77] Motion for Investigative Funds as to Marko Boskic (1); granting [78] Motion authorize services as to Marko Boskic (1) (Nici, Richard) (Entered: 12/19/2005) |
| 01/10/2006 | ✪79 | STATUS REPORT by USA as to Marko Boskic (West, Kimberly) (Entered: 01/10/2006) |
| 01/17/2006 | ✪ | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock :Status Conference as to Marko Boskic held on 1/17/2006. 3-Day Motion Hearing re: 32 motion to suppress set for 4/5-7/2006 02:00 PM in Courtroom 1 before Judge Douglas P. Woodlock. Supplemental filings due 2/7/06; government response by 2/21/06. Discovery motion to be addressed in supplemental filings. 2-Week jury trial set for 6/12/06. Court and Counsel shall keep dates open through mid-July as back-up dates. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 01/17/2006) |
| 01/30/2006 | ✪ | NOTICE OF HEARING ON MOTION as to Marko Boskic: Motion Hearing re: motion to suppress reset for 4/10/2006, 4/18/06 and 4/19/06 02:00 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 01/30/2006) |
| 02/02/2006 | ✪80 | MOTION to Seal as to Marko Boskic. (Stern, Max) (Entered: 02/02/2006) |
| 02/09/2006 | ✪ | Judge Douglas P. Woodlock : Electronic ORDER entered granting 80 Motion to file motions for funds ex parte as to Marko Boskic (1) (Rynne, Michelle) (Entered: 02/09/2006) |
| 02/10/2006 | ✪81 | Assented to MOTION to Continue to 02/17/2006 to File a Supplementary Submission as to Marko Boskic. (Attachments: # 1 Certificate of Service)(Stern, Max) (Entered: 02/10/2006) |
| 02/13/2006 | ✪ | Judge Douglas P. Woodlock : Electronic ORDER entered granting 81 Motion to extent time to file supplemental submission as to Marko Boskic (1). Defendant's supplement due 2/17/06. Government's response due 3/3/06. (Rynne, Michelle) (Entered: 02/13/2006) |
| 02/15/2006 | ✪82 | MOTION to authorize services as to Marko Boskic. FILED UNDER SEAL(Nici, Richard) (Entered: 02/15/2006) |

| 02/17/2006 | 🌑 | Judge Douglas P. Woodlock : EndorsedORDER entered granting [82] Motion to authorize services as to Marko Boskic (1). (Rynne, Michelle) (Entered: 02/17/2006) |
|---|---|---|
| 02/21/2006 | 🌑83 | MOTION to Continue to February 21, 2006 to File Supplementary Memorandum as to Marko Boskic. (Stern, Max) (Entered: 02/21/2006) |
| 02/21/2006 | 🌑84 | MOTION to Dismiss *Count Five* as to Marko Boskic. (Stern, Max) (Entered: 02/21/2006) |
| 02/21/2006 | 🌑85 | Supplemental MEMORANDUM in Support by Marko Boskic re 32 MOTION to Suppress *Evidence*, 84 MOTION to Dismiss *Count Five* (Attachments: # 1 Affidavit)(Stern, Max) (Entered: 02/21/2006) |
| 02/27/2006 | 🌑86 | MOTION to Continue to March 20, 2006 to Respond to Defendant's Motion to Dismiss and Supplementary Motion to Suppress as to Marko Boskicby USA. (Auerhahn, Jeffrey) (Entered: 02/27/2006) |
| 02/28/2006 | 🌑 | Judge Douglas P. Woodlock : Electronic ORDER entered granting 86 Motion to extend time as to Marko Boskic (1). Government's response to motion to dismiss and supplementary motion to suppress is due 3/30/06. (Rynne, Michelle) (Entered: 02/28/2006) |
| 02/28/2006 | 🌑 | Set/Reset Deadlines re 84 MOTION to Dismiss *Count Five*. Responses due by 3/20/2006. (Rynne, Michelle) (Entered: 02/28/2006) |
| 03/06/2006 | 🌑 | Judge Douglas P. Woodlock : Electronic ORDER entered granting 83 Motion to extent time to 2/17/06 to file supplementary memorandum as to Marko Boskic (1) (Rynne, Michelle) (Entered: 03/06/2006) |
| 03/08/2006 | 🌑87 | SEALED MOTION as to Marko Boskic. (Sonnenberg, Elizabeth) (Entered: 03/08/2006) |
| 03/13/2006 | 🌑 | Judge Douglas P. Woodlock : Electronic ORDER entered granting 87 Sealed Motion as to Marko Boskic (1). (Rynne, Michelle) (Entered: 03/17/2006) |
| 03/14/2006 | 🌑88 | MOTION for Protective Order as to Marko Boskicby USA. (Attachments: # 1 Text of Proposed Order)(Auerhahn, Jeffrey) (Entered: 03/14/2006) |
| 03/17/2006 | 🌑89 | MEMORANDUM in Opposition by USA as to Marko Boskic re 84 MOTION to Dismiss *Count Five* (Auerhahn, Jeffrey) (Entered: 03/17/2006) |
