## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

---

USDC Docket Number : 04-cr-10298

United States of America

v.

Marko Boskic

---

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-12, 14-70, 74, 75, 79-81, 83-95, 98-100, 103-107, 110-139, 141-166

and contained in I - III Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 11/27/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 23, 2007.

Sarah A. Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 1/29/07 .

_____
Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 07-1188

- 3/06