| 03/24/2006 | 🌑90 | Opposition by Marko Boskic re 88 MOTION for Protective Order (Stern, Max) Additional attachment(s) added on 3/24/2006 (Nici, Richard). (Entered: 03/24/2006) |
| 03/24/2006 | 🌑 | Notice of correction to docket made by Court staff. Correction: docket entry #90 corrected because: the document was not electronically signed as to Marko Boskic (Nici, Richard). (Entered: 03/24/2006) |

| | | |
|---|---|---|
| 03/30/2006 | 91 | Judge Douglas P. Woodlock : ORDER entered. PRETRIAL ORDER as to Marko Boskic. Time excluded from 1/17/06 until 6/26/06. Jury Trial set for 6/26/2006 09:00 AM in Courtroom 1 before Judge Douglas P. Woodlock. Pretrial Conference set for 6/13/2006 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. Pretrial Filings due 6/6/06. (Rynne, Michelle) (Entered: 03/30/2006) |
| 04/08/2006 | 92 | MOTION for Protective Order *(Assented)* as to Marko Boskicby USA. (Attachments: # 1 Text of Proposed Order)(Auerhahn, Jeffrey) (Entered: 04/08/2006) |
| 04/10/2006 | 93 | REPLY TO RESPONSE to Motion by Marko Boskic re 84 MOTION to Dismiss *Count Five Reply to Memorandum in Opposition by USA as to Marko Boskic* (Stern, Max) (Entered: 04/10/2006) |
| 04/10/2006 | ● | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock : Interpreter: Milan Jelic. Motion Hearing as to Marko Boskic held on 4/10/2006 re 32 MOTION to Suppress *Evidence* filed by Marko Boskic. Thomas Carroll testifies. Hearing continued to 4/18/06 at 2:00 p.m. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 04/10/2006) |
| 04/10/2006 | 94 | Judge Douglas P. Woodlock : ORDER entered. as to Marko Boskic re 92 MOTION for Protective Order *(Assented)* filed by USA, (Nici, Richard) (Entered: 04/11/2006) |
| 04/11/2006 | ● | Motions terminated as to Marko Boskic: 92 MOTION for Protective Order *(Assented)* filed by USA,, 88 MOTION for Protective Order filed by USA,. (Nici, Richard) (Entered: 04/11/2006) |
| 04/14/2006 | 95 | TRANSCRIPT of Evidentiary Hearing - Day One as to Marko Boskic held on April 10, 2006 before Judge Woodlock. Court Reporter: Pamela R. Owens. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/443-0008 or the Clerk's Office. (Scalfani, Deborah) (Entered: 04/14/2006) |
| 04/18/2006 | ● | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock :Evidentiary Hearing DAY 2 re: motion to suppress as to Marko Boskic held on 4/18/2006. Interpreter Sworn (Milan Jelic). Government case continues. Government calls 2 witnesses. Government rests. Hearing continued to 4/19/06 at 2:30 p.m. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 04/18/2006) |
| 04/18/2006 | ●96 | Judge Douglas P. Woodlock : ORDER entered granting as to Marko Boskic re [97] MOTION filed by Marko Boskic, (Nici, Richard).FILED UNDER SEAL Modified on 4/19/2006 (Nici, Richard). (Entered: 04/18/2006) |
| 04/18/2006 | ●97 | MOTION as to Marko Boskic. FILED UNDER SEAL(Nici, Richard) (Entered: 04/19/2006) |

| 04/19/2006 | ❍ | Motions terminated as to Marko Boskic: [97] MOTION as to Marko Boskic,. (Nici, Richard) (Entered: 04/19/2006) |
|---|---|---|
| 04/19/2006 | ❍ | Notice of correction to docket made by Court staff. Correction: docket entry #96 corrected because: because the wrong motion was related to the Judge's order as to Marko Boskic. The Judge's order was directed toward entry #97 and not #78. (Nici, Richard) (Entered: 04/19/2006) |
| 04/19/2006 | ❍ | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock :Evidentiary Hearing as to Marko Boskic held on 4/19/2006. Interpreter sworn (Milan Jelic) Defense call Marko Boskic. Defense rests. Hearing continued to 5/1/06 at 3:00 p.m. for argument. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 04/19/2006) |
| 04/19/2006 | ❍ | NOTICE OF HEARING as to Marko Boskic: Evidentiary Hearing re: 32 motion to suppress set for 5/1/2006 03:00 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 04/19/2006) |
| 04/24/2006 | ❍98 | TRANSCRIPT of Evidentiary Hearing - Day Two as to Marko Boskic held on April 18, 2006 before Judge Woodlock. Court Reporter: Pamela R. Owens. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/443-0008 or the Clerk's Office. (Scalfani, Deborah) Modified on 4/24/2006 (Scalfani, Deborah). (Entered: 04/24/2006) |
| 04/24/2006 | ❍99 | TRANSCRIPT of Evidentiary Hearing - Day Three as to Marko Boskic held on April 19, 2006 before Judge Woodlock. Court Reporter: Pamela R. Owens. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/443-0008 or the Clerk's Office. (Scalfani, Deborah) (Entered: 04/24/2006) |
| 05/01/2006 | ❍100 | MEMORANDUM in Support by Marko Boskic re 32 MOTION to Suppress *Evidence*, 84 MOTION to Dismiss *Count Five* (Stern, Max) (Entered: 05/01/2006) |
| 05/01/2006 | ❍ | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock : Hearing on motion to suppress DAY 4 as to Marko Boskic held on 5/1/2006. Interpreter (Milan Jelic) sworn. Taken under advisement (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 05/01/2006) |
| 05/11/2006 | ❍102 | MOTIONas to Marko Boskic. FILED UNDER SEAL(Nici, Richard) (Entered: 05/11/2006) |
| 05/12/2006 | ❍ | Judge Douglas P. Woodlock : Electronic ORDER entered granting [102] Motion as to Marko Boskic (1) (Nici, Richard) (Entered: 05/12/2006) |
| 05/30/2006 | ❍103 | MOTION as to Marko Boskic. FILED UNDER SEAL(Nici, Richard) (Entered: 05/30/2006) |

| 05/31/2006 | ❹ | Judge Douglas P. Woodlock : ORDER entered granting [103] Motion as to Marko Boskic (1) (Nici, Richard)Copy sent to Max Stern. (Entered: 06/01/2006) |
|---|---|---|
| 06/01/2006 | ❹ | ELECTRONIC NOTICE OF RESCHEDULING as to Marko Boskic: Pretrial Conference reset for 6/15/2006 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 06/01/2006) |
| 06/01/2006 | ❹104 | Assented to MOTION for Extension of Time to June 12, 2006 to File File Pre-Trial Documents as to Marko Boskic. (Stern, Max) (Entered: 06/01/2006) |
| 06/02/2006 | ❹105 | Judge Douglas P. Woodlock : MEMORANDUM AND ORDER entered denying 32 Motion to Suppress as to Marko Boskic (1); denying 36 Motion to Dismiss as to Marko Boskic (1) (Woodlock, Douglas) (Entered: 06/02/2006) |
| 06/02/2006 | ❹ | Judge Douglas P. Woodlock : Electronic ORDER entered granting 104 Motion for Extension of Time for pretrial filings as to Marko Boskic (1). Goverment pretrial filings by 6/8/06. Defendant's pretrial filings due 6/12/06. (Rynne, Michelle) (Entered: 06/02/2006) |
| 06/06/2006 | ❹106 | NOTICE OF ATTORNEY APPEARANCE: Patricia Garin appearing for Marko Boskic (Garin, Patricia) (Entered: 06/06/2006) |
| 06/06/2006 | ❹108 | EX PARTE MOTION for funds as to Marko Boskic. (Rynne, Michelle) (Entered: 06/08/2006) |
| 06/06/2006 | ❹109 | EX PARTE MOTION for funds as to Marko Boskic. (Rynne, Michelle) (Entered: 06/08/2006) |
| 06/08/2006 | ❹107 | TRIAL BRIEF by USA as to Marko Boskic (Attachments: # 1 Exhibit Riedlmayer CV# 2 Exhibit Butler CV)(Auerhahn, Jeffrey) Original Trial Brief replaced with redacted version on 6/9/2006 (Rynne, Michelle). (Entered: 06/08/2006) |
| 06/08/2006 | ❹ | Judge Douglas P. Woodlock : Electronic ORDER entered granting [108] Motion for funds as to Marko Boskic (1) (Rynne, Michelle) (Entered: 06/08/2006) |
| 06/08/2006 | ❹ | ElectronicClerk's Notes for EX PARTE proceedings held before Judge Douglas P. Woodlock :Motion Hearing as to Marko Boskic held on 6/8/2006 re [109] EX PARTE MOTION for funds filed by Marko Boskic-ALLOWED. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 06/08/2006) |
| 06/12/2006 | ❹110 | TRIAL BRIEF by Marko Boskic (Garin, Patricia) (Entered: 06/12/2006) |
| 06/12/2006 | ❹111 | Proposed Jury Questions by Marko Boskic (Attachments: # 1 # 2 # 3)(Garin, Patricia) (Entered: 06/12/2006) |
| 06/12/2006 | ❹112 | MOTION in Limine *to Exclude Survivor Testimony* as to Marko Boskic. (Attachments: # 1)(Garin, Patricia) (Entered: 06/12/2006) |

| 06/12/2006 | 113 | MOTION in Limine *to Exclude Expert Testimony* as to Marko Boskic. (Garin, Patricia) (Entered: 06/12/2006) |
|---|---|---|
| 06/12/2006 | 114 | MEMORANDUM in Support by Marko Boskic re 113 MOTION in Limine *to Exclude Expert Testimony* (Garin, Patricia) (Entered: 06/12/2006) |
| 06/12/2006 | 115 | MOTION in Limine *to Exclude Portions of October 14, 1995 Video* as to Marko Boskic. (Garin, Patricia) (Entered: 06/12/2006) |
| 06/12/2006 | 116 | MOTION in Limine *to Exclude Francis Monin's Habit and Practice Testimony* as to Marko Boskic. (Garin, Patricia) (Entered: 06/12/2006) |
| 06/12/2006 | 117 | MOTION in Limine *to Exclude Testimony of Eric Benn* as to Marko Boskic. (Garin, Patricia) (Entered: 06/12/2006) |
| 06/12/2006 | 118 | MOTION in Limine *to Limit Testimony of Alistar Graham* as to Marko Boskic. (Garin, Patricia) (Entered: 06/12/2006) |
| 06/12/2006 | 119 | MOTION in Limine *to Exclude Video of Gerneral Mladic* as to Marko Boskic. (Garin, Patricia) (Entered: 06/12/2006) |
| 06/12/2006 | 120 | MOTION in Limine *to Preclude use of the Term "Ethnic Cleansing"* as to Marko Boskic. (Garin, Patricia) (Entered: 06/12/2006) |
| 06/12/2006 | 121 | MOTION in Limine *to Exxclude the Photographs Taken in 2005 by FBI* as to Marko Boskic. (Attachments: # 1)(Garin, Patricia) (Entered: 06/12/2006) |
| 06/12/2006 | 122 | MOTION Motion for an Offer of Proof as to Marko Boskic. (Attachments: # 1)(Garin, Patricia) (Entered: 06/12/2006) |
| 06/13/2006 | 123 | NOTICE *Certificate of Service* by Marko Boskic re 119 MOTION in Limine *to Exclude Video of Gerneral Mladic*, 120 MOTION in Limine *to Preclude use of the Term "Ethnic Cleansing"*, 121 MOTION in Limine *to Exxclude the Photographs Taken in 2005 by FBI*, 110 Trial Brief, 111 Proposed Jury Questions, 122 MOTION Motion for an Offer of Proof, 112 MOTION in Limine *to Exclude Survivor Testimony*, 113 MOTION in Limine *to Exclude Expert Testimony*, 114 Memorandum in Support, 115 MOTION in Limine *to Exclude Portions of October 14, 1995 Video*, 116 MOTION in Limine *to Exclude Francis Monin's Habit and Practice Testimony*, 118 MOTION in Limine *to Limit Testimony of Alistar Graham* (Garin, Patricia) (Entered: 06/13/2006) |
| 06/13/2006 | 124 | NOTICE *Certificate of Service* by Marko Boskic re 117 MOTION in Limine *to Exclude Testimony of Eric Benn* (Garin, Patricia) (Entered: 06/13/2006) |
| 06/13/2006 | 125 | NOTICE *Supplement to Trial Brief* by Marko Boskic re 110 Trial Brief (Garin, Patricia) (Entered: 06/13/2006) |
| 06/14/2006 | 126 | Proposed Jury Instructions by Marko Boskic (Garin, Patricia) (Entered: 06/14/2006) |

| 06/15/2006 | ◔ | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock :Pretrial Conference as to Marko Boskic held on 6/15/2006. Re Historian Witnesses: Govt shall submit a more specific proffer of evidence. Govt shall submit pictures and video for Courts review. Hearing continued to 6/16/06 at 1:00 p.m. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 06/15/2006) |
|---|---|---|
| 06/16/2006 | ◔ | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock :Pretrial Conference as to Marko Boskic held on 6/16/2006, Motions terminated as toMarko Boskic: 112 Motion in limine to exclude survivor testimony - Granted as stated in open court and refected in the stenographer's notes; 113 Motion in limine to exclude expert testimony - Denied as state in open court; 116 Motion in limine to exclude Franics Monin's Habit and practice testimony - denied as stated in open court; 117 Motion in limine to exclude testimony of Eric Benn - denied as stated in open court; 118 Motion in limine to limit testimony of Alisar Graham - denied as stated in open court; 119 Motion in limine to exclude video of General Vladic - moot; 120 Motion in limine to preclude use of the term "ethnic cleansing" - allowed as stated in open court; 121 Motion in limine to exclude photgraphs taken in 2005 by FBI - allowed as stated in open court. Pretrial Conference continued to 6/22/06 at 11:00 a.m. (Court Reporter J. Gibbons.) (Rynne, Michelle) (Entered: 06/16/2006) |
| 06/16/2006 | ◔128 | EX PARTE MOTION for Authorization of Services or Funds as to Marko Boskic. (Rynne, Michelle) (Entered: 06/19/2006) |
| 06/19/2006 | ◔127 | EX PARTE MOTION for Authorization of Services or Funds as to Marko Boskic. (Rynne, Michelle) (Entered: 06/19/2006) |
| 06/19/2006 | ◔ | Judge Douglas P. Woodlock : EndorsedORDER entered granting [127]Ex Parte Motion for Authorization of Services or Funds as to Marko Boskic (1); granting [128] Ex Parte Motion for Authorization of Services or Funds as to Marko Boskic (1). (Rynne, Michelle) (Entered: 06/19/2006) |
| 06/20/2006 | ◔129 | MOTION for Extension of Time to June 20, 2006 to File Offer of Proof *Concerning testimony of Andras Riedlmayer* as to Marko Boskicby USA. (Auerhahn, Jeffrey) (Entered: 06/20/2006) |
| 06/20/2006 | ◔130 | PRETRIAL MEMORANDUM *Offer of Proof Concerning Testimony of Andras Riedlmayer* by Marko Boskic (Auerhahn, Jeffrey) (Entered: 06/20/2006) |
| 06/20/2006 | ◔131 | MOTION as to Marko Boskic. FILED UNDER SEAL(Nici, Richard) (Entered: 06/20/2006) |
| 06/21/2006 | ◔ | Judge Douglas P. Woodlock : Electronic ORDER entered granting 129 Motion for Extension of Time to File as to Marko Boskic (1) (Rynne, Michelle) (Entered: 06/21/2006) |
| 06/21/2006 | ◔132 | Memorandum regarding Offer of Proof Concerning Translation of Speeches in October 1995 Video as to Marko Boskic (Auerhahn, Jeffrey) (Entered: 06/21/2006) |

| 06/21/2006 | ●(133) | MOTION in Limine *to Exclude Testimony of Professor Susan Berk-Siligson* as to Marko Boskicby USA. (Auerhahn, Jeffrey) (Entered: 06/21/2006) |
|---|---|---|
| 06/22/2006 | ● | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock : Interpreter Milan Jelic sworn.Pretrial Conference as to Marko Boskic held on 6/22/2006, RE: interpreters - Mr. Jelic is expected to be called as a witness therefore will not translate other witness testimony for the court. Ms. Bulic and a third interpreter will translate for government witnesses expected to testify Tuesday and Wednesday. Voir Dire of Mr. Riedlmayer set for Friday, 6/23/06 at 1:00 p.m. Voir Dire of Mr. Butler set for Tuesday, 6/27/06 at 2:00. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 06/27/2006) |
| 06/23/2006 | ● | Judge Douglas P. Woodlock : Electronic ORDER entered granting [131] Motion Ex Parte request for funds for clothing for court as to Marko Boskic (1) (Rynne, Michelle) (Entered: 06/27/2006) |
| 06/23/2006 | ● | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock : Interpreter Milan Jelic Sworn. Voir Dire of expert as to Marko Boskic held on 6/23/2006. Voir dire of Andras Reidlmayer. Court hears argument. Rules from the bench. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 06/27/2006) |
| 06/23/2006 | ●140 | Letter (non-motion) regarding costs as to Marko Boskic (Nici, Richard) (Entered: 07/03/2006) |
| 06/25/2006 | ●(134) | EXHIBIT/WITNESS LIST by USA as to Marko Boskic (Auerhahn, Jeffrey) (Entered: 06/25/2006) |
| 06/26/2006 | ●(135) | Proposed Voir Dire by Marko Boskic (Garin, Patricia) (Entered: 06/26/2006) |
| 06/26/2006 | ●(136) | MOTION for Reconsideration re 105 Order on Motion to Suppress, Order on Motion to Dismiss *and to Re-Open the Evidence on Defendant's Motion to Supress* as to Marko Boskic. (Attachments: # 1)(Garin, Patricia) (Entered: 06/26/2006) |
| 06/26/2006 | ● | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock: Interpreters Milan Jelic and Mevlida Bulic sworn. Jury Trial DAY ONE as to Marko Boskic held on 6/26/2006. Hearing held with counsel. Motion to renew motion to suppress denied. Jury impanelment held. Jury of 12 jurors and 4 alternates selected. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 06/27/2006) |
| 06/27/2006 | ●137 | TRANSCRIPT of Voir Dire Testimony of Andras Janos Riedlmayer as to Marko Boskic held on June 23, 2006 before Judge Woodlock. Court Reporter: Pamela R. Owens 617/443-0008. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Scalfani, Deborah) (Entered: 06/27/2006) |

| 06/27/2006 | ❹ | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock : Interpreters Milan Jelic, Mevlida Bulic, and Indira Haller. Jury Trial DAY TWO as to Marko Boskic held on 6/27/2006. Hearing held with counsel. Jury in at 9:50 am. Jury sworn. Opening statements by Government and Defendant. Government calls Becir Salihovic, Andras Riedlmayer. Jury trial continued to 6/28/06 at 9:00 am. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 06/27/2006) |
|---|---|---|
| 06/27/2006 | ❹ | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock : Interpreter Milan Jelic sworn. Voir Dire of expert as to Marko Boskic held on 6/27/2006. Voir dire of Richard Butler. Court hears argument. Court rules from the bench. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 06/27/2006) |
| 06/28/2006 | ❹ | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock :Jury Trial DAY 3 as to Marko Boskic held on 6/28/2006. Interpreters Milan Jelic, Mevlida Bulic, and Indira Haler sworn. Adras Reidlmayer continues testifying. Government call Richard Butler, Earl Chidester. Hearing held with counsel. Jury trial continued to 6/29/06 at 9:00 a.m. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 06/28/2006) |
| 06/28/2006 | ❹138 | MOTION for Order *for two-way videoconference* as to Marko Boskicby USA. (West, Kimberly) (Entered: 06/28/2006) |
| 06/29/2006 | ❹ | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock :Jury Trial DAY 4 as to Marko Boskic held on 6/29/2006. Interpreters Milan Jelic and Mevlida Bulic sworn. Hearing held with counsel re: material witness. Jury in at 9:10 am. Earl Chidester resumes testifying. Government reads stipulation. Government calls Alistair Graham, Joanne Sassone, Francis Monin. Jury out at 1:05. Hearing held with counsel re: material witness. Trial continued to 6/30/06 at 9:00 am (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 06/29/2006) |
| 06/30/2006 | ❹139 | NOTICE OF ATTORNEY APPEARANCE Kimberly P. West appearing for USA. *James B. Farmer* (West, Kimberly) (Entered: 06/30/2006) |
| 06/30/2006 | ❹ | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock : Interpreters Milan Jelic and Mevlida Bulic sworn; Jury Trial DAY 5 as to Marko Boskic held on 6/30/2006. Hearing held with counsel re: material witness. Jury in at 9:15. Francis Morin continues. Government calls Giao Henglin, Thomas Carroll, Arti Gehani. Jury excused at 1:00 p.m. Hearing held with counsel. Further hearing set for 2:00. Hearing held with counsel. Jury trial continued to 7/5/06 at 9:00 a.m. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 06/30/2006) |
| 07/05/2006 | ❹ | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock :Jury Trial DAY 6 as to Marko Boskic held on 7/5/2006. Hearing held with counsel. Alt. Juror #2 excused. Jury in at 9:25. Gregory Hughes continues testifying. Government calls Ahmo Hasic. Hearing held with counsel during break re: interpreters. Government rests. Defendant |

| | | |
|---|---|---|
| | | files motion - to be taken up at conclusion of evidence. Defendant calls Gorin Boskic. Jury out at 1:00. Hearing with counsel. Jury trial continued to 7/6/06 at 9:00 a.m. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 07/05/2006) |
| 07/06/2006 | ❍ | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock :Jury Trial DAY 6 as to Marko Boskic held on 7/6/2006. Goran Boskic continues testifying. Defendant calls Milan Jelic. Defendant rests (10:40 am). Defendant files motion for judgment of acquittal. Motion taken under advisement. Jury trial continued to Tuesday, 7/11/06 at 9:00 am for closing arguments and jury charge. Jury excused for the day at 10:50. Jury charge conference set for Friday 7/7/06 at 10:00 am. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 07/06/2006) |
| 07/06/2006 | ❍(141) | Proposed Jury Instructions by USA as to Marko Boskic (Auerhahn, Jeffrey) (Entered: 07/06/2006) |
| 07/06/2006 | ❍(142) | Proposed Jury Instructions by Marko Boskic (Garin, Patricia) (Entered: 07/06/2006) |
| 07/07/2006 | ❍ | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock :Jury Charge Conference as to Marko Boskic held on 7/7/2006. Interpreters: Milan Jelic, Mevlida Bulic. (Court Reporter Marcia Patrisso.) (Rynne, Michelle) (Entered: 07/07/2006) |
| 07/07/2006 | ❍(143) | MOTION Offer of Proof as to Marko Boskic. (Attachments: # 1 # 2)(Garin, Patricia) (Entered: 07/07/2006) |
| 07/07/2006 | ❍(144) | Proposed Jury Instructions by USA as to Marko Boskic (West, Kimberly) (Entered: 07/07/2006) |
| 07/10/2006 | ❍(145) | MOTION Opposition to the Government's Request for False Statement Instruction re 144 Proposed Jury Instructions as to Marko Boskic. (Stern, Max) (Entered: 07/10/2006) |
| 07/11/2006 | ❍ | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock :Jury Trial DAY 8 as to Marko Boskic held on 7/11/2006. Hearing held with counsel. Jury in at 9:25 am. Closing arguements. Jury Charge (11:25am -12:05pm). Juror #1 selected as Foreperson. Alternate Jurors 1, 3, and 4 are excused. Deliberations begin at 12:05. Jury question (Marked Jury Exhibit #1) received at 3:40pm. Hearing held with counsel. Court endorsed question and returns it to jury. Jurors in at 5:00 p.m. to be dismissed for the day. Deliberation to continue 7/12/06 at 9:00 am. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 07/12/2006) |
| 07/12/2006 | ❍ | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock :Jury Trial DAY 9 as to Marko Boskic held on 7/12/2006. Jury deliberations continue. Jury question (Marked Jury Exhibit #2) received at 11:50 am. Hearing held with counsel. Court endorses questions and returns it to the jury. Verdict returned 2:25 p.m. Guilty on counts 1 and 2. Not Guilty on counts 3, 4, and 5. Sentencing set for 10/24/06 at 2:30 p.m. Exhibits returned to government. (Court Reporter Pam Owens.) (Rynne, |

| | | |
|---|---|---|
| | | Michelle) (Entered: 07/12/2006) |
| 07/12/2006 | 148 | JURY VERDICT as to Marko Boskic (1) Guilty on Count 1-2, (1) Not Guilty on Counts 3-4,5. (Nici, Richard) (Entered: 07/18/2006) |
| 07/13/2006 | 146 | MOTION for Acquittal *on Counts One and Two* as to Marko Boskic. (Garin, Patricia) (Entered: 07/13/2006) |
| 07/13/2006 | 147 | Judge Douglas P. Woodlock : ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Marko Boskic Sentencing set for 10/24/2006 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) Additional attachment(s) added on 7/14/2006 (Nici, Richard). (Entered: 07/13/2006) |
| 07/18/2006 | 149 | MOTION for Extension of Time to 08/01/06 to File file statement of relevant facts as to Marko Boskicby USA. (West, Kimberly) (Entered: 07/18/2006) |
| 07/19/2006 | ❂ | Judge Douglas P. Woodlock : Electronic ORDER entered granting 149 Motion for Extension of Time as to Marko Boskic (1). Statement of relevant facts and other documents due 8/1/06. (Rynne, Michelle) (Entered: 07/19/2006) |
| 07/19/2006 | 150 | MEMORANDUM in Support by Marko Boskic re 146 MOTION for Acquittal *on Counts One and Two* (Attachments: # 1)(Garin, Patricia) (Entered: 07/19/2006) |
| 08/01/2006 | 151 | Second MOTION for Extension of Time to 08/04/06 to File statement of relevant conduct as to Marko Boskicby USA. (West, Kimberly) (Entered: 08/01/2006) |
| 08/04/2006 | 152 | EXCERPT TRANSCRIPT Testimony of Dr. Arti Gehani (Pg 92-122) as to Marko Boskic held on June 30, 2006 before Judge Woodlock. Court Reporter: Pamela R. Owens. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/443-0008 or the Clerk's Office. (Scalfani, Deborah) (Entered: 08/04/2006) |
| 08/04/2006 | ❂ | Judge Douglas P. Woodlock : Electronic ORDER entered granting 151 Motion for Extension of Time to File statement of relevant facts as to Marko Boskic (1). Statement due 8/4/06. (Rynne, Michelle) (Entered: 08/04/2006) |
| 08/07/2006 | 153 | TRANSCRIPT of Jury Charge Conference as to Marko Boskic held on July 7, 2006 before Judge Woodlock. Court Reporter: Marcia G. Patrisso. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-8728 or the Clerk's Office. (Scalfani, Deborah) (Entered: 08/07/2006) |
| 09/22/2006 | 154 | MEMORANDUM in Opposition by USA as to Marko Boskic re 146 MOTION for Acquittal *on Counts One and Two* (Auerhahn, Jeffrey) |

| | | |
|---|---|---|
| | | (Entered: 09/22/2006) |
| 10/19/2006 | 155 | NOTICE *Regarding Sentencing Hearing* by Marko Boskic re 147 Procedural Order re sentencing hearing, (Garin, Patricia) (Entered: 10/19/2006) |
| 10/19/2006 | 156 | SENTENCING MEMORANDUM by Marko Boskic (Garin, Patricia) (Entered: 10/19/2006) |
| 10/19/2006 | 157 | MOTION for Leave to File Excess Pages as to Marko Boskicby USA. (West, Kimberly) (Entered: 10/19/2006) |
| 10/19/2006 · | 158 | SENTENCING MEMORANDUM by USA as to Marko Boskic (West, Kimberly) (Entered: 10/19/2006) |
| 10/20/2006 | 159 | RESPONSE TO SENTENCING MEMORANDUM by USA as to Marko Boskic *Government's Preliminary Response to Defendant's Objections to Pre-Sentence Report and Defendant's Sentencing Memorndum* (Auerhahn, Jeffrey) (Entered: 10/20/2006) |
| 10/23/2006 | ● | Judge Douglas P. Woodlock : Electronic ORDER entered granting 157 Motion for Leave to File Excess Pages as to Marko Boskic (1) (Rynne, Michelle) (Entered: 10/23/2006) |
| 10/24/2006 | 160 | MOTION to Strike 158 Sentencing Memorandum *Evidence Relied on by the Government in its Sentencing Memorandum* as to Marko Boskic. (Attachments: # 1 Exhibit Neuffer Book)(Garin, Patricia) (Entered: 10/24/2006) |
| 10/24/2006 | ● | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock : Conference re: sentencing as to Marko Boskic held on 10/24/2006. Further briefing due by 11/15/06. Sentencing reset for 11/20/2006 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Court Reporter Pam Owens.)(Clerk K. Bari) (Rynne, Michelle) (Entered: 10/25/2006) |
| 10/26/2006 | 161 | TRANSCRIPT of Sentencing Hearing as to Marko Boskic held on October 24, 2006 before Judge Woodlock. Court Reporter: Pamela R. Owens. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/443-0008 or the Clerk's Office. (Scalfani, Deborah) (Entered: 10/26/2006) |
| 11/16/2006 | 162 | SENTENCING MEMORANDUM by Marko Boskic (Garin, Patricia) (Entered: 11/16/2006) |
| 11/16/2006 | 163 | MOTION for Leave to File *in Excess of 20 Pages* as to Marko Boskicby USA. (West, Kimberly) (Entered: 11/16/2006) |
| 11/16/2006 | 164 | SENTENCING MEMORANDUM by USA as to Marko Boskic (West, Kimberly) (Entered: 11/16/2006) |

| 11/17/2006 | ◔ | Judge Douglas P. Woodlock : Electronic ORDER entered granting 163 Motion for Leave to File excess pages as to Marko Boskic (1). (Rynne, Michelle) (Entered: 11/17/2006) |
|---|---|---|
| 11/20/2006 | ◔ | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock :Sentencing held on 11/20/2006 for Marko Boskic (1), Count(s) 1-2. Interpreter: Milan Jelic sworn. 146 MOTION for Acquittal on Counts One and Two DENIED. Court addresses relevant conduct, obstruction of justice and criminal history. Defendant sentenced to 63 months incarceration, 3 years supevised release with standard and special conditions, special assessment of $200.00. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 11/20/2006) |
| 11/20/2006 | ◔ 165 | Judge Douglas P. Woodlock : ORDER entered. JUDGMENT as to Marko Boskic (1), Count(s) 1-2, Defendant sentenced to 63 months incarceration, 3 years supevised release with standard and special conditions, special assessment of $200.00.; Count(s) 3-4, 5, Acquitted (Nici, Richard) (Entered: 11/21/2006) |
| 11/27/2006 | ◔ 166 | NOTICE OF APPEAL by Marko Boskic NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. (Stern, Max) (Entered: 11/27/2006) |